# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>Plaintiff, )<br>) Case No. 2:22-cv-11191-GAD-CI<br>v. )<br>) Judge Gershwin A. Drain<br>)<br>EES COKE BATTERY, LLC ) Magistrate Judge Ivy<br>)<br>Defendant. )<br>) | |

## UNITED STATES' MOTION
## FOR SUMMARY JUDGMENT ON LIABILITY

## INDEX OF EXHIBITS

1. Declaration of Virginia Galinsky

    1-A. June 13, 2014 EES Coke Permit to Install Application

    1-B. Permit to Install No. 51-08C

    1-C. EPA 2021 TSD for estimating PM2.5 precursors

    1-D. Presentation from the Michigan Department of Health and Human Services Titled: "Detroit: The Current Status of Asthma Burden 2021 Update"

    1-E. 2021 Asthma Capitals Report from the Asthma and Allergy Foundation of America