UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff(s),

                                        Case No. 22-11191
                                        Honorable Gershwin A. Drain

v.

EES COKE BATTERY, LLC, et al.,

          Defendant(s).

_____/

## <u>ORDER REGARDING SCHEDULING CONFERENCE</u>

The parties had a scheduling conference on September 27, 2022. Samantha Morgan Ricci and Thomas Benson represented Plaintiff United States. Eugene Edward Mathews, III, Michael P. Hindelang, and Makram B. Jaber represented Defendant EES Coke Battery, LLC. Nicholas Leonard represented Proposed Intervenor Plaintiff Sierra Club. Based on conference discussions, the Court orders:

1. The parties will complete initial disclosures on **October 14, 2022** and begin document discovery on **October 21, 2022**.

2. A continued scheduling conference is scheduled for **January 26, 2023**, at 2:00 pm. At this conference, the parties will discuss the discovery process and potential bifurcation of liability and remedy phases.

3. Regarding the motions to intervene by City of River Rouge and Sierra Club, neither the Government nor the Defendant oppose these motions. However, Defendant requests certain restrictions on the intervention, as described in Defendant's response [ECF No. 20]. The Government will file any response or objections to Defendant's proposed restrictions. A hearing on these motions is set for **November 10, 2022**, at 2:00 pm.

4. A hearing on Defendant's motion for summary judgment is set for **December 2, 2022**, at 2:00 pm.

5. The parties will submit a stipulated protective order regarding the discovery procedure as it relates to the sealing of documents.

**SO ORDERED**.

Dated: September 27, 2022        /s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 27, 2022, by electronic and/or ordinary mail.

s/Teresa A. McGovern
Case Manager