Exhibit 2.F

Letter from Julie L. Brunner, Permit
Section, Air Quality Division, MDEQ
(Oct. 1, 2014)



STATE OF MICHIGAN
## DEPARTMENT OF ENVIRONMENTAL QUALITY
LANSING



**RICK SNYDER**
GOVERNOR

**DAN WYANT**
DIRECTOR

October 1, 2014

Dear Interested Party:

This letter is in reference to a Permit to Install (PTI) application for EES Coke Battery, LLC proposing the modification of an existing coke oven battery. The coke oven battery is located at 1400 Zug Island, River Rouge, Michigan. The PTI application is identified as No. 51-08C.

The Michigan Department of Environmental Quality (MDEQ) has announced a public comment period on the draft permit conditions, as required by state and federal regulations. The public comment period is to solicit written comments prior to making a final decision on the permit application. Written comments received during the comment period will be considered in the final permit decision. Please mail comments by November 12, 2014, to Mr. Mark C. Mitchell, Acting Permit Section Supervisor, MDEQ, Air Quality Division (AQD), P.O. Box 30260, Lansing, Michigan, 48909-7760. Comments may also be submitted from the webpage http://www.deq.state.mi.us/aps/cwerp.shtml (click on "Submit Comment" under the EES Coke Battery, LLC, PTI No. 51-08C listing).

On November 12, 2014, an informational session and public hearing have been scheduled in the Council Chambers, Room 216 at City Hall, 10600 West Jefferson, River Rouge, Michigan. The informational session will begin at 6:00 p.m.; at which time the AQD staff will be available to answer questions. The public hearing will follow at 7:00 p.m. The sole purpose of the hearing will be to take formal testimony on the record.

After resolving any issues raised during the public comment period and the hearing, a final decision will be made on the permit application.

The "Notice of Air Pollution Comment Period and Public Hearing," the "Fact Sheet," and the draft permit conditions regarding our analysis of this proposed project are available at http://www.deq.state.mi.us/aps/cwerp.shtml or you may contact me for printed copies.

If you have any questions, please feel free to contact me.

Sincerely,

Julie L. Brunner, P.E.
Permit Section
Air Quality Division
517-284-6789

cc:  Mayor Michael D. Bowdler, City of River Rouge
Ms. Cathy Garrett, Wayne County Clerk
Ms. Genevieve Damico, U.S. Environmental Protection Agency, Region 5
Mr. Constantine Blathras, U.S. Environmental Protection Agency, Region 5
Ms. Lori Myott, NTH Consultants, Ltd.
Mr. Brad Wurfel, Communications Director, MDEQ
Ms. Wilhemina McLemore, MDEQ