# Exhibit 2.G

# EES Coke Battery LLC, A2A analysis in support of Permit Application 51-08C, (rev. Aug. 27, 2014)



EES Coke Battery Permit Application
EES Coke Sources A2A

Table C-1a: EES Coke PSD Analysis

| BASELINE (Oct 2011-Sept 2013) | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fuel Use (MMBtu/yr) | | | | | | | Baseline Actual Emissions (tpy) | | | | | | | | | |
| Emission Source | COG | BFG | Lean | Rich | 100% COG | Total Fuel (MMBtu) | $NO_x$ | PM | $PM_{10}$ | $PM_{2.5}$ | $SO_2$ | VOC | $H_2S$ | TRS/RSC | $H_2SO_4$ | CO |
| **Battery** | | | | | | | | | | | | | | | | |
| Underfire Combustion | 2,547,258 | 348,617 | 395,817 | 795,195 | 1,708,443 | 2,899,455 | 857 | 89 | 204 | 203 | 1,271 | 112.43 | 5.36 | 6.41 | 147 | 548.28 |
| Pushing | | | | | | | 5.10 | 5.01 | 6.31 | 6.31 | 17.87 | 0.88 | | | | 39.39 |
| EES Flare | 1,347,578 | 0 | 0 | 0 | 1,347,578 | 1,347,578 | 505 | 57.27 | 75 | 74 | 676 | 23.58 | 2.55 | 3.25 | 58.22 | 128.02 |
| Charging | | | | | | | | 0.04 | 0.09 | 0.09 | | 0.12 | 8.24E-03 | | 3.85E-05 | 0.06 |
| Door Leaks | | | | | | | 0.30 | 0.33 | 0.67 | 0.67 | 9.13 | 0.81 | 5.55E-02 | | 2.59E-04 | 0.41 |
| Topside Port Lid Leaks | | | | | | | | 1.44E-03 | 2.87E-03 | 2.87E-03 | | 3.51E-03 | 2.39E-04 | | 1.12E-06 | 1.76E-03 |
| Standpipe & Offtake Leaks | | | | | | | | 4.05E-03 | 8.10E-03 | 8.10E-03 | | 9.90E-03 | 6.75E-04 | | 3.15E-06 | 4.95E-03 |
| Soaking | | | | | | | 0.20 | 3.05 | 3.05 | 3.05 | 20.15 | 1.22 | | | | 0.41 |
| Bypass Bleeder Flare | | | | | | | 18.64 | 2.88 | 3.90 | 3.88 | 44.56 | | 0.34 | | | 16.45 |
| Quenching | | | | | | | | 186 | 18.23 | 11.16 | | | | | | |
| Coal/Coke Fugitives [2] | | | | | | | | 31.91 | 9.79 | 1.82 | | | | | | |
| Total BAE | | | | | | | 1,387 | 375 | 321 | 304 | 2,039 | 139 | 8.3 | 9.7 | 205 | 733 |
| **PROJECTED** | | | | | | | | | | | | | | | | |
| Fuel Use (MMBtu/yr) | | | | | | | Projected Actual Emissions (tpy) | | | | | | | | | |
| Emission Source | COG | BFG | Lean | Rich | 100% COG | Total Fuel (MMBtu) | $NO_x$ | PM | $PM_{10}$ | $PM_{2.5}$ | $SO_2$ | VOC | $H_2S$ | TRS/RSC | $H_2SO_4$ | CO |
| **Battery** | | | | | | | | | | | | | | | | |
| Underfire Combustion | 3,763,000 | 0 | 0 | 0 | 3,763,000 | 3,763,000 | 1,411 | 218 | 295 | 294 | 2,071 | 184 | 12.90 | 12.90 | 214 | 357 |
| Pushing | | | | | | | 11.21 | 6.30 | 7.91 | 7.91 | 42.38 | 1.33 | | | | 50.06 |
| EES Flare | 1,618,715 | 0 | 0 | 0 | 1,618,715 | 1,618,715 | 607 | 93.89 | 127 | 126 | 891.5 | 79.32 | 5.55 | 5.55 | 92.27 | 154 |
| Charging | | | | | | | | 0.08 | 0.17 | 0.17 | | 0.23 | 1.54E-02 | | 7.17E-05 | 0.11 |
| Door Leaks | | | | | | | 0.36 | 0.45 | 0.90 | 0.90 | 10.80 | 1.10 | 7.49E-02 | | 3.50E-04 | 0.55 |
| Topside Port Lid Leaks | | | | | | | | 6.42E-03 | 1.28E-02 | 1.28E-02 | | 1.57E-02 | 1.07E-03 | | 4.99E-06 | 7.85E-03 |
| Standpipe & Offtake Leaks | | | | | | | | 1.17E-02 | 2.34E-02 | 2.34E-02 | | 2.85E-02 | 1.95E-03 | | 9.08E-06 | 1.43E-02 |
| Soaking | | | | | | | 0.32 | 4.75 | 4.75 | 4.75 | 31.37 | 1.90 | | | | 0.63 |
| Bypass Bleeder Flare | | | | | | | 23.30 | 3.60 | 4.88 | 4.85 | 55.70 | | 0.43 | | | 20.57 |
| Quenching | | | | | | | | 220.10 | 21.57 | 13.21 | | | | | | |
| Coal/Coke Fugitives [2] | | | | | | | | 15.94 | 5.68 | 1.55 | | | | | | |
| BFG (from Baseline) | | 348,617 | | | | | 1.18 | 1.86 | 1.86 | 1.86 | 14.25 | 0.00 | 0.08 | 0.18 | 1.62 | 51.32 |
| Total PAE | | | | | | | 2,055 | 565 | 470 | 455 | 3,117 | 268 | 19.0 | 18.6 | 308 | 635 |
| **COULD HAVE BEEN ACCOMMODATED (during baseline)** | | | | | | | | | | | | | | | | |
| Fuel Use (MMBtu/yr) | | | | | | | Projected without Project (tpy) | | | | | | | | | |
| Emission Source | COG | BFG | Lean | Rich | 100% COG | Total Fuel (MMBtu) | $NO_x$ | PM | $PM_{10}$ | $PM_{2.5}$ | $SO_2$ | VOC | $H_2S$ | TRS/RSC | $H_2SO_4$ | CO |
| **Battery** | | | | | | | | | | | | | | | | |
| Underfire Combustion | 2,850,000 | 0 | 0 | 0 | 2,850,000 | 2,850,000 | | 165 | 224 | 222 | 1,570 | 140 | 8.43 | 8.43 | 162 | |
| Pushing | | | | | | | | 6.06 | 7.60 | 7.60 | 40.73 | 1.28 | | | | |
| EES Flare [1] | 2,531,715 | 0 | 0 | 0 | 2,531,715 | 2,531,715 | | 147 | 199 | 197 | 1,394 | 124.05 | 7.49 | 7.49 | 144 | |
| Charging | | | | | | | | 0.09 | 0.19 | 0.19 | | 0.25 | 1.71E-02 | | 7.99E-05 | |
| Door Leaks | | | | | | | | 1.06 | 2.12 | 2.12 | 10.38 | 2.59 | 1.77E-01 | | 8.24E-04 | |
| Topside Port Lid Leaks | | | | | | | | 1.19E-01 | 2.37E-01 | 2.37E-01 | | 2.90E-01 | 1.98E-02 | | 9.23E-05 | |
| Standpipe & Offtake Leaks | | | | | | | | 1.31E-02 | 2.63E-02 | 2.63E-02 | | 3.21E-02 | 2.19E-03 | | 1.02E-05 | |
| Soaking | | | | | | | | 4.04 | 4.04 | 4.04 | 26.67 | 1.62 | | | | |
| Bypass Bleeder Flare | | | | | | | | 3.60 | 4.88 | 4.85 | 55.70 | | 0.43 | | | |
| Quenching | | | | | | | | 212 | 20.73 | 12.69 | | | | | | |
| Coal/Coke Fugitives [2] | | | | | | | | 35.93 | 10.95 | 2.04 | | | | | | |
| Total COA Emissions | | | | | | | | 575 | 473 | 454 | 3,097 | 270 | 16.6 | 15.9 | 307 | |

[1] EES Flare was capable of accommodating (COA) up to 2,587,724 MMBtu per year based on highest month (Jan 2012) of 215,644 MMBtu/month x 12 months. COA is capped off based on the typical heat input requirement to the battery during the baseline period.
[2] Coal/Coke Fugitives includes all material handling, storage, and roadway fugitive emissions.

|  | $NO_x$ | PM | $PM_{10}$ | $PM_{2.5}$ | $SO_2$ | VOC | $H_2S$ | TRS/RSC | $H_2SO_4$ | CO |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Project** | **668** | **-9.38** | **-3.03** | **1.43** | **19.54** | **-1.46** | **2.49** | **2.72** | **1.62** | **-98** |
| Sig Level | 40 | 25 | 15 | 10 | 40 | 40 | 10 | 10/10 | 7 | 100 |



EES Coke Battery Permit Application
EES Coke Sources A2A

Table C-1b: EES Coke Sources Emissions Factors

| EMISSION FACTORS | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BASELINE** Battery Underfire / Flare | | | Refer to "Baseline Fuel&Emissions" for monthly breakdown of EFs as applicable | | | | | **EXCLUDED** Capable of Accommodating at Battery Underfire / Flare | | | | **PROJECTED** Battery Underfire / Flare | | | |
| Pollutant | COG | BFG | Lean | Rich | 100% COG | EF Unit | Emission Factor Basis | Pollutant | COG | EF Unit | Emission Factor Basis | Pollutant | COG | EF Unit | Emission Factor Basis |
| $NO_x$ | | | | | 0.75 | lb/MMBtu | CEMS | | | | | $NO_x$ | 0.75 | | CEMS |
| PM | | | 0.024 | 0.067 | 0.085 | lb/MMBtu | Stack Test 2010 w/sulfuates (DEQ derived); 2009 | PM | 0.116 | lb/MMBtu | Michigan Rule 331 | PM | 0.116 | lb/MMBtu | Michigan Rule 331 |
| $PM_{10}$ | | | 0.042 | 0.157 | 0.111 | lb/MMBtu | Stack tests 2006[1], 2012, 2009 | $PM_{10}$ | 0.157 | lb/MMBtu | Underfire stack test 2012 - Rich | $PM_{10}$ | 0.157 | lb/MMBtu | Underfire stack test 2012 - Rich |
| $PM_{2.5}$ | | | 0.042 | 0.156 | 0.110 | lb/MMBtu | Stack tests 2006[1], 2012, 2009 | $PM_{2.5}$ | 0.156 | lb/MMBtu | Underfire stack test 2012 - Rich | $PM_{2.5}$ | 0.156 | lb/MMBtu | Underfire stack test 2012 - Rich |
| $SO_2$ | | | | | 1.004 | lb/MMBtu | CEMS | $SO_2$ | 1.102 | lb/MMBtu | CEMS | $SO_2$ | 1.102 | lb/MMBtu | CEMS |
| CO | | | | | 0.190 | lb/MMBtu | Underfire Stack Test 2010 | | | | | CO | 0.190 | lb/MMBtu | Underfire Stack Test 2010 |
| VOC | | | 0.014 | 0.098 | 0.035 | lb/MMBtu | Stack tests 2010, 2012, 2009 | VOC | 0.098 | lb/MMBtu | Underfire stack test 2012 - Rich | VOC | 0.098 | | Underfire stack test 2012 - Rich |
| $H_2S$ | varies | varies | | | | gr/scf $H_2S$ | Sampling analysis for $H_2S$ | $H_2S$ | 2.07 | gr/scf $H_2S$ | Sampling analysis, $H_2S$ (Aug'12) | $H_2S$ | 2.40 | gr/scf $H_2S$ | Sampling analysis for $H_2S$ |
| TRS/RSC | varies | varies | | | | gr/scf TRS | Sampling analyses for TRS | TRS/RSC | 2.07 | gr/scf TRS | Sampling analysis for $H_2S$ (Aug. 2012) Assume TRS = $H_2S$ | TRS/RSC | 2.40 | gr/scf TRS | Sampling analyses for TRS |
| $H_2SO_4$ | | | 0.024 | 0.114 | 0.086 | lb/MMBtu | Stack Tests 2010, 2012, 2009 | $H_2SO_4$ | 0.114 | lb/MMBtu | Underfire stack test 2012 - Rich | $H_2SO_4$ | 0.114 | lb/MMBtu | Underfire stack test 2012 - Rich |

[1] 2006 stack testing includes filterable PM only. Condensable PM from AP-42 Ch. 12.2 (Table 12.2-14) is added to account for condensable portion (Lean Gas).

Table C-1c: U.S. Steel BFG Flare Emission Factors

| Emission Factors | | | |
|---|---|---|---|
| Pollutant | BFG | EF Unit | Emission Factor Basis |
| $NO_x$ | 0.61 | lb/MMscf | USS MAERS |
| PM | 0.96 | lb/MMscf | USS MAERS |
| $PM_{10}$ | 0.96 | lb/MMscf | USS MAERS |
| $PM_{2.5}$ | 0.96 | lb/MMscf | USS MAERS |
| $SO_2$ | 7.36 | lb/MMscf | USS MAERS |
| CO | 26.50 | lb/MMscf | USS MAERS |
| VOC | 0.0 | lb/MMscf | USS MAERS |
| $H_2S$ | 0.0391 | lb/MMscf | |
| TRS/RSC | 0.07 | gr/dscf | Sampling analyses for BFG |
| $H_2SO_4$ | 0.07 | gr/dscf | |

Revised 8/20/2014