## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA
    Plaintiff,

and

SIERRA CLUB,
    Intervenor-Plaintiff,

and

CITY OF RIVER ROUGE,
    Intervenor-Plaintiff,

-vs-

EES COKE BATTERY, LLC,
DTE ENERGY SERVICES, INC.,
DTE ENERGY RESOURCES, LLC,
and DTE ENERGY CO.,

    Defendants.

Case No. 2:22-cv-11191-GAD-CI
Judge Gershwin A. Drain
Magistrate Judge Curtis Ivy, Jr.

_____

### INTERVENOR-PLAINTIFF, CITY OF RIVER ROUGE, NOTICE OF FILING WAIVERS OF SERVICE

On June 24, 2024, Intervenor-Plaintiff, City of River Rouge ("the City"), filed an Amended Complaint adding DTE Energy Co., DTE Energy Resources, LLC, and DTE Energy Services, Inc. ("New Defendants") as defendants. *See ECF No. 99.* At the City's request, each of the New Defendants waived formal service, and the waivers are attached.

1

Respectfully submitted,

**GRECO LAW PLLC**

*/s/ David F. Greco*_____
**DAVID F. GRECO (P53523)**
*Attorney for Intervenor-Plaintiff*
*City of River Rouge*
143 Cadycentre, #164
Northville, MI 48167
Ph: (248) 380-1975
Dated: June 29, 2024    David.Greco@Greco-Law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the June 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record at their respective e-mail addresses disclosed to the ECF system.

/s/ *Randi Hanlon*_____
Randi Hanlon