**EXHIBIT 1**

**April 29, 2024 Expert Report of Lyle Chinkin**

STi Sonoma Technology

1450 N. McDowell Blvd., Suite 200
Petaluma, CA 94954 • 707-665-9900

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

Civil Action No. 2:22-CV-11191-GAD-CI

United States of America, Plaintiff

v. EES COKE BATTERY, LLC, Defendant



EES Coke Battery Facility at Zug Island, River Rouge, Michigan

## Expert Report of Lyle R. Chinkin

*Lyle R. Chinkin* (signature)

**Lyle R. Chinkin**

Prepared on behalf of United States Department of Justice

April 29, 2024

Contains Confidential Information – Subject to Protective Order

*Chinkin Expert Report*
*Civil Action No. 2:22-CV-11191-GAD-CI*



**Figure 31**. CAMx-predicted impact on annual average $PM_{2.5}$ concentrations (µg/m³) due to all emissions from the EES Coke Battery facility, representing shutdown of the facility. The maximum modeled impact on annual average $PM_{2.5}$ concentration was 0.09 µg/m³.

## 7.5   Analysis of Benefits from Control of Other Sources

Considering the results of the modeling described in this report and the location of other sources of $SO_2$ (and $NO_x$) emissions in the region, I analyzed whether control of emissions from such sources would benefit the same populations and regions impacted by excess emissions from the EES Coke Battery. The sources I considered include (1) Carmeuse Lime in River Rouge; (2) Marathon Petroleum's refinery in Detroit; (3) Cleveland Cliffs in Dearborn; (4) Dearborn Industrial Generation in Dearborn; and (5) the DTE Monroe Power Plant. Based on my knowledge and experience, the meteorological conditions in the region, and the proximity of the other sources to the EES Coke Battery, it is highly likely that the impacted populations and regions overlap and that there is a nexus between the populations harmed by excess emissions from the EES Coke Battery and those that would benefit from controls at these other sources. This is true for control of both $SO_2$ and $NO_x$ emissions at other facilities, since both pollutants participate in the formation of $PM_{2.5}$.