# EXHIBIT 1

**Sr  Sonoma Technology**

1450 N. McDowell Blvd., Suite 200
Petaluma, CA 94954 • 707-665-9900

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

Civil Action No. 2:22-CV-11191-GAD-CI

United States of America, Plaintiff

v. EES COKE BATTERY, LLC, Defendant



EES Coke Battery Facility at Zug Island, River Rouge, Michigan

Expert Report of Lyle R. Chinkin

**Lyle R. Chinkin**

Prepared on behalf of United States Department of Justice

April 29, 2024

Contains Confidential Information – Subject to Protective Order

This document contains blank pages to accommodate two-sided printing.

*Chinkin Expert Report*
*Civil Action No. 2:22-CV-11191-GAD-CI*

# Contents

1. **Opinions** — **1**
   1.1 Background — 1
   1.2 Summary of Approach — 4
   1.3 Overall Opinions — 5

   **Suni.iiary of Qualifications** — **7**
   2.1 Area of Expertise — 7
   2.2 Professional Experience — 7
   2.3 Education and Training — 8
   2.4 Honors, Professional Appointments, and Memberships — 8

3. **Introduction** — **9**

4. **Overview of the Atmosphere, Air Pollution, and Air Quality** — **11**
   4.1 The Atmosphere and Air Pollution — 11
   4.2 Air Pollutants — 12
   4.3 Particulate Matter — 13
      4.3.1 Particle Formation and Growth Processes — 13
      4.3.2 PM Sources and Chemistry — 14
      4.3.3 PM Composition — 14
   4.4 Removal Through Deposition — 16

5. **Overview ot Air Quality Models and Modeling** — **19**
   5.1 Air Quality Models — 19
   5.2 The American Meteorological Society/Environmental Protection Agency Regulatory Model Improvement Committee (AERMIC) Dispersion Model (AERMOD) — 23
   5.3 The Comprehensive Air Quality Model with Extensions (CAMx) — 23

6. **Air Quality Analysis Approach** — **25**
   6.1 Overview — 25
      6.1.1 Air Quality Data and Analysis — 25
      6.1.2 Dispersion Modeling of Near-Field Air Quality Impacts — 25
      6.1.3 Photochemical Modeling of Far-Field Air Quality Impacts — 26
   6.2 The American Meteorological Society/Environmental Protection Agency Regulatory Model Improvement Committee (AERMIC) Dispersion Model (AERMOD) — 27
      6.2.1 Overview of AERMOD — 27
      6.2.2 AERMOD Configuration and Inputs — 27
      6.2.3 AERMOD Outputs and Post-Processing — 34
   6.3 The Comprehensive Air Quality Model with Extensions (CAMx) — 34

|  | 6.3.1 | Overview of CAMx | 34 |
|  | 6.3.2 | Scientific Peer Review | 37 |
|  | 6.3.3 | CAMx Applications | 37 |
| 6.4 | | CAMx Configuration and Inputs | 38 |
|  | 6.4.1 | Data Sources | 39 |
|  | 6.4.2 | Modeling Domain | 39 |
|  | 6.4.3 | Emissions | 39 |
|  | 6.4.4 | Meteorology | 40 |
|  | 6.4.5 | Initial and Boundary Conditions | 41 |
|  | 6.4.6 | Photolysis Rates | 41 |
| 6.5 | | CAMx Model Outputs and Post-Processing | 42 |
| 6.6 | | CAMx Model Performance | 42 |
|  | 6.6.1 | Model Performance Goals | 42 |
|  | 6.6.2 | Model Evaluation Results | 45 |
| 6.7 | | CAMx Model Simulations | 49 |
|  | 6.7.1 | Base Case Simulation | 49 |
|  | 6.7.2 | Simulation of Excess Emissions Impacts for EES Coke Battery | 49 |

**7.  Results** **5**
| 7.1 | | Data Analysis | 51 |
|  | 7.1.1 | Air Quality in Detroit | 51 |
|  | 7.1.2 | Historical Meteorology | 52 |
| 7.2 | | Historical Emissions from the EES Coke Battery | 56 |
| 7.3 | | AERMOD Modeling Results | 58 |
|  | 7.3.1 | Actual Base Case SO2 Impacts | 59 |
|  | 7.3.2 | Impact of Excess SO2 Emissions | 62 |
| 7.4 | | CAMx Modeling Results | 64 |
|  | 7.4.1 | Daily PM2.5 Impacts | 64 |
|  | 7.4.2 | Annual PM2.5 Impacts | 69 |
| 7.5 | | Analysis of Benefits from Control of Other Sources | 71 |

**8.  Supplementation**

**9.  References Cited** **75**

**Appendix A: Lyle R. Chinkin Resume** **A-1**

**Appendix B: List of Publications** **B-1**

**Appendix C: Previous Expert Testimony** **C-1**

**Appendix D: Statement of Compensation** **D-1**

**Appendix E: Materials Considered** **E-1**

# Figures

EES Coke Battery facility.                                                                    1

Location of the EES Coke Battery facility                                                     2

Design value concentrations for SO2 and PM2.5 in the Detroit area for 2003-2021.             3

Location of the EES Coke Battery facility and nonattainment areas for the 1-hr SO2 NAAQS     4

D.  Location of EES Coke Battery on Zug Island, Detroit, Michigan.                            10

6. Size comparison of PM2.5 and PK() particles to human hair and beach sand.                 13

7.  Composition of particulate matter                                                         15

8   PM2.5 composition in Detroit, Michigan at the Southwestern High School monitoring site
    from 2010 through 2021.                                                                    16

9.  Overview of the processes leading to wet and dry deposition                               17

10. Representation of a Gaussian plume.                                                        20

11. Photochemical grid model conceptualization.                                               21

12. Overview of processes treated in a single grid cell of an Eulerian photochemical model    22

13. Zoomed-in maps of receptor grids starting at the EES Coke Battery facility fence line and
    the Zug Island boundary.                                                                   32

14. The CAMx modeling system.                                                                  36

15. CAMx modeling domain used in this analysis.                                                39

16. Annual PM2.5 concentrations in the Detroit area for 2000-2022                              52

17. Annual mean temperature at the Detroit Metropolitan airport for 2000-2022                  53

18.  Annual precipitation at the Detroit Metropolitan airport for 2000-2022                    55

19.  EES Coke Battery source contributions to annual SO2 emissions from the main combustion
     **stack and COG flare for 2019-2022.**                                                    57

EES Coke Battery source contributions to annual SO2 emissions from door leaks and
     **pushing fugitives, bypass bleeder flares, soaking stacks, and the PECS stack for 2019-2022**  58

AERMOD-predicted 4th-highest 1-hr SO2 concentrations due to total actual SO2 emissions
     from the EES Coke Battery in 2019, as prepared for the MAERS.                             60

Zoomed-in view of AERMOD-predicted 4th-highest 1-hr SO2 concentrations due to total
     actual SO2 emissions from the EES Coke Battery in 2019, as prepared for the MAERS shown
     in Figure 21.                                                                             61

23.  AERMOD-predicted impact of excess SO2 emissions from EES Coke Battery as the
     difference between 4th-highest 1-hr SO2 concentrations due to total actual SO2 emissions
     from the EES Coke Battery in 2019 and those after application of modeled controls         63

CAMx-predicted impact on 24-hr average PM2.5 concentrations for September 18 due to excess SO2 emissions from the EES Coke Battery facility                                          65

CAMx-predicted impact on 24-hr average PM2.5 concentrations for March 14 due to excess SO2 emissions from the EES Coke Battery facility.                                               65

CAMx-predicted impact on 24-hr average PM2.5 concentrations for March 29 due to excess SO2 emissions from the EES Coke Battery facility.                                               66

CAMx-predicted impact on 24-hr average PM2.5 concentrations for May 22 due to excess SO2 emissions from the EES Coke Battery facility.                                                 66

28. CAMx-predicted impact on 24-hr average PM2.5 concentrations for May 11 through 16 due to excess SO2 emissions from the EES Coke Battery facility.                                   68

CAMx-predicted impact on 24-hr average PM2.5 concentrations for September 18, due to modeled shutdown of the EES Coke Battery facility                                                 69

. CAMx-predicted impact on annual average PM2.5 concentrations due to excess SO2 emissions from the EES Coke Battery facility                                                          70

. CAMx-predicted impact on annual average PM2.5 concentrations due to all emissions from the EES Coke Battery facility, representing shutdown of the facility                          71

# Tables

Modeled EES Coke Battery SO2 emissions for the 2019 base case and control case scenarios.                                                                                             28

Modeled EES Coke Battery SO2 point source parameters                                                                                                                                  30

Modeled EES Coke Battery SO2 buoyant line source parameters                                                                                                                           30

Websites for modeling system source codes and documentation                                                                                                                          37

Model performance criteria used to help interpret modeling results.                                                                                                                  43

Model performance metrics for total PM2.5 for the lower 48 states and 17 states that are impacted by excess SO2 emissions from the EES Coke Battery                                    46

Main stack and flare characteristics used in the CAMx base case and emission control simulations of SO2 from the EES Coke Battery facility                                            50

Summary of annual mean temperature data for 2016-2021                                                                                                                                54

9. Summary of annual precipitation data for 2016-2021                                                                                                                                55

10. Annual EES Coke Battery SO2 emissions                                                                                                                                             56

11. Summary of AERMOD-modeled maximum 4th-highest, 1-hr SO2 concentrations in the four near-field impact simulations.                                                                 62

Contains Confidential Information – Subject to Protective Order

# 1.   Opinions

## Background

On behalf of the United States Environmental Protection Agency (EPA), the United States Department of Justice (DOJ) requested that I conduct analyses to provide opinions to a reasonable degree of scientific certainty about the air quality impacts associated with excess sulfur dioxide (SO2) emissions generated at the EES Coke Battery facility on Zug Island, River Rouge, Michigan (see **Figure** 1). The facility is in Wayne County about 4.5 miles southwest of Detroit, Michigan, a major metropolitan area with a population of about 4.3 million (see **Figure** 2).



Figure 1.  EES Coke Battery facility.



**Figure 2.** Location of the EES Coke Battery facility

Detroit was designated as a nonattainment area for the primary (1-hr) SO2 National Ambient Air Quality Standard (NAAQS) on August 5, 2013 (81 FR 47191).[1]  A summary of Detroit design values (DVs) in comparison to the 2010 SO2 NAAQS of 75 parts per billion (ppb) is shown in **Figure R.**  The design value for the 3-yr period of data used in the designation was 90 ppb (Michigan Department of Environment, Great Lakes, and Energy, 2022). As shown in **Figure 4,** the EES Coke Battery facility is located within the portion of Wayne County, Michigan, that was designated as a nonattainment area for the 2010 1-hr SO2 NAAQS. Since 2018, the EES Coke Battery facility has been releasing excess emissions that have contributed to SO2 concentrations in the area.

Detroit is currently categorized as in attainment of the NAAQS for particulate matter with diameter less than 2.5 micrometers (PM2.5), but the region has a history of nonattainment of the 2006 PM2.5 NAAQS of 12 **μg/m³**  and 1997 PM2.5 NAAQS of 15 **μg/m³**, as shown in Figure 3. In February 2024, EPA strengthened the PM2.5 annual NAAQS to **9.0 μg/m³**, and although Detroit PM2.5 monitoring design values are currently above this value, areas in the U.S. will not be redesignated for the 2024 NAAQS for another two years. Figure 3 also shows that prior to 2011, annual PM2.5 design values for Detroit were above the 2006 annual PM2.5 NAAQS of 12.0 **μg/m³**. **The downward** trend in PM2.5

---

[1]  https://www.govinfo.govicontent/pkg/FR-2013-08-05/pdf/2013-18835.pdf

concentrations in recent years reflects emission reductions that have taken place regionally and in the Detroit area.



**Figure 3.** Design value concentrations for (a) $SO_2$ and (b) $PM_{2.5}$ in the Detroit area for 2003-2021.



Figure 4.  Location of the EES Coke Battery facility and nonattainment areas for the 1-hr $SO_2$ NAAQS.

## Summary of Approach

My analysis is based on the results of using a variety of scientific methods and tools to estimate and evaluate the air quality impacts of excess SO2 emissions from the main combustion stack and coke oven gas (COG) flare at the EES Coke Battery, and to evaluate air quality benefits of applying SO2 emission controls at the facility. Those methods and tools include:

- Analysis of ambient air quality data from monitoring sites in the Detroit area to assess annual variations in PM2.5 concentrations and the suitability of analysis years for air quality modeling;
- Air quality modeling and analysis using the American Meteorological Society/Environmental Protection Agency Regulatory Model Improvement Committee (AERMIC) Dispersion Model (AERMOD) to evaluate hourly SO2 concentrations in the vicinity of the EES Coke Battery; and
- More refined, photochemical modeling of the air quality impacts of EES Coke Battery's excess SO2 emissions using the Comprehensive Air Quality Model with Extensions (CAMx).

The scientific literature and data analyses which provide the bases of my opinions are provided in the remaining sections of this expert report.

Contains Confidential Information – Subject to Protective Order

## Overall Opinions

Air quality impacts associated with excess SO2 emissions generated at the EES Coke Battery facility on Zug Island, River Rouge, Michigan contribute to SO2 concentrations in ambient air (defined as air that the public can breathe beyond the property boundary of a facility) and contribute to the formation of PM2.5. This report provides the scientific basis for my opinions to a reasonable degree of scientific certainty. It includes reasonable estimates of air quality impacts developed using regulatory, accepted best modeling practices and application of state-of-the-science air quality data analysis and modeling tools, which showed that excess emissions from the EES Coke Battery result in air quality impacts within and beyond the state boundary of Michigan.

This analysis employed a sophisticated photochemical model, CAMx, which has comprehensive, full gas-phase and PM chemistry and physics and was used to treat the emission, transport, and fate of regulated criteria pollutants (including SO2). Two annual CAMx modeling simulations were performed to quantify the impact of excess SO2 emissions from the EES Coke Battery on air quality concentrations in the region. These simulations included a base case with baseline emissions, and a control case, which involved the removal of excess SO2 emissions from the EES Coke Battery. AERMOD modeling simulations were conducted to quantify the near-field air quality impacts of SO2 emissions from the EES Coke Battery.

These modeling simulations were conducted using a CAMx-based modeling platform developed and evaluated by EPA for prior analyses. Based on scientific evaluations, it is my conclusion that the CAMx model performs well and is sufficiently reliable for use in my analysis, and it provides a reasonable quantification of the impact of excess SO2 emissions from EES Coke Battery on ambient PM2.5 concentrations in the region. It is also my conclusion that the AERMOD model provides a reasonable quantification of the air quality impacts of SO2 emissions in the immediate vicinity of the EES Coke Battery.

Therefore, based on my experience and the results of the data and modeling analyses performed for this case, I have reached the following conclusions:

• Based on the chemistry of SO2, past studies of air pollution transport, the current state-of-science of air quality modeling, and results from data analyses, the excess emissions from the EES Coke Battery had local and long-range air quality impacts, particularly on PM2.5. The same logic and scientific results show that SO2 emission controls at the EES Coke Battery would have local and long-range air quality benefits, particularly for near-field SO2 and longer-range PM2.5.

• When the requisite SO2 controls were applied to the EES Coke Battery, the CAMx model results show that the PM2.5 impacts of EES Coke Battery's excess emissions occur on every day that the facility is in operations, with a daily maximum impact of almost one half of a microgram per cubic meter ($\mu g/m^3$).

- Because of the differences in physical characteristics of the numerous SO2 sources at the EES Coke Battery, modeled benefits of implementing the SO2 controls proposed by the plaintiff's expert occur demonstrably beyond the facility fence line.

    - The AERMOD modeling shows that the maximum impacts of SO2 in the near field are from lower elevation emission points at the facility that are not subject to the proposed controls.

    - The CAMx modeling shows that the proposed SO2 controls result in benefits of reducing far-field PM2.5 concentrations, which is expected, in principle, since formation of PM2.5 due to SO2 sources occurs at greater distance downwind of the facility.

- Both the AERMOD and CAMx results demonstrate that even greater near-field and long-range air quality benefits would occur from a complete closure of the facility.

- It is highly likely that the populations and regions impacted by excess SO2 emissions from the EES Coke Battery overlap with those impacted by other local and regional sources, and that there is a nexus between the populations harmed by the EES Coke Battery excess emissions and those that would benefit from controls at such sources.

*Chinkin Expert Report*
*Civil Action No. 2:22-CV-11191-GAD-CI*

# 2.   Summary of Qualifications

## Area of Expertise

I am an atmospheric scientist with over 40 years of experience in air emissions, air quality modeling, air quality analysis, and atmospheric chemistry. The following information summarizes my experience and qualifications related to this case. My full resume is provided in Appendix A, a list of my publications is provided in Appendix B, my previous experience with expert testimony over the past four years is provided in Appendix C, and a statement of compensation is provided in Appendix D. Potential trial demonstrative exhibits are provided in my report and work papers, and additional demonstrative exhibits will be disclosed in accordance with the Discovery Order in this case and any further Court orders or agreements of the Parties.

## Professional Experience

I am a nationally recognized expert in the preparation and assessment of emissions inventories of air pollutants and air quality analysis. I have worked on projects for federal, state, and local government agencies, universities, non-governmental organizations, public and private research consortiums, and major corporations. Many of my projects involve the use of computerized air quality modeling simulations using Gaussian dispersion models as well as one-atmosphere, full-chemistry photochemical grid models. My areas of expertise include (1) full-service air quality assessments, covering all aspects from selecting appropriate emission estimation techniques to assessing the effects of applicable control-technology on emissions and air quality; (2) providing independent assessments of controlled and uncontrolled emissions in comparisons to established regulatory thresholds and air quality levels for use in determining compliance with permit conditions and health-based air quality standards; (3) conducting measurement studies to obtain real-world data and improve emission estimates; (4) providing expert testimony and presentations to public boards.

I have authored a book chapter; published seven peer-reviewed journal papers and over 200 scientific reports; and delivered over 100 presentations at conferences and public meetings. I was the project manager and co-author of the U.S. Environmental Protection Agency (EPA) national guidance document on the preparation of emission inputs for photochemical air quality simulation models. I frequently direct studies that combine public and private-sector participation, including an assessment and ground-truth study of industrial emissions in the Houston Ship Channel under the joint direction of the Texas Natural Resource Conservation Commission (now Texas Commission on Environmental Quality) and local industry. I have directed or participated in numerous studies of industrial source emissions throughout the United States.

Contains Confidential Information – Subject to Protective Order

## Education and Training

I received my Bachelor of Science (BS) and a Master of Science (MS) degree in Atmospheric Science from the University of California at Davis.

## Honors, Professional Appointments, and Memberships

I have been appointed to the National Research Council of the National Academy of Sciences Committee on the Effects of Changes in New Source Review Programs for Stationary Sources of Air Pollutants and to a panel to review "Improving Emission Inventories for Effective Air Quality Management across North America, a NARSTO Assessment" (NARSTO, 2005). I have served as a U.S. EPA-invited formal peer reviewer three times, including for the EPA particulate matter (PM) National Ambient Air Quality Standards Criteria Document, the 2006 draft "EPA Report on the Environment;' and an EPA report on air quality impacts from a railyard operated in an urban environment. I also served as an expert panel member for the review of the Valdez Air Health Study, and as an expert witness for the U.S. Department of Justice and the Attorney General's Office of the State of North Carolina on environmental enforcement actions.

I have been a member of the Air & Waste Management Association (current); the International Association of Wildland Fire (2014-2016); and the American Meteorological Society (1979-1984, 2012). I also served as a California Registered Environmental Assessor, REA-00715 (1984-1989).

*Chinkin Expert Report*
*Civil Action No. 2:22-CV-11191-GAD-CI*

# Introduction

On behalf of the U.S. Environmental Protection Agency (EPA), the United States Department of Justice (DOJ) requested that I conduct analyses to provide opinions to a reasonable degree of scientific certainty about the air quality impacts associated with excess SO2 emissions generated at the EES Coke Battery facility located on Zug Island, River Rouge, Michigan. Excess emissions refers to the amount of illegal emissions resulting from **EES Coke's** violations of the New Source Review (NSR) and Prevention of Significant Deterioration (PSD) provisions of the Clean Air Act (CAA). **Plaintiff's** technology expert Dr. Ranajit Sahu determined that **EES Coke's** excess emissions were approximately 95% of the SO2 emissions from the main combustion stack and coke oven gas (COG) flare.[2]  Based on actual annual emissions from 2019 to 2022 reported by EES Coke, including to the Michigan Air Emissions Reporting System (MAERS), the total excess emissions during those years amounted to 10,899 tons (2,725 tons per year, on average), of which 2,884 tons were emitted in 2019.

SO2 is a criteria air pollutant (CAP), meaning that it is subject to the National Ambient Air Quality Standards (NAAQS). It is also a precursor pollutant: after it is emitted into the atmosphere, it transforms into another pollutant that is subject to the NAAQS, namely, particulate matter with an aerodynamic diameter of 2.5 micrometers or less (PM2.5). NO  is also a precursor pollutant to PM2.5 and ozone. Although EES Coke Battery emits SO2 and NOR, and other pollutants, SO2 emissions are the focus in this case.

As shown in  **Figure k**,  the EES Coke Battery facility is located near the Detroit metropolitan area and within a nonattainment area for the 2010 primary (1-hr average) SO2 NAAQS. This nonattainment area was designated on August 5, 2013 (81 FR 47191).[3]  Since 2018, the EES Coke Battery facility has been producing excess emissions that have contributed to SO2 concentrations in the area.

I assessed the air quality impacts of excess emissions from the EES Coke Battery facility and the air quality benefits of SO2 emissions control at the facility, as well as the air quality benefits of complete shutdown of the facility and zero-out of its emissions. My analysis included air quality modeling with state-of-the-science, EPA-recommended models for near-field and far-field impacts, including (1) the full atmospheric chemistry, peer-reviewed Comprehensive Air Quality Model with Extensions (CAMx) and (2) the American Meteorological Society/Environmental Protection Agency Regulatory Model Improvement Committee (AERMIC) Dispersion Model (AERMOD). This report describes my analysis and the data, models, and modeling results that I relied upon to arrive at my opinions on the air **quality impacts of EES Coke's excess emissions.** It also provides general background on PM formation and accumulation and on air quality models and their uses (an overview of air quality modeling is provided in **Section  5**). The methods and tools used for my assessment are discussed in more detail in **Section 6,**  and results from these analyses are discussed in

---

[2]  Control effectiveness value prepared by Dr. Sahu (see Sahu, *Expert Report,* for this case, Civil Action No. 2:22-CV-11191-GAD-CI).  https://www.govinfo.gov/content/pkg/FR-2013-08-05/pdf/2013-18835.pdf



Figure 5. Location of EES Coke Battery on Zug Island, Detroit, Michigan.

*Chinkin Expert Report*
*Civil Action No. 2:22-CV-11191-GAD-CI*

# 4.    Overview of the Atmosphere, Air Pollution, and Air Quality

This section provides an overview of the atmosphere, air pollution, air pollutant characteristics, and air quality.

## 4.1    The Atmosphere and Air Pollution

The atmosphere is a complex, dynamic natural system of gases and particles that are essential to support life. Air pollution is the human introduction into the atmosphere of chemicals, PM, or biological materials that cause harm or discomfort to humans or other living organisms or damage the environment. Four general processes affect the concentrations of pollutants in the atmosphere: (1) emission, (2) chemical transformation, (3) transport and diffusion, and (4) removal. While pollutant concentrations change because of these processes, mass is conserved, meaning that emitted pollutants may change form, be transported to other locations, diluted, and deposited on **the earth's** surface, but they do not disappear.

The following processes provide an overview of how air pollutants are introduced into the atmosphere and the important chemical and physical processes by which they can transform or be removed from the atmosphere.

**Emission** – Emission sources emit gases and particles that vary spatially (horizontally and vertically), temporally (i.e., by month, day, and hour), chemically, and physically (i.e., particle size), depending on the type of source. Emissions include criteria pollutants and precursor pollutants that convert to criteria pollutants in the atmosphere.

**Chemical Transformation** – Emitted pollutants can undergo chemical transformation in the atmosphere through reactions with other gases and particles, and solar radiation.

**Transport and Diffusion** – The atmosphere is always in motion and pollutants can be transported from their source to distant receptors by the wind. The atmosphere is also turbulent and pollutant concentrations may be diluted by mixing polluted air with cleaner air—a process referred to as diffusion.

**Primary pollutants,** such as $SO_2$ and NOR, may be transported only modest distances before they react with other compounds and produce secondary pollutants such as sulfate $PM_{2.5}$. Under certain atmospheric conditions, $SO_2$ may only convert to sulfate at a rate of 1% per hour (Newman, 1981), which would allow the $SO_2$ to be transported for several days before conversion. On the other hand, under some atmospheric conditions

SO2 may convert to sulfate within a few hours or less (Pandis and Seinfeld, 1989), limiting the transport distance of the SO2.

Secondary pollutants, such as ozone and sulfate particles, can be transported long distances before they are removed from the atmosphere. Over the past decade, data analysis studies have shown that both ozone and PM can be transported over thousands of kilometers. For example, modeling performed to support the Cross State Air Pollution Rule (U.S. Environmental Protection Agency, 2011) showed quantifiable ozone and PM2.5 transport from states in the Midwest to nonattainment areas on the East Coast.

Removal — The principal processes for pollutant removal are wet and dry deposition of gases and particles to the earth's surface, which include respiration by humans, animals, and vegetation.

The complexity of atmospheric processes affecting pollutant concentrations makes it important to understand how pollutants emitted from sources will affect the concentrations of other pollutants in the atmosphere. To address this issue, computer models of atmospheric physics and chemistry have been developed that, based on current scientific knowledge, (1) integrate the important processes that control the emission, chemical transformation, transport and diffusion, and removal of atmospheric pollutants, and (2) allow us to estimate the effect of emission changes on pollutant concentrations. These models are discussed further in Section 5.

## L.2   Air Pollutants

Pollutants can be classified as either primary or secondary. Primary pollutants are substances directly emitted into the atmosphere from man-made processes, such as microscopic particles from wood combustion, the carbon monoxide (CO) gas from a motor vehicle exhaust, or SO2 gas released from industrial sources such as a coal-fired power plant or coke oven battery. Secondary pollutants are not emitted directly; instead, they form in the air when primary pollutants react or interact. Important examples of secondary pollutants are ground-level ozone, which forms from NOR and volatile organic compound (VOC) emissions, and the major components of "fine" PM (i.e., PM2.5), which form from SO2, NOR, and VOC emissions. For example, sulfate PM2.5 is formed through chemical conversion of gaseous SO2. Note that some pollutants may be both primary and secondary; that is, they are emitted directly and formed from other primary pollutants. For example, organic carbon PM2.5 is both a primary and a secondary pollutant.

At the federal level, under the Clean Air Act (CAA), EPA regulates air pollution by setting limits on how much pollution can be in the air anywhere in the U.S. The EPA sets (and periodically reviews) NAAQS for six air pollutants: ozone, PM, CO, nitrogen dioxide (NO2), SO2, and lead. These pollutants can harm health and the environment, and cause property damage. EPA calls these pollutants "criteria" air pollutants because it regulates them by developing human health-based and/or environmentally based criteria (science-based guidelines) for setting permissible levels. While all criteria pollutants are important from a health perspective, this report focuses on PM and S02.

*Chinkin Expert Report*
*Civil Action No. 2:22-CV-11191-GAD-CI*

## Particulate Matter

The term "PM" describes a complex mixture of solid and liquid particles of various sizes in the atmosphere. PM can be described in terms of particle size and chemical composition, both of which are important from a health perspective. Generally, the smaller the particle size, the more deeply it penetrates the respiratory system.

The size of particles in the atmosphere can vary tremendously. Particle sizes are often classified in three size ranges:

- Ultra-fine particles (<0.1 μm);

- Fine particles (0.1 to 2.5 μm); and

- Coarse particles (2.5 to 10 μm),

where 1 μm is 1 millionth of a meter. PM2.5, which refers to particles with a diameter equal to or less than 2.5 μm, are particles in the fine and ultra-fine size ranges. PK° (particles with a diameter equal to or less than 10 μm) includes PM2.5 and coarse particles. For perspective, Figure 6 provides a size comparison of PM2.5 and PK° particles to human hair and beach sand.



Figure 6. Size comparison of $PM_{2.5}$ and $PM_{10}$ particles to human hair and beach sand.

## 4.3.1   Particle Formation and Growth Processes

Particles are formed and grow through four main processes.

- Condensation — Gases condense onto a small solid particle to form a liquid droplet.

- **Cloud/Fog Processes** – Gases dissolve in a water droplet and chemically react. A particle exists when the water evaporates.

- **Coagulation** – Particles collide and stick together.

- **Chemical Reaction** – Gases react to form particles.

## 4.3.2  PM Sources ana Cnemistry

PM is both a primary and secondary pollutant. Primary PM is directly emitted into the atmosphere and includes suspended dust, sea salt, organic carbon (OC), elemental carbon (EC), metals from combustion, and lesser amounts of sulfate and nitrate. Secondary PM forms when precursor gases undergo chemical and physical transformations in the atmosphere:

- SO2 gas forms sulfate particles.

- NOx gases form nitrate particles.

- Ammonia (NH3) forms ammonium compounds.

- VOC gases form OC particles called secondary organic aerosol (SOA).

– Most ambient sulfate is secondary, formed within the atmosphere from SO2 emissions. About half of SO2 conversion to sulfate occurs in the gas phase through photochemical reactions in the presence of sunlight. NOx and hydrocarbon emissions tend to enhance the photochemical oxidation rate. SO2 conversion to sulfate also takes place within clouds, where soluble pollutant gases, such as SO2, are scavenged by water droplets and rapidly oxidize to sulfate (Pandis and Seinfeld, 1989). Only a small fraction of cloud droplets deposits out as rain; most droplets evaporate and leave a sulfate residue. Typical rates for SO2-to-sulfate conversion are 1-10% per hour.

**Nitrate Chemistry** – NO2 can be converted to nitric acid (HNO3) by reaction with hydroxyl radicals (OH) during the day. The peak day conversion rate of NO2 to HNO3 in the gas phase is about 10-50% per hour. During the night, NO2 is converted into HNO3 by a series of reactions involving ozone and the nitrate radical. HNO3 reacts with ammonia to form particulate ammonium nitrate (NH4NO3). Thus, PM nitrate can be formed at night and during the day; daytime photochemistry also forms ozone.

## 4.3.3  PM Composition

While PM may include dozens of compounds, it is usually mainly a combination of the following chemical components:

- Sulfate
- Ammonium
- Organic Carbon
- Nitrate

These components of PM are largely secondary pollutants; their formation rates are affected by atmospheric SO2 and NOx concentrations. Other chemical compounds found in PM include elemental (black) carbon, crustal material (suspended dust consists mainly of oxides of Al, Si, Ca, Ti, Fe, and other metal oxides), and salt (NaCI). The impacts of modeled SO2 emissions from EES Coke on near-field SO2 concentrations and far-field PM2.5 concentrations (without and with modeled emissions controls) are the focus of this analysis.

**Figure 7** provides a schematic of how PM may be composed of various compounds from various sources. The composition of PM can inform us about the emission sources contributing to PM concentrations and the formation processes. **Figure 8** shows the composition of PM2.5 at a monitoring site near the EES Coke Battery in Detroit, MI for the years 2010 through 2021, as reported by the U.S. Environmental Protection Agency (2023a). As seen in Figure 8, the PM2.5 composition at this location is dominated by organic carbon and secondary nitrate and sulfate. These trends show a 10% decline in the contribution of secondary sulfate to PM2.5 concentrations, and steady contributions of organic carbon and secondary nitrate (approximately 25% each). The decline in secondary sulfate PM2.5 was countered by an increase in the contribution of sea-salt and crustal material (each having about a 5% increase) during this time period.



**Figure 7.** Composition of particulate matter.



Figure 8.  $PM_{2.5}$ composition[4] in Detroit, Michigan at the Southwestern High School (HS) monitoring site from 2010 through 2021. The data are from EPAs 2023 annual air quality status and trends report, Our Nation's Air (U.S. Environmental Protection Agency, 2023a).

## Removal Through Deposition

Gas and particle pollutants can be removed from the atmosphere and transferred to the earth's surface through deposition processes. Wet deposition refers to removal by precipitation such as rain, fog, and snow. Dry deposition refers to removal by reactions with the surface, uptake by vegetation, or gravitational settling. SO2 and NOx emissions are the primary causes of acid deposition and are responsible for acid rain and its environmental consequences.  Figure 9  provides a schematic diagram of the processes leading to the deposition of chemical species.

---

[4]  In this figure, the term "Sulfate" refers to ammonium sulfate, "Nitrate" refers to ammonium nitrate, and "Crustal" refers to trace elements from resuspended dust and other sources.



**Figure 9.** Overview of the processes leading to wet and dry deposition.

Contains Confidential Information – Subject to Protective Order

# 5.   Overview of Air Quality Models and Modeling

## 5.1   Air Quality Models

Air quality models are mathematical descriptions of pollution transport, dispersion, and related processes in the atmosphere and have been in use for decades. Air quality models estimate the air pollutant concentration at many locations, which are referred to as receptors. The number of receptors in a model far exceeds the number of monitors one could typically afford to deploy in a monitoring study. Therefore, models provide a cost-effective way to analyze impacts over a wide spatial area where factors such as meteorology, topography, chemistry, and emissions could be important.

Air quality models are also appropriate tools to examine the air quality impacts of proposed regulations and policies. Air quality agencies and businesses regularly use these models to evaluate the sensitivity of air pollution concentrations to changes in emissions sources, which aids in decision-making about emission control strategies. Predicting pollutant concentrations associated with potential future emission scenarios is another important use of air quality models.

There are many types of air quality models, and each type has its uses in assessing air quality impacts from emission sources. Three types of models commonly used in air quality assessment and management are (1) Gaussian plume models, (2) Lagrangian (trajectory) models, and (3) Eulerian (grid) models. Gaussian plume dispersion models have been used to assess near-source impacts from primary air pollutants, while Lagrangian and Eulerian photochemical models have historically been used for urban- and regional-scale analyses and are much more computationally intensive.

Gaussian plume models, such as AERMOD, are mathematical models that are typically applied for point source emitters and industrial source complexes composed of point and/or area source emitters. Such models treat the dispersion of pollutant emissions from an emitter as a Gaussian plume (see **Figure** 1(,)  with separate horizontal and vertical dispersion rates that are dependent on terrain characteristics and meteorology. Gaussian plume models produce pollutant concentration estimates at selected receptor locations but do not treat chemical transformations of pollutants. Gaussian plume models are best suited for assessing air quality concentrations of primary pollutants in the near field.



Figure 10.  Representation of a Gaussian plume.

Eulerian photochemical models are grid-based models that simulate physical and chemical processes in the atmosphere on a three-dimensional array of grid cells **(hence the term "grid models;"** see **Figures 11 and 12).**  In general, Eulerian models are technically superior to and a more complete scientific representation of atmospheric processes than Gaussian and Lagrangian models because they allow more comprehensive, explicit treatment of physical processes and include the interactions of numerous sources in chemical processes. Eulerian models rely on fewer assumptions but require sophisticated numerical solution methods and high-speed computers. Examples of modern Eulerian photochemical models include CAMx and the Community Multiscale Air Quality (CMAQ) model.



Figure 11.  Photochemical grid model conceptualization.



**Figure 12.**  Overview of processes treated in a single grid cell of an Eulerian photochemical model.

The ability of Eulerian photochemical models to treat large numbers of sources and their chemical interactions makes them well suited for assessing the impacts of emission controls on urban and regional air quality. These models have been used for more than 30 years to support State Implementation Plan (SIP) development and NAAQS attainment demonstrations, reasonable progress demonstrations for the Regional Haze Rule, and other regulatory rulemaking. Recent revisions to the Guideline on Air Quality Models **(also known as "Appendix W" to 40 CFR Part 51),**[5] now relies on the use of photochemical grid models to address ozone and secondary PM2.5 formation from single-source emissions of NOx and S02. Eulerian photochemical models are used worldwide and have an ever-increasing user community that spans the globe—in 2021 at the 20th annual Community Modeling and Analysis System (CMAS) conference, which highlights air quality modeling applications, there were more than 360 participants representing 19 countries.

---

[5]  See  **https://www.epa.gov/scram/2023-appendix-w-proposed-rule**  for the most recent proposed rule signed by the EPA Administrator on October 12, 2023.

## 5.2   The American Meteorological Society/Environmental Protection Agency Regulatory Model Improvement Committee (AERMIC) Dispersion Model (AERMOD)

AERMOD is an EPA-recommended, peer-reviewed dispersion model capable of simulating the near-field dispersion of gaseous and particle pollutants (U.S. Environmental Protection Agency, 2023b). It was promulgated as the EPA-preferred near-field regulatory model in 2005, replacing the Industrial Source Complex (ISCST3) model (U.S. Environmental Protection Agency, 2023c). AERMOD incorporates air dispersion based on planetary boundary layer turbulence structure and scaling concepts, including the treatment of surface and elevated sources in simple and complex terrain, building wake effects, and the treatment of plume meander that affects modeled concentrations under low wind-speed conditions. A more detailed description of AERMOD is in Section 6.2.

## The Comprehensive Air Quality Model with Extensions (CAMx)

The photochemical grid model used for my analysis, CAMx, is a peer-reviewed, state-of-the-science, Eulerian photochemical model capable of simulating the emission, transport, diffusion, chemical transformation, and removal of gaseous and particle pollutants in the atmosphere. The CAMx modeling system has been designed to approach air quality as a whole by including capabilities for modeling multiple air quality issues including tropospheric ozone, fine particles, toxic air pollutants, and acid deposition. A more detailed description of CAMx is provided in

# 6.   Air Quality Analysis Approach

## 6.1   Overview

The various scientific analysis methods and tools that I used to evaluate the air quality impacts of excess emissions from the EES Coke Battery facility, and the air quality benefits of modeled emission controls, are described below.

### 6.1.1   Air Quality Data and Analysis

EPA maintains an Air Quality System (AQS) database that contains measurements of pollutant concentrations from over 10,000 air quality monitoring sites in the United States. The AQS database is regularly updated by state and local environmental agencies operating the monitoring stations, in keeping with the Clean Air Act requirements.

All PM2.5 data for the Detroit metropolitan area were downloaded from AQS for the years 2000 through 2022. These data were compiled into a Microsoft Excel spreadsheet. 16 sites in the Detroit area reported PM2.5 concentrations daily or every third day. Annual average PM2.5 data were plotted as a time series to evaluate the representativeness of the analysis years for air quality modeling and other assessments.

### 6.1.E   Dispersion Modeling of Near-Field Air Quality Impacts

Dispersion models are widely used to assess the near-field impacts of primary criteria pollutants and PM (not including secondary formation) from stationary sources. These models are used to determine compliance with NAAQS and for analyses associated with facility permitting processes, such as NSR and PSD permitting.

For my evaluation of near-field impacts of SO2 emissions from the EES Coke Battery, I used AERMOD dispersion modeling with year 2019 SO2 emissions data that were reported by the facility and 2019 meteorological data.[6] I considered the modeled impacts as the difference between two emissions scenarios: (1) a base case using actual 2019 SO2 emissions, and (2) a control case using 2019 actual SO2 emissions and controlling 95% of those from the main combustion stack and COG flare. Since air quality impacts outside the fence line of property leased by EES Coke are relevant to my analysis, I considered modeled impacts at and out to several miles beyond that property line. I also considered modeling results with the same emissions scenario inputs noted above but with a fence line at the

---

[6]  The meteorological data used in the AERMOD modeling were also used in recent AERMOD modeling of EES Coke Battery and other sources on Zug Island conducted by EPA for the Proposed Federal Implementation Plan for the Detroit SO2 Nonattainment Area, which EPA published on June 1, 2022 for a 45-day public comment period and is now finalizing.

Zug Island perimeter, which was the fence line used by EPA for the purpose of SO2 FIP modeling that included other sources on Zug Island (U.S. Environmental Protection Agency, 2022b). This additional set of model simulations for my analysis illustrates differences between modeled impacts when using a fence line to assess impacts of illegal excess emissions (this analysis) and one to meet SIP or FIP requirements (MI EGLE and EPA analyses). In total, four model simulations were conducted for my analysis:

1. **2019 Base Case Modeling with EES Coke Battery facility fence line** – EES Coke facility modeled with actual 2019 SO2 emissions and the fence line based on the EES Coke property boundary.

2. **2019 Emissions Control Modeling with EES Coke Battery facility fence line** – EES Coke facility modeled with actual 2019 SO2 emissions, except with controlling 95% of the SO2 emissions from the main combustion stack and COG flare, and the receptor fence line based on the EES Coke property boundary.

3. **2019 Base Case Modeling with Zug Island fence line** – EES Coke facility modeled with actual 2019 SO2 emissions and the fence line based on the Zug Island perimeter.

4. **2019 Emissions Control Modeling with Zug Island fence line** – EES Coke facility modeled with actual 2019 SO2 emissions, except with controlling 95% of the SO2 emissions from the main combustion stack and COG flare, and the fence line based on the Zug Island perimeter.

## 6.1.3  Photochemical Modeling of Far-Field Air Quality Impacts

The photochemical modeling for my analysis was conducted with the Eulerian CAMx model. This model is widely used to assess the impact of emissions and effectiveness of emission controls. It is particularly useful for simulating air quality when there are complex chemical and physical interactions between emissions sources and when transport may occur over large distances. Using this model (and others like it, such as CMAQ) to investigate the air quality impacts of emission changes consists of two general phases, although the particular phases and terminology will depend on the type of modeling performed:

1. **Base Case Modeling** – In this phase, a past episode, season, or year is modeled and the model's predicted concentrations are compared to measured concentrations in a model performance evaluation (MPE). An iterative process of improving model inputs, re-modeling, and re-assessing model performance is carried out until model performance goals are achieved to ensure that the model is getting the right answers for the right reasons. The final model simulation is referred to as the "base case."

2. **Emission Control Modeling** — **In this phase, which is sometimes called the "control case,"** application of (additional) emission controls are assumed on the base case to assess the air quality impacts of the emission changes. In a control case, only the emissions differ from the base case; the numerous other inputs (e.g., meteorology) and model configuration remain the same as in the base case.

For this analysis, I began with the 2016 CAMx Base Case modeling platform developed by the EPA for regulatory-focused analyses and modeled one control scenario with SO2 controls applied to the two largest sources of SO2 emissions at the EES Coke Battery (namely, the main combustion stack and COG flare) and one scenario with all EES Coke Battery emissions zeroed out, which represents a future scenario with closure of the facility. Emission changes associated with these scenarios are discussed in  Section 6.2.2.  Results from the control and "zero-out" scenarios were compared to a base case simulation using actual 2019 emissions reported by EES Coke.

## 6.2   The American Meteorological Society/Environmental Protection Agency Regulatory Model Improvement Committee (AERMIC) Dispersion Model (AERMOD)

### 6.2.1   Overview of AERMOD

AERMOD is a peer-reviewed, steady-state, Gaussian plume model designed to evaluate near-field impacts of air pollutant emissions from stationary sources. AERMOD contains algorithms for dispersion in both the convective and stable boundary layers; plume rise and buoyancy; plume penetration into elevated inversions; computation of vertical profiles of wind, turbulence, and temperature; the treatment of building wake effects; and the treatment of plume meander.

The AERMOD modeling system includes three input data processors: AERMET (U.S. Environmental Protection Agency, 2023d), a meteorological data preprocessor that incorporates air dispersion based on planetary boundary layer turbulence and scaling concepts; AERMAP, a terrain data preprocessor that incorporates complex terrain using U.S. Geological Survey digital elevation data (U.S. Environmental Protection Agency, 2018a); and BPIP Prime, a preprocessing algorithm for calculating building downwash values (U.S. Environmental Protection Agency, 2004). AERMOD has undergone extensive validation based on detailed tracer release experiments designed and performed specifically for assessing air dispersion models.

### 6.2.2   '\ERMOD Configuration and Inputs

In this case, AERMOD version 23132 was used to estimate 1-hr SO2 concentrations in the vicinity of the EES Coke Battery facility for a one-year period using complex terrain options, meteorological observations collected from the Detroit Metropolitan Wayne Count Airport in 2019, and 2019 actual reported SO2 emissions from the EES Coke Battery facility. An additional simulation with 95% control of the SO2 emissions from the main combustion stack and the COG flare was run to compare 2019 control scenario SO2 modeled impacts to uncontrolled SO2 modeled impacts in the vicinity of the EES Coke Battery facility. Below is a description of the modeling setup and inputs used.

## SO2 Emission Sources and Stack Parameters

SO2 emission rates used for modeling the EES Coke facility were obtained for 2019 using data prepared by EES Coke for the Michigan Air Emissions Reporting System (MAERS), which includes source-specific emissions totals! EES Coke reports SO2 emissions for the facility to the MAERS for several types of sources. The modeling for my analysis included all those sources (except decanter sludge tanks that produce less than or equal to 0.01% of the total SO2 emissions in each year that EES Coke has been emitting excess SO2.) These are the same sources that EPA modeled for the 2022 Proposed FIP for Detroit (U.S. Environmental Protection Agency, 2022a):

- Main combustion stack
- COG flare
- Pushing Emissions Control System (PECS) stack
- Soaking stacks (3 stacks)
- Bypass bleeder flares (8 flares)
- Coke oven door leaks and pushing fugitives

Table 1 shows the 2019 base case SO2 total annual emissions from the MAERS and the control scenario total annual emissions used for the AERMOD modeling in my analysis. The SO2 emissions modeled in the control case scenario were based on a 95% reduction in SO2 emissions from the combustion stack and from the COG flare, as estimated by **Plaintiff's** technology expert Dr. Ranajit Sahu.[8] Application of these emissions reductions to the base case emissions estimates resulted in a total reduction of 2,884 tons of SO2 for 2019[9].

Table 1. Modeled EES Coke Battery $SO_2$ emissions for the 2019 base case and control case scenarios.

| Source | 2019 Base Case $SO_2$ Emissions (tons/year) | 2019 Control Case $SO_2$ Emissions (tons/year) |
|---|---|---|
| Combustion Stack | 1,706.24 | 85.31 |
| COG Flare | 1,329.43 | 66.47 |
| PECS Stack | 12.59 | 12.59 |
| Soaking Stacks | 23.45 | 23.45 |
| Bypass Bleeder Flares | 110.67 | 110.67 |
| Door Leaks and Pushing Fugitives | 10.19 | 10.19 |
| **Total $SO_2$ Emissions** | **3,192.57** | **308.68** |

---

Bates number EES COKE_0065048.

Control effectiveness value prepared by Dr. Sahu (see Sahu, *Expert Report*, for this case, Civil Action No. 2:22-CV-11191-GAD-CI).

[9] The total amount of excess SO2 emissions from the EES Coke Battery facility for 2019 was calculated from the 2019 MAERS data for the facility and the 95% control effectiveness value prepared by Dr. Sahu.

Contains Confidential Information – Subject to Protective Order

Refined daily and hourly SO2 emission rates and flow rates were calculated for the AERMOD modeling based on total 2019 SO2 emissions and hourly 2019 CEMS data submitted by EES Coke for reporting to the MAERS.[10]  These data provide hourly variability for the 2019 SO2 emissions for the combustion stack and daily variability for SO2 emissions from the COG flare and bleeder flares. For the COG flare, the EES Coke data for 2019 daily flow rates and the COG SO2 emission factor were used to calculate daily SO2 emission rates that were then allocated evenly across all hours of each day in the modeled year. For the bleeder flares, daily bleed duration (reported to the number of seconds) was allocated evenly across all hours of each day that bleeder flares produced emissions. EES Coke's data show that the bleeder flares emitted SO2 for 101 hours over 45 different days in 2019. For each source with hourly variability in SO2 emission rates, the time varying data from EES Coke was applied to the total emissions reported to MAERS for 2019. These data from EES Coke did not include time varying emissions for the PECS stack, soaking stacks, or the coke oven door leaks and coke pushing fugitive emissions. For these sources, total annual SO2 emissions were distributed evenly over all hours of the year for input to AERMOD.

The source parameters necessary for input into AERMOD, such as stack coordinate locations, exit temperatures, and exit velocities, are shown in Table 7  for point sources and  Table 2  for the buoyant line source representing the coke oven door leaks and pushing fugitive emissions sources. The modeling for my analysis uses the same source parameters used by EPA in the 2022 Proposed FIP modeling for SO2 in Detroit. However, the modeling for my analysis used variable combustion stack exit velocity based on 2019 flow rates provided with the EES Coke hourly CEMS data.

---

[10]  Bates numbers: EES COKE_0065048; EES COKE_0085215; EES COKE_0085234; EES COKE_0085223; EES COKE_0085229; EES COKE_0015885; and EES COKE_0054173.

Chinkin Expert Report
Civil Action No. 2:22-CV-11191-GAD-CI

**Table 2.** Modeled EES Coke Battery $SO_2$ point source parameters

| Model Source ID | Model Source Description | UTM Easting [m] | UTM Northing [m] | Base Elevation [m] | Release Height [m] | Gas Exit Temperature [K] | Gas Exit Velocity [m/s] | Stack Inside Diameter [m] |
|---|---|---|---|---|---|---|---|---|
| A7809_1 | Combustion Stack | 326036.00 | 4683065.00 | 176.78 | 96.01 | 534.76 | Variable | 5.03 |
| A7809_2F | COG Flare | 325894.76 | 4683371.30 | 176.78 | 61 | 1273 | 20 | 4.311 |
| A7809_3 | PECS Stack | 326132.96 | 4683029.33 | 176.78 | 35.05 | 310.928 | 11.219 | 3.048 |
| BLEEDER1 | Bypass Bleeder Flare 1 | 326001.48 | 4683110.61 | 176.78 | 36 | 1273 | 20 | 2.18 |
| BLEEDER2 | Bypass Bleeder Flare 2 | 326013.96 | 4683106.04 | 176.78 | 36 | 1273 | 20 | 2.18 |
| BLEEDER3 | Bypass Bleeder Flare 3 | 326028.87 | 4683100.62 | 176.78 | 36 | 1273 | 20 | 2.18 |
| BLEEDER4 | Bypass Bleeder Flare 4 | 326041.03 | 4683096.34 | 176.78 | 36 | 1273 | 20 | 2.18 |
| BLEEDER5 | Bypass Bleeder Flare 5 | 326054.06 | 4683091.16 | 176.78 | 36 | 1273 | 20 | 2.18 |
| BLEEDER6 | Bypass Bleeder Flare 6 | 326065.49 | 4683087.06 | 176.78 | 36 | 1273 | 20 | 2.18 |
| BLEEDER7 | Bypass Bleeder Flare 7 | 326080.43 | 4683081.57 | 176.78 | 36 | 1273 | 20 | 2.18 |
| BLEEDER8 | Bypass Bleeder Flare 8 | 326092.57 | 4683077.15 | 176.78 | 36 | 1273 | 20 | 2.18 |
| A7809_4 | Soaking Stack 1 | 326098.70 | 4683077.69 | 176.78 | 16.76 | 1422 | 20 | 0.584 |
| A7809_5 | Soaking Stack 2 | 326087.70 | 4683081.65 | 176.78 | 16.76 | 1422 | 20 | 0.584 |
| A7809_6 | Soaking Stack 3 | 326075.30 | 4683086.16 | 176.78 | 16.76 | 1422 | 20 | 0.584 |

**Table 3.** Modeled EES Coke Battery $SO_2$ buoyant line source parameters

| Model Source ID | Model Source Description | UTM Easting 1 [m] | UTM Northing 1 [m] | UTM Easting 2 [m] | UTM Northing 2 [m] | Base Elevation [m] | Release Height [m] |
|---|---|---|---|---|---|---|---|
| EESBAT | Door Leaks and Pushing Fugitives | 325998.00 | 4683121.00 | 326101.00 | 4683084.00 | 176.78 | 17 |

Contains Confidential Information – Subject to Protective Order
30

## Meteorology

As a part of EPA's proposed SO2 Federal Implementation Plan (FIP) for the Detroit SO2 nonattainment area (U.S. Environmental Protection Agency, 2022b), EPA used meteorology data from the Detroit Metropolitan Wayne County Airport (KDTW) 2016-2020, which was processed by the Michigan Department of Environment, Great Lakes, and Energy (EGLE). KDTW is approximately 13 miles to the southwest of Zug Island. EPA and EGLE used coincident upper air observations from the White Lake (DT) station in White Lake, MI, which is approximately 30 miles to the northwest.

AERMET version 21112 was used by EGLE to process the meteorological data and included the use of 1-min averaged Automated Surface Observing System (ASOS) wind data as well as the ADJ_U* option. EGLE used AERSURFACE version 20060 using data from the NWS station in Detroit to estimate the surface characteristics of the area of analysis.

EGLE used 1-min rolling averaged (2-min averaged wind data reported every minute) wind data from KDTW with the preprocessor, AERMINUTE, to integrate AERMINUTE output into the AERMET to produce final hourly wind records of AERMOD-ready meteorological data that better estimate actual hourly average conditions and that are less prone to over-report calm wind conditions. This allows AERMOD to apply more hours of meteorology to modeled inputs, and therefore produce a more complete set of concentration estimates (U.S. Environmental Protection Agency, 2022a). A minimum threshold of 0.5 meters per second was set in processing meteorological data for use in AERMOD, consistent with EPA methods (U.S. Environmental Protection Agency, 2013). In setting this threshold, no wind speeds lower than this value would be used for determining concentrations. This threshold was specifically applied to the 1-min wind data (U.S. Environmental Protection Agency, 2022a).

## Receptors

AERMOD can provide concentration estimates at a variety of receptor locations. For this analysis, a Cartesian receptor grid was defined to cover a 20-km by 20-km area centered on the EES Coke Battery with receptors spaced at 50 m intervals along the fence line, 100-m intervals out to 3-km, and 1,000-m intervals out to 10-km from the facility. This is a similar grid to the one used in EPA's FIP SO2 designation modeling (U.S. Environmental Protection Agency, 2022a), but extends into Canada.

Two receptor grids, illustrated in  Figure 13,  were modeled for the 2019 base case and control case scenarios, with receptors starting at the:

- EES Coke Battery facility fence line, based on maps provided in discovery[11]

- Zug Island boundary, based on the receptor grid used for EPA's FIP modeling for SO2 in Detroit (U.S. Environmental Protection Agency, 2022a).

---

[11]  Bates numbers EES COKE_0078012, EES COKE_0078016, and EES COKE_0078015.



Figure 13.  Zoomed-in maps of receptor grids starting at (a) the EES Coke Battery facility fence line and (b) the Zug Island boundary.

## Urban and Rural Dispersion Option

For all near-field modeling both the urban dispersion option and rural dispersion option were used based EPA's proposed SO2 FIP for Detroit (U.S. Environmental Protection Agency, 2022a). EPA noted in

the FIP that hourly monitored concentrations at the Southwest High School and West Windsor monitors demonstrated that peak impacts at the monitors occurred during the daytime hours, which better matches the diurnal pattern modeled with the rural dispersion option than with the urban dispersion option (U.S. Environmental Protection Agency, 2022a). **EPA's methodology** was followed for my analysis, using the rural dispersion option for the combustion stack at EES Coke and the urban dispersion option for other SO2 sources. The urban population value was set to 1,000,000 in AERMOD for the sources modeled as urban (U.S. Environmental Protection Agency, 2022a).

## Buildings and Good Engineering Practice (GEP) Height

The effects of building wakes (i.e., downwash) on plumes from the EES Coke facility SO2 sources were evaluated in accordance with EPA guidance (U.S. Environmental Protection Agency, 1985). Data on the buildings at the facility location that could potentially cause plume downwash effects for the sources were determined for different wind directions using the EPA Building Profile Input Program— Prime (BPIP-Prime) (Version 04274). The same building dimensions, SO2 source heights, and BPIP-Prime files used in the EPA SO2 FIP modeling (U.S. Environmental Protection Agency, 2022a) were used in the near-field modeling for my analysis.

EPA defines GEP as the height necessary to ensure that emissions from a stack do not result in excessive concentrations of any air pollutant in the immediate vicinity of the source as a result of atmospheric downwash, eddies, or wakes that may be created by the source itself, nearby structures, or nearby terrain obstacles (U.S. Environmental Protection Agency, 1985). When determining compliance with air quality standards, the modeled stack height must be less than or equal to the GEP stack height as defined in 40 CFR 51.1. The GEP stack height does not limit the actual physical **height of the stack, but it limits the modeling 'credit' that can be given for the portion of the stack** that exceeds GEP height.

All EES Coke SO2 emission sources were modeled at their actual physical stack height, as in EPA's modeling for the SO2 FIP (U.S. Environmental Protection Agency, 2022a). The GEP height for the main combustion stack is 115 m, however, the actual stack height is 96 m. Therefore, the combustion stack was modeled at 96 m. All other SO2 stacks at EES Coke were also modeled with actual heights.

## Terrain

AERMAP version 18081 was used to incorporate local high-resolution terrain data. National Elevation Dataset (NED) terrain data on a NAD83 datum at 1 degree arc resolution was obtained from the USGS The National Map (TNM) Downloader.[12]  The use of high-resolution terrain data ensures topography near EES Coke is adequately resolved in the U.S. and into Canada. For each receptor, AERMAP generates terrain base elevations and a hill height scale value. The hill height scale is the terrain height that has the greatest influence on dispersion for each individual receptor. Elevations for

---

[12]  Available at https://apps.nationalmap.gov/downloader/.

SO2 sources and buildings at the facility were kept the same as in the EPA SO2 FIP modeling (U.S. Environmental Protection Agency, 2022a).

### 6.2.3   AERMOD Outputs and Post-Processing

Outputs from AERMOD runs in my analysis include results for daily maximum and fourth-highest 1-hr average SO2 modeled impacts for each simulation day at each model receptor. These results were produced as AERMOD PLOTFILE output files. AERMOD POSTFILEs, which include results for concurrent, 1-hr average SO2 modeled impacts at each receptor for all hours in the modeled year (2019), were also produced in the annual simulations. The MAXDCONT option was invoked to produce ranked values for individual source groups to determine source contributions for comparison to the 1-hr SO2 standard. AERMOD SO2 concentrations were converted from micrograms per cubic meter to ppb assuming a molecular weight of 64.07 g/mol, 1 atmosphere of pressure, and air temperature of 25°C.

## 6.3   The Comprehensive Air Quality Model with Extensions (CAMx)

### 6.3.1   Overview of CAMx

The CAMx modeling system has been designed to approach air quality as a whole by including state-of-the-science capabilities for modeling multiple air quality issues, including tropospheric ozone, fine particles, air toxics, acid deposition, and visibility degradation. In this way, CAMx development involves the scientific expertise from each of these areas and combines the capabilities to enable a community modeling practice. CAMx was also designed with multiscale capabilities so that separate models are not needed for urban and regional-scale air quality modeling. CAMx builds upon a long legacy of peer-reviewed air quality modeling science and capability that started with the Urban Airshed Model (U.S. Environmental Protection Agency, 1990; Scheffe and Morris, 1993) and continues today as the CAMx model (Ramboll Environment and Health, 2022).

The target grid resolutions and domain sizes for CAMx range spatially and temporally over several orders of magnitude. With the model's temporal flexibility, simulations can be performed to evaluate longer-term (annual to multi-year) pollutant climatology and short-term (days to months) transport from localized sources. With the model's ability to handle a broad range of spatial scales, CAMx can be used for urban, regional, and national-scale model simulations. By making CAMx a modeling system that addresses multiple pollutants and different spatial scales, CAMx has a "one atmosphere" perspective that encapsulates the efforts of the scientific community.

To implement multiscale capabilities in CAMx, several issues such as scalable atmospheric dynamics and generalized coordinates that depend on the desired model resolution are addressed. Meteorological models may assume hydrostatic conditions for large regional scales, where vertical pressure and gravitational forces are assumed to be balanced in the atmosphere, with no net vertical acceleration on larger scales. However, on smaller scales such as urban scales, this assumption is inappropriate. A set of governing equations for compressible non-hydrostatic atmospheres is available to better resolve atmospheric dynamics at smaller scales. These non-hydrostatic equations are more suitable for finer regional-scale and urban-scale meteorology. CAMx's governing equations are expressed in a generalized coordinate system to provide flexibility in handling scale-dependent meteorological formulations. This approach ensures consistency between CAMx and the meteorological modeling system.

The CAMx system was designed to have a flexible modeling structure based on modular components. CAMx includes the following major processes:

- Horizontal advection

- Vertical advection

- Mass conservation adjustments for advection processes

- Horizontal diffusion

- Vertical diffusion

- Emissions injection

- Deposition

- Gas-phase chemical reactions

- Aqueous-phase reactions and cloud mixing

- Aerosol dynamics, thermodynamics, and chemistry

- Plume chemistry effects

- Photolytic rate computation

- Process analysis

CAMx is part of a larger modeling system which simulates various chemical and physical processes that are important for understanding atmospheric trace gas transformations and distributions. This modeling system contains three main components:

**Meteorological Model**  to simulate atmospheric temperature, moisture, wind, stability, turbulence, vertical mixing, and solar radiation.

**Emissions Model**  to estimate anthropogenic (man-made) and natural emissions that are injected into the atmosphere, and to translate emission inventory data into the temporal and spatial scales and the chemical speciation needed for the air quality model.

**Chemical Transport Model**  (CAMx) to simulate chemical transformation and fate of atmospheric pollutants.

T e mo e ng system a so nc u es     t ona components t at prov  e env ronmenta an geop ys ca mo e ng nputs an  trans ate  ata  etween   erent mo e ng system components. Some o these components include data converters that translate global chemical transport modeling data (e.g.,  rom GEO..,  hem) into lateral boundary conditions, and inter ace programs that prepare meteorological model output or the air quality model. The relationships and data  low among t ese mo e ng components are s own         A t e mo e ng system components are open-source an  ree y ava a  e on t e nternet (see     ), are u y  ocumente ,  ave  een extens ve y pee -rev ewe , an  are cont nuous y up  ate  to re ect t e atest sc entif c a vancements. A more detailed description of the CAMx model formulation can be found in the CAMx User's Guide   am o Env ronment an  Hea t , 2022).



igure    The CAMx modeling s stem.

**Table 4.** Websites for modeling system source codes and documentation.

| Model System Component | Host | Website |
|---|---|---|
| Comprehensive Air Quality Model with Extensions (CAMx) | Ramboll | **www.camx.com** |
| Weather Research and Forecast (WRF) model | National Center for Atmospheric Research | **www2.mmm.ucar.edu/wrf/users** |
| Sparse Matrix Operator Kernel (SMOKE) | Community Modeling and Analysis System (CMAS) Center[13] | **www.cmascenter.org/smoke** |

## 6.3.2   Scientific Peer Review

**Since its** inception, the formulation, application, and improvement of the CAMx modeling system has been vetted in peer-reviewed literature. Hundreds of peer-reviewed articles covering these topics have been published in journals that include *Atmospheric Environment, Journal of the Air & Waste Management Association, Journal of Geophysical Research,* and *Environmental Science & Technology.* The CAMx model has been extensively peer-reviewed for estimating ozone and PM2.5 concentrations (Boylan and Russell, 2006; Morris et al., 2006; Nopmongcol et al., 2012; Tesche et al., 2006). Past peer-reviewed literature published by EPA has focused on using CAMx to quantify the air quality impacts of individual sources such as power plants (Baker and Foley, 2011; Baker et al., 2014 and 2015). The EES Coke Battery facility emits excess S02, which is also a common pollutant emitted from power plants.

## 6.3.3   CAMx Applications

Because of its general acceptance in the modeling community, CAMx has been used extensively by EPA, other regulatory agencies, and scientists as a tool for simulating air pollution scenarios. My analysis uses the 2016 version 3 (2016v3) modeling platform that EPA developed using CAMx (U.S. Environmental Protection Agency, 2023e). A modeling platform is a structured system of connected tools and data that provide a consistent and transparent basis for assessing the air quality impact of anticipated changes in emissions. EPA develops and evaluates a new modeling platform each time the National Emissions Inventory (NEI) is updated, which occurs on a 3-yr cycle (with a significant lag between the inventory year and the time the NEI and modeling platform are complete). The 2016v3 modeling platform was the most recent suitable platform available for this analysis. Additional modeling platforms have been developed recently, but they have not yet been applied in a similar regulatory context and some were developed for years impacted by the extraordinary circumstances of the COVID-19 pandemic.

---

[13]   CMAS is hosted by the University of North Carolina at Chapel Hill (UNC) Institute for the Environment under contract from EPA.

EPA applied its initial 2016 modeling platform (2016v1) in the regulatory context of the Revised Cross-State Air Pollution Rule Update for the 2008 Ozone NAAQS (U.S. Environmental Protection Agency, 2020). It has since made updates, improvements, corrections, and refinements to the 2016 platform, and the latest version (2016v3) is used by EPA to support interstate transport analyses related to the 2015 Ozone NAAQS. In addition, CAMx has previously been applied for a wide variety of regulatory studies, including:

- Visibility modeling to inform the Regional Haze Rule SIP development process (U.S. Environmental Protection Agency, 2017a)

- The Regulatory Impact Assessment for the 2015 revisions to the ozone NAAQS (U.S. Environmental Protection Agency, 2014)

- The Cross-State Air Pollution Rule (CSAPR) for the 2008 ozone NAAQS (U.S. Environmental Protection Agency, 2015) and 2015 ozone NAAQS (U.S. Environmental Protection Agency, 2016)

- Regional Haze/Visibility Modeling by various Regional Planning Organizations (RPOs); for example, the Western Regional Air Partnership (WRAP) and the Midwest Regional Planning Organization (MRPO)

- Regional Haze/Visibility Modeling by States. Various states, including Michigan, have used CAMx over the years to support regional haze SIPs and visibility assessments.

- State Implementation Plans by various States; for example, Michigan (Detroit ozone) and Missouri (St. Louis PM2.5)

## 6.4   CAMx Configuration and Inputs

CAMx version 7.1 (released January 25, 2021) was used for my analysis. Version 7.1 is one of the CAMx versions that EPA has applied within its 2016 modeling platform and used for interstate transport analyses related to the 2015 Ozone NAAQS (U.S. Environmental Protection Agency, 2023f).

The EPA 2016v3-based modeling platform provided a suitable basis for the modeling performed for my analysis (1) given the substantial effort put into improving and validating the system, and (2) because the area modeled by EPA (i.e., the domain) covers a large area that includes the EES Coke Battery facility and relevant downwind receptors. My analysis includes a model configuration and model inputs developed by EPA for the 2016v3-based platform and inputs of actual EES Coke emissions by source, as reported by EES Coke in the MAERS. These are described in the following subsections.

### 6.4.1   Data Sources

My analysis includes CAMx modeling that used data files from the 2016v3-based modeling platform prepared by EPA for the following model inputs: emissions, meteorology, initial conditions, and boundary conditions. Additional details are described below.

### 6.4.2   Modeling Domain

EPA's 2016v3-based modeling platform consists of a single national modeling domain with 12-km horizontal grid resolution (396 cells east-west and 246 cells north-south). The modeling domain is shown in **Figure 15.** The modeling grid has 35 vertical layers extending from the surface to approximately 19 km above the ground.



**Figure 15.** CAMx modeling domain used in this analysis.

### 6.4.3   Emissions

CAMx requires emissions inputs that are resolved by hour, grid cell, vertical layer, and individual chemical species. However, emission inventories are usually prepared at a county or facility level with annual or average day emission values, so several processing steps are needed to convert emissions data into the temporal, spatial, and chemical resolution required by CAMx. As part of the development of the 2016v3 modeling platform, EPA prepared CAMx-ready emissions inputs using version 4.9 of the SMOKE modeling system. SMOKE, which was developed with EPA support, is a collection of interrelated programs that perform functions such as temporal allocation, chemical

speciation, and spatial allocation on emission inventory data to achieve the input requirements of an air quality model. To develop a complete emissions input file for CAMx for a given episode date, EPA processed emissions data from several source types through SMOKE:

**rboint sources** – Large stationary sources such as refineries or electrical generating units (EGUs) that are treated on an individual basis for emission inventory development purposes.

**ArPn sources** – Stationary sources that are too numerous and too small to be treated individually, such as dry cleaning facilities or gas stations.

**Non-road mobile sources** – Transportation sources that are not certified for highway use, such as aircraft or construction equipment.

**On-road mobile sources** – Vehicles that operate on paved roadways, including passenger vehicles, heavy-duty trucks, and buses.

**source,** – Natural emission sources such as plants and trees.

Year-2016 emissions inventories for all sources other than the EES Coke Battery facility, including area, non-road mobile, on-road mobile, and point sources in the 2016v3 modeling platform (2016gf_cb6r5_16j), were based on version 3 of the 2016 National Emissions Inventory (NEI). EPA used the 2016v3 modeling platform to support interstate transport analyses related to the 2015 Ozone NAAQS support and used an earlier version of the 2016 platform for the Revised Cross-State Air Pollution Rule Update for the 2008 Ozone NAAQS. EPA has also used all three 2016 platform versions for other modeling and regulatory analysis efforts (U.S. Environmental Protection Agency, 2023e; 2023f; 2023g). The actual 2019 emissions for the EES Coke Battery facility used in the modeling for my analysis were based on the emissions data submitted by EES Coke to MAERS, as discussed in **Section 7.2,** and were processed with SMOKE version 4.9 to prepare the data for input to CAMx.

## 6.4.4  Meteorology

Meteorological inputs for CAMx were developed by EPA for the 2016v3 modeling platform using version 3.8 of WRF (Skamarock et al., 2008) and WRFCAMx version 4.7 (Ramboll Environment and Health, 2021). The meteorological outputs from WRF include hourly varying winds, temperature, moisture, vertical diffusion rates, clouds, and rainfall rates. This WRF model run includes 35 vertical layers, and high-resolution sea surface temperature data from the Group of High Resolution Sea Surface Temperature (GHRSST). EPA refers to this 2016v3 **meteorology data as version "16j."** WRFCAMx was used to create 35-layer gridded, model-ready meteorological inputs to CAMx. In running WRFCAMx, vertical eddy diffusivities (Kv) were calculated using the Yonsei University (YSU) mixing scheme, as described by Hong and Dudhia (2006). A minimum vertical eddy diffusivity value (Kv) of 0.1 $m^2$/s was used except for model grid cells in urban locations, where the minimum Kv was

increased to 1.0 m$^2$/s within the lowest 200 m of the surface. This adjustment was applied to enhance air **mixing associated with the nighttime "urban heat island" effect.** The WRFCAMx subgrid-scale convection and stratoform cloud options were also activated. Additional details about the WRF simulation and its performance evaluation can be found in an EPA technical support document (U.S. Environmental Protection Agency, 2019).

## 6.4.5   Initial and Boundary Conditions

Boundary conditions (BCs) specify the concentrations of relevant chemical species at the four lateral boundaries of the model domain (for example, the north, south, east, and west boundaries). The concentrations at these boundaries determine the amounts of chemical species transported into the model domain when wind flow is into it. Boundary conditions for the CAMx 12-km domain were developed from three-dimensional global atmospheric chemistry simulations with the GEOS-Chem global chemistry model (standard version 12.0.1) ( Flo://aerc-rh m.orra). The GEOS-Chem modeling output were provided as CAMx-ready initial and boundary condition input files with the EPA 2016v3 platform.

## 6.4.6   Photolysis Rates

Several chemical reactions in the atmosphere are initiated by the photodissociation of various trace gases. To accurately represent the complex chemical transformations in the atmosphere, accurate estimates of these photodissociation rates must be made. The CAMx system includes the Tropospheric Ultraviolet and Visible (TUV) radiative transfer model that calculates a table of clear-sky photolysis rates for a specific date. The photolysis rates input file must be prepared as separate look-up tables for each simulation day.

TUV uses default values for total aerosol loading and provides the option to use default column ozone data or to use Total Ozone Mapping Spectrometer (TOMS) data for total column ozone. For my analysis, the default column ozone data **available with EPA's 2016v3 platform was used for the** CAMx modeling.

TUV **produces a "look-up" table that provides the photolysis rates as a function of latitude, altitude,** and time (in terms of the number of hours of deviation from local noon, or hour angle). In the current CAMx implementation, the photolysis rates are calculated for five surface ultraviolet albedos, three terrain heights, eleven altitudes, five atmospheric ozone column intervals, and hourly values up to ten hours of deviation from local noon. During model calculations, photolysis rates for each model grid cell are estimated by first interpolating the clear-sky photolysis rates from the look-up table using the grid cell latitude, altitude, and hour angle, followed by applying a cloud correction factor.

## 6.5    CAMx Model Outputs and Post-Processing

CAMx output consists of hourly concentrations of air pollutants. These outputs are provided as an average in each grid cell. I extracted selected output variables and performed calculations of daily and annual average PM2.5 concentrations.

## 6.b    CAMx Model Performance

### 6.6.1   Model Performance Goals

In air quality modeling, the phrase "model error" refers to the differences between a predicted model concentration of an air pollutant and the measurement of that pollutant observed at an air quality monitor. Bias indicates whether the model over-predicts or under-predicts an air pollutant as compared to the measurement of that pollutant. Error indicates the absolute difference between the modeled and observed concentration. Model outputs and monitored concentrations will always differ, given model uncertainties, measurement uncertainties, and the inherent mismatch between modeling output (which provides grid-volume average concentrations) and measurements (which provide concentrations at a single point).

Air quality modelers have developed "model performance goals" to assess whether an air quality model performs reasonably well in estimating pollutant concentrations at a monitoring site location. Model performance goals are not meant to represent "bright line" or "pass/fail" tests, but instead are intended to provide an appropriate and consistent context for judging the suitability of a model for a particular application, and facilitate model performance intercomparison across episodes, species, models, and sensitivity tests.

In the scientific literature, three levels of model performance for mean fractional bias (MFB) and mean fraction error (MFE) have frequently been used in the past (Boylan and Russell, 2006). Based on a decade of more recent model performance studies, Emery et al. (2017) developed updated model performance goals and criteria for different pollutants and averaging times (i.e., 1-hr and 24-hr averages). The updated goals and criteria for 24-hr PM2.5 are based on normalized mean bias (NMB) and normalized mean error (NME) rather than MFB and MFE, as listed in  Table 5.   Compared to Boylan and Russel (2006), who defined three zones of model performance associated with different ranges of MFB and MFE, the updated performance criteria are defined by single ranges for NMB and NME. The updated criteria are: (1) NMB less than or equal to ±30-65%; and NME less than or equal to ±50-115%. Model performance above and below these criteria would indicate questionable and better than recommended model performance, respectively.

*Chinkin Expert Report*
*Civil Action No. 2:22-CV-11191-GAD-CI*

Table 5.  Model performance criteria used to help interpret modeling results.

| Normalized Mean Bias | Normalized Mean Error | Comments |
|---|---|---|
| ≤ ±30% - ±65% | ≤ 50% - ±115% | Recommended criteria for model performance; lower values would be considered "exceptional" for individual PM species; for individual PM species, measurement uncertainties may exceed this goal; higher values would indicate poor model performance requiring further evaluation. |

As noted in EPA's modeling guidance (U.S. Environmental Protection Agency, 2018b), less abundant PM species will have less contribution to the total PM mass, and should have less stringent performance goals (i.e., higher fractional bias and error). Note that in the Detroit area, PM2.5 concentrations are dominated by sulfate and, to a lesser extent, organic carbon, as previously shown in Figure 8. Recommendations with the recent performance goals and criteria described above for modeled 24-hr PM2.5 concentrations, which are the focus for this analysis, do not exclude modeled concentrations below a threshold value, as is recommended for ozone modeling.

## Model Certainty and Suitability

There are some uncertainties in any scientific analysis. However, when the nature of uncertainty is understood, scientific analyses become useful tools and are suitable for answering the types of questions posed in this case.

## Measurements and Model Estimates

An inherent problem with equating model performance—differences between modeled and measured pollutants—to model "uncertainty" is that it incorrectly assumes that such differences result from inherent model errors or uncertainties. In performing an MPE, the modeled outputs of an air pollutant are compared to measured amounts of the same pollutant from an air quality monitor. Those monitors are found at specific, fixed locations and measure the pollutants present there. In contrast, Eulerian grid models, such as CAMx, predict concentrations of air pollutants as an average over grid cells of predefined and consistent dimensions. In other words, the area modeled, whether it be Michigan or the entire country, is broken down into grid squares of the same size (e.g., 12 km by 12 km), and an average air pollutant concentration is predicted for that area. Besides measuring air pollution in different areas (a point in space versus a grid average), air quality monitors and modeled outputs may be representing concentrations over somewhat different periods of time. Thus, it is not possible to exactly match modeled outputs to measurements of the same pollutant at an air quality monitor. The spatial and temporal differences between modeled and measured concentrations likely account for at least some of the error and bias in an MPE (Boylan and Russell, 2006). While MPEs can provide confidence in model predictions, the incommensurability of measurements and model

estimates suggests that differences between a model prediction and measurement are not reasons, in and of themselves, to reject a modeling simulation, but rather it is a factor that should be considered along with other evidence of a model's reliability.

kt *t.t* nse IV ⊢ɪ ɪ ɪɪɪɔɔɪⱴɪ ɪ

When a model has good (not unattainably perfect) model performance, its response to changes in emissions is largely independent of its ability to replicate the measurements used in the performance evaluation. This is because there is a strong correlation between the random error in the base-model predictions and in the control-model predictions. In performing base and control simulations, all model inputs except emissions are the same and, therefore, so are the random errors. As a result, the models can assess impacts caused by emission changes that are orders of magnitude smaller than the model's so-called uncertainty in predicting absolute concentrations. In an analysis comparing model performance and model response to emission changes (Hogrefe et al., 2008) it was found that while there was marked model-to-model differences in absolute concentrations, there were only minor differences in the models' responses to emission changes. Furthermore, several studies have shown that applying air quality models in a relative sense is much less sensitive to the choice of modeling system or model configuration (Jones et al., 2005; Sistla et al., 2004), and provides better estimates of future air quality design values (Foley et al., 2015) compared to using the model output directly.

Modelers often perform benchmark simulations when replicating someone else's simulations, which is an extreme case (zero change). These simulations, with the exact same model and inputs, are usually identical unless they were run on different types of computers. In those cases, the result for PM2.5 may vary by 0.001 $\mu g/m^3$ or less, depending on differences in the computers' mathematical precision. While it is true that very large changes in emissions may change the regional chemistry of the atmosphere and the model's response to emission changes, the emission reductions modeled in in my analysis are not sufficient to affect regional chemistry but are sufficient to affect regional concentrations.

## Model Suitability

As discussed earlier in this section, a decade of recent model performance evaluation studies resulted in the following recommended criteria for 24-hr PM2.5 concentrations: NMB less than or equal to ±30-65%; and NME less than or equal to ±50-115%. In using a model for assessing changes in air quality in response to emission changes, model performance can be characterized as having high certainty, moderate certainty, or low certainty when it is below, within, or above these criteria, respectively. As demonstrated in the discussion on model performance that follows, the CAMx modeling used for my analysis is generally operating with high certainty for PM2.5, of interest for consideration of health impacts. The model performance is operating with moderate certainty for a few states that are (1) furthest from the EES Coke Battery and (2) where modeled concentration

impacts are lowest. Therefore, the model is suitable for assessing the air quality impacts of the EES Coke Battery excess emissions and the air quality benefits of emission controls in my analysis.

## 6.6.2  Model Evaluation Results

Prior to using a modeling platform for regulatory analyses, EPA performs a model performance evaluation on the base case modeling results for the key pollutants of interest. For its recent application of the CAMx-based 2016v3 modeling platform to support PM NAAQS reviews, EPA conducted an MPE for several PM2.5 species, including sulfate, nitrate, and organic carbon.

I independently assessed model performance for a CAMx simulation using all 2016v3 inputs, including emissions for the EES Coke Battery facility, with otherwise the same model configuration used for my impacts analysis of the excess and controlled EES Coke emissions. This was a supplemental MPE for total PM2.5, for the entire U.S. modeling domain, the state of Michigan, and 16 neighboring and more distant states that were impacted by emissions from the EES Coke Battery. The MPE relied on the same database of observations used by EPA for their evaluation. Similar to EPA's MPE, the evaluation for my analysis was conducted separately for three PM2.5 monitoring networks:

1.  Interagency Monitoring of Protected Visual Environments (IMPROVE)[14] network

2.  Chemical Speciation Network (CSN)[15]

3.  Clean Air Status and Trends Network (CASTNET)[16]

Model performance statistics were calculated using thousands of paired observed-predicted daily concentrations. The NMB and NME statistics were calculated from predicted (P) and observed (O) values as follows:

$$\text{NMB (\%)} = 100 \times \frac{\sum_{1}^{n}(P - O)}{\sum_{1}^{n}O} \qquad\qquad \text{NME (\%)} = 100 \times \frac{\sum_{1}^{n}}{\sum_{1}^{n}O}$$

The results of these evaluations for PM2.5 concentrations are summarized in [1, 61,2] for the entire modeling domain (including the lower 48 states), and the individual states with modeled impacts. The evaluation demonstrates that the model performance is good and meets the recommended ±30-65% bias and ±50-115% error performance criteria for the modeled domain and most of the

---

[14]  The IMPROVE program is a cooperative effort to monitor aerosol and visibility conditions in remote/rural sites across the United States. See http://vista.cira.coiostate.cuumnNiu -.

[15]  CSN provides long-term total and speciated PM25 concentrations at primarily urban and suburban areas throughout the United States. See https://www3.epa.gov/ttnamtil/speciepg.html.

[16]  CASTNET is a long-term environmental monitoring network with sites located throughout the United States and is managed and operated by the EPA in cooperation with other federal, state, and local partners. CASTNET measures ambient concentrations of sulfur and nitrogen species, as well as rural ozone concentrations. :ps://www.epa.gov/castnet.

states where modeled impacts occurred. The model performance is better than the recommended performance goals for 24-hr PM2.s, except for a few states. The performance for those states, which are furthest from the EES Coke Battery and where modeled concentration impacts are lowest, still meet the recommended goals. These results corroborate EPA's finding that the 2016 modeling platform used in my analysis provides a scientifically credible approach for estimating ambient PM2.5 concentrations.

Table 6.  Model performance metrics for total $PM_{2.5}$ for the lower 48 states (Site Location = ALL) and 17 states (GA, IL, IN, IA, KY, MA, MI, MN, MO, NY, NC, OH, PA, TN, VA, WV, and WI) that are impacted by excess $SO_2$ emissions from the EES Coke Battery.

| Site Location | Period or Season | Mean Observed ($\mu g/m^3$) | Mean Modeled ($\mu g/m^3$) | Normalized Mean Bias (%) | Normalized Mean Error (%) |
|---|---|---|---|---|---|
| ALL | Annual | 7.6 | 7.3 | -3.5 | 44.2 |
| ALL | Spring | 6.8 | 6.6 | -3.1 | 40.2 |
| ALL | Summer | 7.6 | 6.5 | -13.7 | 43.2 |
| ALL | Fall | 7.6 | 7.6 | 0.1 | 43.9 |
| ALL | Winter | 8.3 | 8.5 | 2.2 | 48.9 |
| Georgia | Annual | 8.8 | 8.9 | 0.7 | 30.5 |
| Georgia | Spring | 8.9 | 8.4 | -5.2 | 25.5 |
| Georgia | Summer | 8.4 | 7.9 | -6.9 | 26.9 |
| Georgia | Fall | 10.4 | 9.5 | -8.7 | 28.5 |
| Georgia | Winter | 7.6 | 9.9 | 30.0 | 43.4 |
| Illinois | Annual | 8.6 | 10.5 | 21.6 | 38.8 |
| Illinois | Spring | 8.4 | 9.6 | 14.5 | 36.0 |
| Illinois | Summer | 8.8 | 9.9 | 13.1 | 34.5 |
| Illinois | Fall | 8.5 | 10.7 | 25.1 | 38.1 |
| Illinois | Winter | 8.7 | 11.6 | 33.4 | 46.5 |
| Indiana | Annual | 8.6 | 10.3 | 19.7 | 39.1 |
| Indiana | Spring | 7.7 | 9.3 | 20.1 | 42.9 |
| Indiana | Summer | 8.4 | 10.0 | 19.5 | 40.6 |
| Indiana | Fall | 9.0 | 10.5 | 16.1 | 35.7 |
| Indiana | Winter | 9.4 | 11.5 | 23.0 | 38.0 |
| Iowa | Annual | 8.4 | 7.8 | -6.9 | 37.3 |
| Iowa | Spring | 8.8 | 7.2 | -17.8 | 36.4 |

*Chinkin Expert Report*
*Civil Action No. 2:22-CV-11191-GAD-CI*

| Site Location | Period or Season | Mean Observed (μg/m$^3$) | Mean Modeled (μg/m$^3$) | Normalized Mean Bias (%) | Normalized Mean Error (%) |
|---|---|---|---|---|---|
| Iowa | Summer | 6.8 | 7.1 | 4.7 | 41.9 |
| Iowa | Fall | 7.9 | 7.8 | -0.4 | 35.6 |
| Iowa | Winter | 10.1 | 9.1 | -9.7 | 36.4 |
| Kentucky | Annual | 9.2 | 9.4 | 2.2 | 32.3 |
| Kentucky | Spring | 8.2 | 8.1 | -0.6 | 32.8 |
| Kentucky | Summer | 9.5 | 9.1 | -4.1 | 31.7 |
| Kentucky | Fall | 10.5 | 10.6 | 1.0 | 32.2 |
| Kentucky | Winter | 8.4 | 9.6 | 13.6 | 32.7 |
| Massachusetts | Annual | 6.2 | 8.4 | 34.6 | 57.2 |
| Massachusetts | Spring | 5.7 | 7.5 | 32.2 | 47.8 |
| Massachusetts | Summer | 6.3 | 6.5 | 3.2 | 36.7 |
| Massachusetts | Fall | 6.0 | 8.8 | 48.2 | 74.5 |
| Massachusetts | Winter | 6.9 | 10.6 | 53.2 | 68.8 |
| Michigan | Annual | 7.9 | 8.4 | 5.8 | 33.6 |
| Michigan | Spring | 7.6 | 8.3 | 9.6 | 34.9 |
| Michigan | Summer | 7.9 | 6.5 | -17.6 | 31.1 |
| Michigan | Fall | 7.9 | 8.7 | 10.3 | 32.4 |
| Michigan | Winter | 8.4 | 10.0 | 19.7 | 35.9 |
| Minnesota | Annual | 5.7 | 8.9 | 56.2 | 72.0 |
| Minnesota | Spring | 6.0 | 8.7 | 45.3 | 66.9 |
| Minnesota | Summer | 4.6 | 6.2 | 34.5 | 55.6 |
| Minnesota | Fall | 4.9 | 9.0 | 84.0 | 92.0 |
| Minnesota | Winter | 7.2 | 11.6 | 60.2 | 73.2 |
| Missouri | Annual | 7.8 | 10.4 | 32.5 | 46.5 |
| Missouri | Spring | 6.7 | 8.8 | 30.9 | 44.3 |
| Missouri | Summer | 8.4 | 9.3 | 10.3 | 34.5 |
| Missouri | Fall | 8.0 | 10.8 | 35.7 | 44.5 |
| Missouri | Winter | 8.3 | 12.7 | 53.9 | 62.8 |
| New York | Annual | 6.6 | 11.0 | 65.7 | 78.6 |
| New York | Spring | 6.2 | 10.5 | 70.0 | 77.2 |
| New York | Summer | 6.4 | 9.4 | 46.7 | 64.2 |

Contains Confidential Information – Subject to Protective Order

| . . | Period or Season | Mean Observed (µg/m³) | Mean Modeled (µg/m³) | Normalized Mean Bias (%) | Normalized Mean Error (%) |
|---|---|---|---|---|---|
| New York | Fall | 5.9 | 11.3 | 91.0 | 101.5 |
| New York | Winter | 8.1 | 12.8 | 58.8 | 74.3 |
| North Carolina | Annual | 8.1 | 8.0 | –1.9 | 31.8 |
| North Carolina | Spring | 7.8 | 7.1 | –9.7 | 29.0 |
| North Carolina | Summer | 7.9 | 7.9 | –0.1 | 30.7 |
| North Carolina | Fall | 9.5 | 8.7 | –8.4 | 32.3 |
| North Carolina | Winter | 7.2 | 8.2 | 13.3 | 35.6 |
| Ohio | Annual | 8.2 | 9.3 | 13.8 | 35.9 |
| Ohio | Spring | 7.8 | 8.5 | 8.9 | 35.4 |
| Ohio | Summer | 8.3 | 8.8 | 5.9 | 33.2 |
| Ohio | Fall | 8.2 | 9.7 | 17.6 | 33.0 |
| Ohio | Winter | 8.5 | 10.4 | 22.3 | 41.7 |
| Pennsylvania | Annual | 9.3 | 9.6 | 3.7 | 34.4 |
| Pennsylvania | Spring | 8.7 | 8.8 | 1.5 | 31.4 |
| Pennsylvania | Summer | 9.3 | 9.0 | –3.0 | 32.3 |
| Pennsylvania | Fall | 9.0 | 10.1 | 12.4 | 38.1 |
| Pennsylvania | Winter | 10.2 | 10.7 | 4.6 | 35.9 |
| Tennessee | Annual | 8.5 | 9.5 | 12.3 | 31.1 |
| Tennessee | Spring | 7.5 | 8.5 | 13.0 | 26.8 |
| Tennessee | Summer | 8.5 | 9.5 | 10.9 | 27.5 |
| Tennessee | Fall | 10.7 | 10.8 | 1.5 | 30.7 |
| Tennessee | Winter | 7.3 | 9.4 | 28.7 | 40.9 |
| Virginia | Annual | 6.9 | 9.0 | 29.7 | 40.8 |
| Virginia | Spring | 6.5 | 8.0 | 22.5 | 37.8 |
| Virginia | Summer | 7.5 | 8.9 | 19.3 | 31.3 |
| Virginia | Fall | 7.1 | 9.1 | 29.1 | 38.2 |
| Virginia | Winter | 6.7 | 10.0 | 49.6 | 58.2 |
| West Virginia | Annual | 8.2 | 8.9 | 8.6 | 31.9 |
| West Virginia | Spring | 7.5 | 7.6 | 1.0 | 28.2 |
| West Virginia | Summer | 7.8 | 8.1 | 4.4 | 25.4 |
| West Virginia | Fall | 8.9 | 9.8 | 10.2 | 31.3 |

| Site Location | Period or Season | Mean Observed (μg/m³) | Mean Modeled (μg/m³) | Normalized Mean Bias (%) | Normalized Mean Error (%) |
|---|---|---|---|---|---|
| West Virginia | Winter | 8.4 | 9.8 | 16.5 | 40.8 |
| Wisconsin | Annual | 6.6 | 8.1 | 21.6 | 41.5 |
| Wisconsin | Spring | 6.7 | 8.3 | 23.8 | 40.3 |
| Wisconsin | Summer | 5.6 | 6.9 | 23.6 | 48.5 |
| Wisconsin | Fall | 5.6 | 7.4 | 32.6 | 49.5 |
| Wisconsin | Winter | 8.2 | 9.2 | 12.2 | 34.2 |

## 6.7  CAMx Model Simulations

CAMx was used to model all sources in the modeling domain for three annual simulations: a base case with EPA 2016 baseline emissions to evaluate the model performance; another base case with updated 2019 EES Coke facility emissions using data reported to MAERS to evaluate the EES Coke impacts; and one control case involving the removal of illegal excess SO2 emissions from the EES Coke facility. CAMx was also used to model a case with complete removal of all EES Coke emissions, representing shutdown of the facility.

### 6.7.1  Rase Case Simulation

For the 2016 base case simulation, CAMx emissions inputs were based on data assembled for EPA's 2016 version 3 modeling platform.[17]  This platform includes data submitted by state and local agencies to the EPA as part of the Air Emissions Reporting Requirements (AERR).[18]  The source-level 2019 emissions for the EES Coke facility that were used for the base case modeling in my analysis were derived from MAERS data.[19]  The same 2019 base case emissions for the EES Coke facility used in the AERMOD modeling described in Section 6.2.2 were used for the CAMx modeling.

### 6.7.2  Simulation of Excess Emissions Impacts for EES Coke Battery

Excess SO2 emissions for the EES Coke facility were estimated by Plaintiff's technology expert Dr. Ranajit Sahu[2o] to be approximately 95% of the SO2 emissions from the EES Coke main combustion

---

[17]  See https://www.epa.gov/air-emissions-modeling/2016v3-platform.
[18]  This rule defines EPA's requirements for collecting and reporting air emissions data.
[19]  The Air Quality Division of EGLE maintains MAERS reports for commercial, industrial, and governmental sources of air pollution in Michigan. MAERS is used to collect emissions data from permitted sources and facilities in Michigan. Actual emissions data prepared by EES Coke for MAERS are more detailed than datasets available for the facility in the 2016v3 NEI.
[20]  Control effectiveness value prepared by Dr. Sahu (see Sahu, Expert Report, for this case, Civil Action No. 2:22-CV-11191-GAD-CI).

stack and COG flare. Application of these emissions reductions to the base case emissions estimates resulted in a total reduction of 2,884 tons of SO2 for 2019.[21]  These emission reductions were modeled with CAMx in the EES Coke control simulation.

The implementation of emission control technologies sometimes results in changes to the stack characteristics, such as the stack height and stack diameter, as well as the temperature and exit velocity of gases that emerge from the stack. These stack characteristics are important for air quality modeling, and they are used by CAMx to calculate the height at which emissions are introduced into the model grid.

However, in this case, Dr. Sahu determined that no changes to physical characteristics of the main combustion stack and COG flare would result from the implementation of SO2 emission controls at the EES Coke facility. The base case characteristics of the main combustion stack and COG flare are provided in  TnhIP [7] .  The modeled air quality impacts from EES Coke's excess emissions and the modeled air quality benefits from the control scenario reflect only the changes to EES Coke's S02 emissions.

Table 7.  Main stack and COG flare characteristics used in the CAMx base case and emission control simulations of $SO_2$  from the EES Coke Battery facility.

| **RIME** | **Combustion Stack** | **COG Flare** |
|---|---|---|
| Height (ft) | 315 | 200 |
| Diameter (ft) | 16.5 | 14.1 |
| Temperature (F) | 503 | 1,832 |
| Exit velocity (ft/s) | 8.3 | 66 |

---

[21]  The total amount of excess SO2 emissions from the EES Coke Battery facility for 2019 was calculated from the 2019 MAERS data for the facility and the 95% control effectiveness value prepared by Dr. Sahu.

# Results

This section describes the results obtained from data analysis and from near-field AERMOD modeling and regional CAMx modeling of excess SO2 emissions from the EES Coke Battery in 2019.

## .   Data Analysis

### 7.1.1   Air Quality in Detroit

I analyzed ambient air quality data from monitoring sites in the Detroit area for the years 2000 through 2022 to evaluate whether the years of excess emissions were in a representative time period to assess the air quality impacts from the EES Coke Battery. These monitoring data were downloaded **from EPA's** 2023 National Air Quality Status and Trends database (U.S. Environmental Protection Agency, 2024b).   **Figure 16**   shows annual average PM2.5 concentrations in the Detroit area by year. The average annual PM2.5 concentration from 2000 through 2012 is 13.2 **μg/m$^3$.** However, the figure shows that by 2010, the annual average concentrations reached a level close to the average for the time period from 2012 through 2022. The time-series plot in Figure 16 shows that air quality in 2019 was right in the middle of the range of annual averages for the last decade and that my air quality analysis was performed on a representative year.



Figure 16.  Annual PM$_{2.5}$ concentrations averaged over all monitoring sites in the Detroit area for 2000-2022 (U.S. Environmental Protection Agency, 2024b).

## 7.1.2   Historical Meteorology

Year-to-year variations in air quality are largely driven by year-to-year variations in meteorology. Several meteorological parameters have been cited in the literature as good predictors of conditions that lead to sulfate and particulate formation, and to poor air quality. Two of those meteorological variables are surface temperature and precipitation. The historical variability of those parameters can be compared to the 2016 meteorological year data that were used in the CAMx photochemical modeling to assess whether the conditions in 2016 existed in the past and are likely to occur in the future.

I considered historical meteorological data from the National Weather Service (NWS) and National Centers of Environmental Information (NCEI) to determine the representativeness of the 2016 meteorological year. NWS summarized data show the average annual temperature and total precipitation for a selected range of years (2000-2022), while NCEI summarized data show the annual average temperature and total precipitation for the years 2016-2021 and their deviations from historical averages for the available data record (1959-2022) and for a subset of the historical period

(2000-2022).[zz] Time-series plots and tables of these data, discussed further below, demonstrate that 2016 was not an unusual meteorological year and that modeling for my air quality analysis is representative of other historical years and will likely be representative of future years as well.

**Figure 17**  shows the NWS annual mean surface temperature at KDTW for each year during 2000-2022, which had an average temperature of 51.0°F.  **Table 8**  shows the annual mean temperature at KDTW for the years of 2016-2021, the yearly deviation from the annual mean temperature for 1959-2002 and for 2000-2022. The KDTW average temperature during 2016 was 52.8°F, which is 1.8°F warmer than the average annual mean temperature during 2000-2022, and 3.1°F warmer than the average annual mean temperature during 1959-2022.



**Figure 17.**  Annual mean temperature (°F) at the Detroit Metropolitan airport for 2000-2022. Accessed from National Weather Service,  **https://www.weather.gov/wrh/Climate?wfo=dtx**  (August 2023).

---

zz Deviations of these meteorological parameters from the historical averages were not considered for the year 2022 in this analysis because the MAERS emissions data for 2022 were not available, and 2022 was therefore not among the years considered for modeling the EES Coke Battery facility emissions.

**Table 8.** Summary of annual mean temperature (T) data for 2016-2021 (at DTW).

| Year | Annual Mean T (°F) | Deviation from 1959-2022 Average Annual Mean P | | | Deviation from 2000-2022 Average Annual Mean Tb | |
|---|---|---|---|---|---|---|
| | | (°F) | | (%) | (°F) | (%) |
| 2016 | 52.8 | 3.1 | | 6% | 1.8 | 4% |
| 2017 | 52.4 | 2.7 | | 5% | 1.4 | 3% |
| 2018 | 51.4 | 1.7 | | 3% | 0.4 | 1% |
| 2019 | 50.5 | 0.8 | | 2% | -0.5 | -1% |
| 2020 | 51.9 | 2.2 | | 4% | 0.9 | 2% |
| 2021 | 52.5 | 2.8 | | 6% | 1.5 | 3% |

ᵃ The average annual mean temperature for the period 1959-2022 is 49.7°F.
  The average annual mean temperature for the period 2000-2022 is 51.0°F.

**Figure 18** shows the annual precipitation total at KDTW for each year between 2000-2022, which had an average precipitation total of 35.16 inches during those years. **Table 9** shows the annual precipitation total at KDTW for the years 2016-2021, the yearly deviation from the annual precipitation for 1959-2002 and for 2000-2022. The KDTW precipitation total during 2016 was 34.74 inches, which is 0.42 inches less than the average precipitation total in 2000-2022, and 1.4 inches more than the average precipitation total from 1959-2022.

*Chinkin Expert Report*
*Civil Action No. 2:22-CV-11191-GAD-CI*



**Figure 18.**  Annual precipitation (inches) at the Detroit Metropolitan airport for 2000-2022. Accessed from National Weather Service,  https://www.weather.gov/wrh/Climate?wfo=dtx (August 2023).

**Table 9.**  Summary of annual precipitation (Pcpn) data for 2016-2021 (at DTW).

| Year | Annual Total Pcpn (in) | Deviation from 1959-2022 Average Total Pcpn[a] | | Deviation from 2000-2022 Average Total Pcpn[b] | |
|---|---|---|---|---|---|
| | | (in) | (%) | (in) | (%) |
| 2016 | 34.74 | 1.4 | 4% | -0.42 | -1% |
| 2017 | 35.46 | 2.12 | 6% | 0.3 | 1% |
| 2018 | 43.81 | 10.47 | 31% | 8.65 | 25% |
| 2019 | 36.39 | 3.05 | 9% | 1.23 | 4% |
| 2020 | 38.73 | 5.39 | 16% | 3.57 | 10% |
| 2021 | 39.99 | 6.65 =I | 20% | 4.83 | 14% |

[a]  The average annual precipitation for the period 1959-2022 is 33.34 inches.
[b]  The average annual precipitation for the period 2000-2022 is 35.16 inches.

Contains Confidential Information – Subject to Protective Order

## 7.2    Historical Emissions from the EES Coke Battery

In addition to year-to-year variations in meteorology, annual variations in SO2 emissions from EES Coke Battery should be considered. Based on MAERS data for the facility, annual SO2 emissions from the EES Coke Battery averaged 2,957 tons per year from 2019 (the year of modeled excess emissions in my analysis) through 2022, as shown in **Table 10.**   In 2019, the total SO2 emissions from the facility (3,193 tons) were 8% higher than the average for those four years of violation. It was not a year with the highest or lowest total emissions, but it was closest to that average compared to the other years. However, due to larger contributions from low-elevation sources not affected by the proposed controls, the table shows that total SO2 emissions with controls are highest in the modeled year of emissions (2019) across all the years listed. For my analysis of the impacts of excess SO2 emissions from the facility, the near-field and far-field modeling used emissions inputs based on the MAERS data summarized in Table 10 because those provide more detailed time-variability of actual facility emissions at the source level compared to data at the monthly level. When available, MAERS data will also reflect any updates for previous years based on data reviews, adjustments, and corrections. Higher resolution of the time variability of any SO2 emission source for the near-field modeling yields more realistic modeled concentrations because the meteorology and other conditions affecting the concentration impacts are modeled on an hourly basis for the primary SO2 NAAQS.

**Table 10.**  Annual EES Coke Battery SO$_2$  emissions (tons/year).

| mid | Total' (tons/year) | Total With Contra* (tons/year) | Excess Without Controls (tons/year) |
|---|---|---|---|
| 2019 | 3,193 | 309 | 2,884 |
| 2020 | 2,089 | 161 | 1,928 |
| 2021 | 3,594 | 255 | 3,339 |
| 2022 | 2,953 | 205 | 2,748 |

Totals for 2019 through 2021 are based on MAERS data and exclude decanter sludge tanks, which account for ≤ 0.01% of the facility's uncontrolled SO2 emissions in those years; the total for 2022 is based on monthly uncontrolled SO2 emissions provided by EES Coke in the Fourteenth Discovery (as Bates number EES COKE 0113040) and excludes all other sources that together account for less than 0.1 tons per month of the total SO$_2$  emissions (or < 0.1% of the total for the year)

The 95% reduction of SO2 emissions from the combustion stack and COG flare was applied to calculate the total emissions with the control system and the corresponding excess emissions.

**Figures 19 and 20**  show the contributions of the modeled EES Coke SO2 emissions source to the annual emissions in Table 10. The main combustion stack and COG flare are shown separately because they account for 94% or more of the total SO2 emissions for the years considered. Since the modeled excess emissions are roughly proportional to the base case total emissions, results from the air quality modeling simulations using actual 2019 EES Coke emissions are representative of historical

air quality impacts from excess emissions from EES Coke overall. Also, given the well-established near-linear relationship between SO2 emissions and downwind sulfate PM2.5 concentrations (e.g., Husain et al., 1998; Dutkiewicz et al., 2000; Hand et al., 2012), results from these modeling simulations can be used in a proportional way to estimate air impacts from EES Coke Battery in other years.



Figure 19. EES Coke Battery source contributions to annual SO2 emissions (tons/year) from the main combustion stack and COG flare for 2019-2022.



Figure 20.  EES Coke Battery source contributions to annual $SO_2$ emissions (tons/year) from door leaks and pushing fugitives, bypass bleeder flares, soaking stacks, and the PECS stack for 2019-2022.

## 7.3   AERMOD Modeling Results

In June 2010, EPA promulgated a new 1-hr NAAQS for SO2 of 75 ppb, calculated from the 3-yr average of the annual 99th percentile (or 4th highest) of daily maximum 1-hr SO2 concentrations (U.S. Environmental Protection Agency, 2010a). When using one year of on-site meteorological data, the appropriate metric for comparing modeled SO2 concentrations against the NAAQS is the 4th highest (or 99th percentile) daily maximum, predicted 1-hr SO2 concentration during the annual simulation. I used this metric to analyze (1) the near-field impacts of the excess SO2 emissions from the EES Coke Battery facility in 2019, and (2) the locations and extent of possible NAAQS violations due to these emissions. On-site meteorological data were not available for my analysis, so the modeling used 2019 meteorological data for KDTW that were also used for modeling conducted by EPA for the 2022 Proposed FIP for Detroit (U.S. Environmental Protection Agency, 2022a).

As described earlier in Section 6.2, two different emissions scenarios were modeled with AERMOD: (1) a base case, with actual 2019 SO2 emissions for the EES Coke Battery sources; and (2) a control case, with controlling 95% of the base case SO2 emissions from the main combustion stack and COG flare. Two different fence lines for defining the locations where 1-hr SO2 concentrations are

calculated by AERMOD were also modeled. As illustrated by the figures and discussion in the remainder of this section, the modeling demonstrates that

- Near-field air quality impacts due to the EES Coke Battery SO2 emissions are dominated by the lower-elevation sources at the facility that are not subject to the proposed controls;

- The maximum impacts of the **facility's SO2** emissions modeled in the near field are on SO2 concentrations at the fence line, whether defining that as the boundary of the property leased by EES Coke or the boundary of Zug Island in its entirety; and

- While the proposed controls do not affect the maximum modeled SO2 concentrations, they do result in reduced SO2 concentrations elsewhere beyond the fence line.

## 7.3.1   Actual Base Case SO$_2$ Impacts

**Figures 21 and 22**  below show the 4th-highest ground-level 1-hr SO2 concentrations calculated by AERMOD (and interpolated between modeled receptors) in the base case scenario using actual 2019 SO2 emissions, where Figure 22 shows a zoomed-in view of the map area shown in Figure 21 and more visible detail of the highest concentration contours around the EES Coke Battery facility and around Zug Island. Since the modeled scenarios with different fence lines have the same set of model inputs and receptor locations, except for the presence of receptors within the boundary of Zug Island in one (i.e., EES Coke property fence line) and not in the other (i.e., Zug Island perimeter), the modeled base case concentrations in both scenarios (i.e., for all receptor locations in simulations #1 and #3 listed in  **Section 6.2.5**  above) are shown together in these figures. All concentrations shown within the Zug Island boundary and outside of the EES Coke fence line (defined by their leased property noted earlier) are valid only for modeling with the EES Coke fence line. All modeled concentrations outside the Zug Island boundary are valid for both fence-line scenarios.

Figure 21 illustrates an important result of the modeling: all modeled concentrations for the base case scenario using actual emissions from EES Coke in 2019 are greater than the interim Significant Impact Level (SIL) for this pollutant; equal to 3 ppb.  The figure shows that the lowest modeled concentration out to 10 km from the EES Coke Battery is 4.3 ppb. These levels of SO2 can be seen to impact nearby air monitors and populated areas. Figure 22, zoomed in closer to the facility, identifies the locations of the maximum 4th-highest 1-hr SO2 concentrations predicted by AERMOD for each fence-line scenario. These figures demonstrate that the maximum impacts are occurring at the modeled fence lines for each scenario (133 ppb at the EES Coke property fence line; and 53 ppb at the Zug Island boundary fence line). Modeling source groups with AERMOD showed that bleeder flare emissions for the year 2019 contributed 90% or more to these fence line maximums. Fugitive emissions from coke oven door leaks and pushing, along with the soaking stacks accounted for the majority of the remaining modeled concentrations. The fence line maximum concentrations at the EES Coke property line are well above the NAAQS threshold of 75 ppb. The Zug Island boundary maximum is shown to be lower than the NAAQS threshold.



Figure 21. AERMOD-predicted (ground-level) 4th-highest 1-hr SO$_2$ concentrations (ppb) due to total actual SO$_2$ emissions from the EES Coke Battery in 2019, as prepared for the MAERS. The concentration contours are overlaid with air monitoring site locations and geospatial data for population levels in the area around the facility, including the Detroit metropolitan area and urban areas across the Detroit River to the East in Canada. Property on Zug Island presumed to be leased by EES Coke is shown in black with a white outline. Yellow and red contour colors indicate concentrations that exceed the 1-hr SO$_2$ NAAQS of 75 ppb.



**Figure 22.** Zoomed-in view of AERMOD-predicted (ground-level) 4th-highest 1-hr $SO_2$ concentrations (ppb) due to total actual $SO_2$ emissions from the EES Coke Battery in 2019, as prepared for the MAERS shown in Figure 21. Further, the locations of the maximum 4th-highest 1-hr $SO_2$ concentrations for each receptor grid are labeled.

**Table 11** summarizes the modeled maximum 4th-highest 1-hr concentrations in the four different simulations conducted for my analysis (2 receptor fence lines for two cases each: base and control), which occurred in February 2019. The modeled results summarized in the table indicate that the 95% reduction in SO2 emissions from both the combustion stack and the COG flare will not reduce the

**maximum impact of EES Coke's emissions, which occurs at the fence lines due to other, uncontrolled** SO2 emissions sources (namely, the bleeder flares, leaks and fugitives, and the soaking stacks). This is not to say, however, that the controls have no effect of reducing near-field **impacts of EES Coke's** excess emissions.

**Table 11.** Summary of AERMOD-modeled maximum 4th-highest, 1-hr SO$_2$ concentrations in the four near-field impact simulations.

| Scenario Fence Line Description | Maximum 4th-Highest 1-hr SO$_2$ Concentration | | |
|---|---|---|---|
| | Base Case (ppb) | Control Case (ppb) | Impact of Controls (ppb) |
| EES Coke Battery property line | 133.4 | 133.4 | 0.0 |
| Zug Island boundary | 52.65 | 52.58 | 0.07 |

## 7.3.2  Impact of Excess SO$_2$ Emissions

**Figure 23** **shows the impact of EES Coke's excess emissions, as the difference between the base case** model results (with actual emissions) and the control case model results (with the 95% reduction of emissions noted above). The figure illustrates that

· Implementation of the proposed controls has no impact on the maximum concentrations at and nearest to the modeled fence lines that result from lower-elevation uncontrolled sources;

· The proposed controls also have little or no impact on high SO2 concentrations within a visibly distinct plume oriented downwind of the EES Coke Battery along the most predominant modeled wind direction (i.e., from the southwest), most likely impacted by the lower-elevation sources causing the highest concentrations at the fence lines; and

· Many areas beyond the facility property line and the Zug Island boundary would experience benefits from the modeled emissions controls.

The contours in the figure further show that nearly all receptor locations within several miles in many directions from the facility would have experienced 1-hr SO2 impacts above the SIL on days with the **maximum modeled concentrations. The highest impacts of EES Coke's excess emissions near the** facility are nearly a quarter to one-third the NAAQS level, indicating an important role for potential cumulative impacts. **The modeled impact of EES Coke's excess emissions was greater than** 10 **ppb for** more than 90% of the receptor locations. The maximum modeled impact overall based on all the simulations, was 22.7 ppb for the 4th-highest 1-hr SO2 concentration. The greatest effectiveness of the control scenario occurs downwind of the facility, not at the fence lines, where the highest concentrations occur in the base case.

Contains Confidential Information − Subject to Protective Order



**Figure 23.** AERMOD-predicted impact of excess SO$_2$ emissions from EES Coke Battery as the difference between (ground-level) 4th-highest 1-hr SO$_2$ concentrations (ppb) due to total actual SO$_2$ emissions from the EES Coke Battery in 2019 (base case) and those after application of modeled controls (control case).

## CAMx Modeling Results

To quantify the air quality impacts of excess emissions from EES Coke, comparisons were made between the results of CAMx runs performed for the base case with the facility's 2019 reported emissions and those for the control case with 95% reduction of SO2 emissions from the main combustion stack and COG flare. The simulations show that excess SO2 emissions from EES Coke impact PM2.5 levels in the region and beyond, and they result in daily PM2.5 impacts as high as 0.36 pg/m$^3$  and annual average PM2.5 impacts as high as 0.01 pg/m$^3$. When complete shutdown of the facility is modeled, impacts of all facility emissions (including S02 and all other pollutants) are shown to be as high as 0.43 pg/m$^3$  for daily PM2.5 and 0.09 pg/m$^3$  for annual PM2.5.

CAMx outputs hourly PM2.5 concentrations in units of micrograms per cubic meter (μg/m$^3$). Spatial plots were prepared showing the CAMx-predicted impacts of excess SO2 emissions from EES Coke on daily 24-hr average PM2.5 concentrations for each day during the modeled year and on annual average PM2.5 concentrations for the entire year. In addition to the maximum impacts on 24-hr average and annual average PM2.5, the maximum daily PM2.5 impact was greater than 0.1 μg/m$^3$  on 5% of the days.

### 7.4.1   Daily PM$_{2.5}$  Impacts

Daily 24-hr average PM2.5 impacts for selected days during the modeled year are presented in Figures 24 through 27.[23]  Excess emissions from EES Coke impacted PM2.5 concentrations in all directions from the facility across days in the modeled year. The location and magnitude of specific daily impacts are a function of the meteorological and chemical conditions that dictate the direction of transport, rate of chemical conversion from SO2 gas to sulfate PM, dilution of the PM2.5, and removal by deposition. Variations in meteorological conditions (e.g., wind direction and speed, temperature, humidity, cloud cover) and may lead to single "plumes" of impacted area of PM2.5 concentrations when displayed visually, as in Figure 24; while other conditions (such as different concentrations of other pollutants that react with SO2 to form PM at various downwind distances) may lead to distinct separation of visibly defined areas of impact, as in Figures 25 and 27. The maximum impact of 0.36 μg/m$^3$  occurred on September 18.

---

[zs] While this subsection presents results for selected days of modeled 2019 emissions from the EES Coke Battery, similar figures for each day were produced for the modeling results and are included in the analysis workpapers.



Figure 24. CAMx-predicted impact on 24-hr average $PM_{2.5}$ concentrations ($\mu g/m^3$) for September 18 due to excess SO2 emissions from the EES Coke Battery facility. The maximum impact was 0.36 $pg/m^3$, which was the largest modeled daily impact.



Figure 25. CAMx-predicted impact on 24-hr average $PM_{2.5}$ concentrations ($\mu g/m^3$) for March 14 due to excess $SO_2$ emissions from the EES Coke Battery facility. The maximum impact this day was 0.24 $pg/m^3$.

Contains Confidential Information – Subject to Protective Order



Figure 26. CAMx-predicted impact on 24-hr average PM$_{2.5}$ concentrations (μg/m$^3$) for March 29 due to excess SO2 emissions from the EES Coke Battery facility. The maximum impact this day was 0.02 pg/m$^3$.



Figure 27. CAMx-predicted impact on 24-hr average PM$_{2.5}$ concentrations (μg/m$^3$) for May 22 due to excess SO$_2$ emissions from the EES Coke Battery facility. The maximum impact this day was 0.05 pg/m$^3$.

Contains Confidential Information – Subject to Protective Order

Frequently in the year modeled, physically meaningful PM2.5 impacts due to EES Coke's excess emissions were seen over several consecutive days. As an example, **=figure 28** shows six consecutive days when the EES Coke Battery impacted multiple states. A maximum PM2.5 impact of 0.17 μg/m$^3$ on May 13 from EES Coke's **excess emissions** occurred after impacting states and cities to the west at a level of **0.09 μg/m$^3$**, shifting to the north and impacting all of northern MI. On May 13, the excess emissions impacted air quality in Buffalo, NY, and northern PA, among other areas. Impacts then moved further to the east, with maximum concentration impacts of 0.02 **μg/m$^3$. On the last three days shown in** the figure, **EES Coke's excess emissions impacted Philadelphia, PA, New** York City, and areas just outside of Boston, MA (approximately 600 miles from the EES Coke Battery). **EES Coke's** excess emissions also had small impacts in Norfolk, VA and much of the NC coast, north of Wilmington during the modeled period.



Figure 28.  CAMx-predicted impact on 24-hr average $PM_{2.5}$ concentrations ($\mu g/m^3$) for May 11 through 16 due to excess $SO_2$ emissions from the EES Coke Battery facility. The maximum impacts on these days ranged from 0.02 pg/m$^3$  to 0.17 pg/m$^3$.

Contains Confidential Information – Subject to Protective Order

Figure 29  shows CAMx-predicted impacts of all emissions from the EES Coke Battery, illustrating the benefit that would be achieved from complete shutdown of the facility. Although shutdown of the facility includes 100% reduction of the SO2 emissions associated with the modeled control case, a further 5% reduction of SO2 emissions from the main stack and COG flare, the maximum impact is 20% greater than in the control case with only the 95% reduction of main stack and COG flare SO2 emissions. The figure shows the day with the maximum impact (or conversely, the maximum benefit) of facility shutdown on daily 24-hr average PM2.5 concentrations over the modeled year. This is the same day that the maximum impact occurred in the control case scenario (i.e., September 18).



Figure 29.  CAMx-predicted impact on 24-hr average $PM_{2.5}$ concentrations (μg/m$^3$) for September 18, due to modeled shutdown of the EES Coke Battery facility. The maximum impact was 0.43 pg/m$^3$, which was the largest daily impact modeled for this scenario.

## 7.4.2  Annual $PM_{2.5}$ Impacts

For my analysis, I also considered model results for annual average PM2.5 concentrations and impacts, which are not as large as daily impacts because high and low days are averaged, and most of the daily impacts occurred during the fall and spring months. However, annual averages provide a sense of longer-term impacts, which can be important in many areas.

Spatial plots were prepared showing the CAMx-predicted annual average PM2.5 impact of (1) excess SO2 emissions from the EES Coke Battery in 2019, and (2) all the EES Coke Battery facility emissions in

2019, representing facility shutdown. These plots are shown in  Figures 30 and 31.  The maximum modeled annual average impact of EES Coke's excess emissions in 2019 was 0.009 pg/m$^3$. The largest impacts in both scenarios occur near the EES Coke Battery in Detroit, but impacts also extend further distances throughout the state of Michigan, into neighboring states, primarily to the east and south (e.g., NY, PA, OH, IN, and IL), and across the Canadian border to the north and east. The spatial plot in Figure 30 shows annual average PM2.5 impacts. Based on my examination of the model-predicted impacts, I determined that annual average impacts are physically meaningful in this modeling scenario. Modeled impacts shown in the figure are physically connected to the EES Coke Battery facility, and they are higher than the level of numerical model noise. The spatial extent of impacts are similar in both scenarios, but complete shutdown of the facility results in a maximum annual impact of 0.09 pg/m$^3$.



Figure 30.  CAMx-predicted impact on annual average PM$_{2.5}$ concentrations (µg/m$^3$) due to excess SO2 emissions from the EES Coke Battery facility. The maximum modeled impact on annual average PM$_{2.5}$ concentration was 0.009 pg/m$^3$.

Contains Confidential Information  –  Subject to Protective Order



Figure 31.  CAMx-predicted impact on annual average PM$_{2.5}$ concentrations (µg/m$^3$) due to all emissions from the EES Coke Battery facility, representing shutdown of the facility. The maximum modeled impact on annual average PM$_{2.5}$  concentration was 0.09 pg/m$^3$.

## 7.5    Analysis of Benefits from Control of Other Sources

Considering the results of the modeling described in this report and the location of other sources of SO2 (and NOR) emissions in the region, I analyzed whether control of emissions from such sources would benefit the same populations and regions impacted by excess emissions from the EES Coke Battery. The sources I considered include (1) Carmeuse Lime in River Rouge; (2) Marathon Petroleum's refinery in Detroit; (3) Cleveland Cliffs in Dearborn; (4) Dearborn Industrial Generation in Dearborn; and (5) the DTE Monroe Power Plant. Based on my knowledge and experience, the meteorological conditions in the region, and the proximity of the other sources to the EES Coke Battery, it is highly likely that the impacted populations and regions overlap and that there is a nexus between the populations harmed by excess emissions from the EES Coke Battery and those that would benefit from controls at these other sources. This is true for control of both SO2 and NOR emissions at other facilities, since both pollutants participate in the formation of PM2.5.

# 8.   Supplementation

1.  I reserve the right to supplement or amend my opinions in response to opinions expressed by Defendants' experts, or in light of additional evidence, testimony, discovery, or other information that may be provided to me after the date of this report.

2.  I also reserve the right to offer additional testimony, if necessary, concerning the subject matter of this report and the opinions discussed herein.

3.  In addition, I expect that I may be asked to consider and testify about issues that may be raised by Defendants' fact witnesses and technical experts at trial or in expert reports or declarations. It may also be necessary for me to supplement my opinions as a result of ongoing discovery, Court rulings, and testimony at trial.

# 9.   References Cited

**Appel K.W., Gilliam R.C., Foley K.M., and Hogrefe C. (2017) What's new in the** Atmospheric Model Evaluation Tool (AMET) version 1.3. 16th Annual CMAS Models-3 **Users' Conference, October** 23-25, Chapel Hill, NC.

Baker K.R. and Foley K.M. (2011) A nonlinear regression model estimating single source concentrations of primary and secondarily formed PM2.5. Atmos. Environ., 45, 3758-3767.

Baker K.R., Hawkins A., and Kelly J.T. (2014) Photochemical grid model performance with varying horizontal grid resolution and sub-grid plume treatment for the Martins Creek near-field SO2 study. Atmos. Environ., 99, 148-158.

Baker K.R., Kotchenruther R.A., and Hudman R.C. (2015) Estimating ozone and secondary PM2.5 impacts from hypothetical single source emissions in the central and eastern United States. Atmospheric Pollution Research, 7, 122-133.

Dutkiewicz V.A., Das M., and Husain L. (2000) The relationship between regional SO2 emissions and downwind aerosol sulfate concentrations in the northeastern U.S. Atmos. Environ., 34, 1821-1832.

Emery C., Liu Z., Russel, A.G., Odman, M.T., Yarwood G., and Kumar N. (2017) Recommendations on statistics and benchmarks to assess photochemical model performance, *J. Air Waste Manage.,* 67, 582-598. doi: 10.1080/10962247.2016.1265027.

Foley K.M., Dolwick P., Hogrefe C., Simon H., Timin B., and Possiel N. (2015) Dynamic evaluation of CMAQ Part II: evaluation of relative response factor metrics for ozone attainment demonstrations. Atmos. Environ., 103, 188-195.

Hand J.L., Schichtel B.A., Malm W.C., and Pitchford M.L. (2012) Particulate sulfate ion concentration and S02 = emission trends in the United States from the early 1990s through 2010. Atmospheric Chemistry & Physics, 12, 10353-10365, doi: 10.5194/acp-12-10353-2012.

Hong, S.Y., Noh, Y. and Dudhia, J. (2006) A new vertical diffusion package with an explicit treatment of entrainment processes. Monthly Weather Review, 134(9), 2318-2341.

Husain L., Dutkiewicz V.A., and Das M. (1998) Evidence for decrease in atmospheric sulfur burden in the eastern United States caused by reductions in S02 emissions. Geophys. Res. Let., 25, 967-970.

Michigan Department of Environment, Great Lakes, and Energy (2022) Sulfur Dioxide One-Hour National Ambient Air Quality Standard Nonattainment State Implementation Plan for Wayne County (partial). Prepared by the Michigan Department of Environment, Great Lakes, and Energy Air Quality Division, Lansing, Michigan, December.

NARSTO (2005) Improving emission inventories for effective air quality management across North America--a NARSTO assessment, J.D. Mobley, ed., (NARSTO-05-001).

Newman L. (1981) Atmospheric oxidation of sulfur dioxide: a review as viewed from power plant and smelter plume studies. Atmos. Environ., 15, 2231-2239.

Pandis S.N. and Seinfeld J.H. (1989) Sensitivity analysis of a chemical mechanism for aqueous-phase atmospheric chemistry. Journal of Geophysical Research, 94, 1105-1126.

Ramboll Environment and Health (2022) User's Guide: Comprehensive Air Quality Model with extensions version 7.2. Available at Ltp://www.camx.com.

Ramboll Environment and Health (2021) User's Guide: Comprehensive Air Quality Model with Extensions version 7.1. Available at .ttp://www.camx.com.

Scheffe R.D. and Morris R.E. (1993) A review of the development and application of the urban airshed model. Atmos. Environ., 27B, 23-39.

Skamarock W.C., Klemp J.B., Dudhia J., Gill D.O., Barker D.M., Duda M.G., Huang X.-Y., Wang W., and Powers J.G. (2008) A description of the Advanced Research WRF Version 3. NCAR Technical Note NCAR/TH-475+STR, June.

U.S. Environmental Protection Agency (2024a) Final Regulatory Impact Analysis for the Reconsideration of the National Ambient Air Quality Standards for Particulate Matter. January.

U.S. Environmental Protection Agency (2024b) Air Quality System Web Application. Available online at rttp_           ¡ sweb/documents, _.ata_,,,i.html.

**U.S. Environmental Protection Agency (2023a) Our Nation's Air: Status and Trends Through 2022.** Interactive report prepared by the U.S. Environmental Protection Agency. Available at **https://gispub.epa.gov/air/trendsreport/zuz3/.**

U.S. Environmental Protection Agency (2023b) AERMOD Implementation Guide. Prepared by the U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards, Research Triangle Park, NC, EPA-454/B-23-009, October. Available at tps://gaftp.epa.gov/Air/aqmg/ SCRAM/models/preferred/aermod/aermod_implementation_guide.pdf.

U.S. Environmental Protection Agency (2023c) AERMOD Model Formulation. Prepared by the U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards, Research Triangle Park, NC, EPA-454/B-23-010, October. Available at **https://gaftp.epa.gov/Air/aqmg/SCRAM/models/preferred/aermod/aermod_mfd.pdf.**

**U.S. Environmental Protection Agency (2023d) Users' Guide for the AERMOD Meteorological** Preprocessor (AERMET). Prepared by the U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards, Research Triangle Park, NC, EPA-454/B-23-005, October. Available at **https://gaftp.epa.gov/Air/aqmnicr:RAM/models/met/aermet/aermet_userguide.pdf.**

U.S. Environmental Protection Agency (2023e) Air Emissions Modeling: 2016v3 Platform, September. Available at .tps:/₁ vvvvv.cpci.₉ uv¡ cm-ciiii  wui

U.S. Environmental Protection Agency (2023f) Air Emissions Modeling: 2016v1 Emissions Modeling Platform, September. Available at **https://www.epa.gov/air-emissions-modeling/2016v1-platform.**

U.S. Environmental Protection Agency (2023g) Air Emissions Modeling: 2016v2 Platform, September. Available at :tp._ , **www.epa.gov/air-emissions-modeling/2016v**    .atfc

U.S. Environmental Protection Agency (2022a) Technical Support Document for the Proposed Federal
Implementation Plan for the Detroit SO2 Nonattainment Area. May 31. Available at
atpswiciownioacissegulations.govicrm-MUD-OAR-2021-0536-0002/content.pm.

U.S. Environmental Protection Agency (2022b) Approval and Promulgation of Air Quality
Implementation Plans; Michigan; Federal Implementation Plan for the Detroit Sulfur Dioxide
Nonattainment Area: Final rule. Federal Register, Vol. 87, No. 196, 40 CFR Part 52, October 12.
Available at .ttps://www.federalregister.gov/documents/2022/10/12/2022-21662/approval-
and-promulgation-of-air-quality-implementation-plans-michigan-federal-
implementation-plan.

U.S. Environmental Protection Agency (2020) Air Quality Modeling Technical Support Document for
the Proposed Revised Cross-State Air Pollution Rule Update. October.

U.S. Environmental Protection Agency (2019) Meteorological model performance for annual 2016
simulation WRF v3.8. Technical support document prepared by the U.S. Environmental
Protection Agency, Office of Air Quality Planning and Standards, Research Triangle Park, NC,
July. Available at iittps://www.epa.gov/sites/detault/tiles/202i
10/documents/met_model_performance-2016_wrfpdf.

U.S. Environmental Protection Agency (2018a) User's Guide for the AERMOD Terrain Preprocessor
(AERMAP). Prepared by the U.S. Environmental Protection Agency, Office of Air Quality
Planning and Standards, Research Triangle Park, NC, EPA-454/B-18-004, April. Available at
https://gaftp.epa.gov/Air/aqmg/SCRAM/models/related/aermap/aermap_userguide_v1808
1.pdf.

U.S. Environmental Protection Agency (2018b) Modeling Guidance for Demonstrating Air Quality
Goals for Ozone, PM2.5 and Regional Haze. Technical memorandum prepared for Regional Air
Division Directors, Regions 1-10, U.S. Environmental Protection Agency, November 29.
Available at https://www.epa.gov/sites/default/files/2020-10/documents/o3-pm-rh-
modeling_guidance-2018.pdf.

**U.S. Environmental Protection Agency (2017a) Documentation for the EPA's preliminary 2028**
Regional Haze Modeling. October.

U.S. Environmental Protection Agency (2016) Air quality modeling technical support document for
the 2015 Ozone NAAQS preliminary interstate transport assessment. December.

U.S. Environmental Protection Agency (2015) Air quality modeling technical support document for
the 2008 ozone NAAQS cross-state air pollution rule proposal. Prepared by the EPA Office of
Air Quality Planning and Standards, Research Triangle Park, NC, November. Available at
https://www.epa.gov/sites/production/files/2015-11/documents/air_quality_modeling_
'sd proposed rule.pdf.

U.S. Environmental Protection Agency (2014) Regulatory impact analysis of the proposed revisions to
the national ambient air quality standards for ground-level ozone. Prepared by the U.S.
Environmental Protection Agency, Office of Air Quality Planning and Standards, Research

Triangle Park, NC, EPA-452/P-14-006, November. Available at http://www.epa.gov/ttnecas1/regdata/RIAs/20141125ria.pdf.

U.S. Environmental Protection Agency (2013) Use of ASOS meteorological data in AERMOD dispersion modeling. Technical memorandum prepared for Regional Modeling Contacts, March 8. Available at nups://www.epa.govisites/aerauivniesizuzu-iv/ Liuur[iz]its/20130308_met_data_clarification.pdf.

U.S. Environmental Protection Agency (2011) Air quality modeling final rule technical support document. Technical support document prepared by the U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards, Research Triangle Park, NC, June. Available at ctps://www.regulations.gov/document/EPA-HQ-OAR-2009-0491-4140.

U.S. Environmental Protection Agency (2010) Primary national ambient air quality standard for sulfur dioxide: final rule. Part II. Federal Register, Vol. 75, No. 119, 40 CFR Parts 50, 53, and 58, June 22. Available at https://www.govinfo.gov/content/pkg/FR-2010-06-22/pdf/2010-13947.pdf.

U.S. Environmental Protection Agency (2004) Building Profile Input Program for PRIME (BPIPPRM) (Version 04274) — Regulatory. December. Available at http://vvvvv.cpci.,uv[i] Liciiii[i] ciii-quality-dispersion-modeling-related-model-support-programs#bpipprm.

U.S. Environmental Protection Agency (1990) User's guide for the Urban Airshed Model. Vol. I: user's manual for UAM (CB-IV). Report prepared by Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Research Triangle Park, NC, EPA-450/4-90-007A.

U.S. Environmental Protection Agency (1985) Guideline for determination of good engineering practice stack height (technical support document for the stack height regulations, revised). Technical memorandum by the Office of Air and Radiation, Office of Air Quality Planning and Standards, Research Triangle Park, NC, EPA-450/4-80-023R, June. Available at Les/default/files/2020-09/do,___.,..___,

# in  in Resume



***STI*   Sonoma Technology**

*C ie Scientis*
*C ie  Executive 0 ice*

Mr. Chinkin joined Sonoma Technology, Inc. in 1992. He has over 40 years of  ro essional experience in air quality, including  ive years o  experience at the Cali ornia Air Resources Board (CARB),

He is a nationally recognized expert in the preparation and assessment o  emissions inventories o  air  o utants an  a r qua ty ana ys s. He  as wor e  on  rojects  or  ederal, state, and local government agencies;  un vers t es; pu  can  pr vate researc  consort ums; an  ajor corporations. Many of his projects involve the use of computerized air quality modeling simulations using Gaussian dispersion model! as well as one- atmosphere,  ull-chemistry photochemical grid models. His areas o  expertise inch de (1) full  ervice air quality assessments, covering all aspects  rom selecting appropriate emission estimation techniques to assessing the e  ects o  applicable control technology on emissions and air quality; (2) providing independent assessments of controlled and uncontrolled emissions in comparisons to established regulatory t res o s an  a  uality levels or use in determining comp' ance w t  perm t con  t ons an  ea t  ase  a r qua ty stan  ar  s; (3) con  uct ng measurement stu  es to obtain real world data and improve emission estimates; (4)  roviding expert testimony and presentations to public  oards. He has been appointed to the National Research Council of the National Academy of Sciences Committee on the E  ects o  Changes in New Source Review Programs or  tationary Sources o  Air Pollutants and to a panel to review "Improving Emission Inventories fc r Effective Air Quality Management Across North America, a NARSTO Assessment" (2005). Mr. Chinkin has authored one book chapter; published six  eer-reviewed journal papers and over 200 scienti is reports; and made over 100  resentations at con erences and public meetings.

### Education

• BS, Atmospheric Science, *summa cum laude,* University of California at Davis
• MS, Atmospheric Science, University of California at Davis

### Memberships

• Air & Waste Management Association
• American Meteorological Society (1979-1984, 2012)
• California Registered Environmental Assessor (REA-00715) (1984-1989)
• International Association of **Wildland** Fire
• Served on 3 **EPA** peer-review panels and 1 NARSTO peer review panel
• Served on 1 National Academy of Sciences Committee

Mr. Chinkin served as a  .S. EP  invited  ormal  eer reviewer three times, including for the EPA particulate matter (PM) National Ambient Air Quality Standards Criteria Document, the 2006 draft "EPA Report on the Environment," and an EPA report on air quality impacts from a railyard operated in an urban environment.

He also served as an expert panel member for the review of the Valdez Air Health Study; and as an expert witness for the U.S. Department of Justice and the Attorney General's Office of the State of North Carolina on environmental enforcement actions. Mr. Chinkin was the project manager and co-author of the EPA national guidance document on the preparation of emission inputs for photochemical air quality simulation models. In addition, his projects have included improving estimates of PM and ammonia emissions, determining air toxic emissions, and improving natural source emission estimation tools, including biogenic VOCs and smoke from wild and prescribed fires. He frequently directs studies that combine public- and private-sector participation, including an assessment and ground-truth study of industrial emissions in the Houston Ship Channel under the joint direction of the Texas Natural Resource Conservation Commission (now Texas Commission on Environmental Quality) and local industry. Mr. Chinkin has directed or participated in numerous studies of industrial source emissions throughout the United States, with many focused on the oil and gas industry, including emissions from exploration and production, pipeline operations, refineries, and marketing. Many of these studies have been conducted in oil and gas producing regions of the U.S., including in Texas for the TCEQ EPA, and industry clients. Mr. Chinkin is frequently called upon by clients to explain complicated technical information to other professionals, advisory boards, and members of the public.

**Chronology of Education and Work Experience**

- 1978-1979: Assistant Weather Producer, KCRA-TV Channel 3, Sacramento, CA
  - Decoded weather data and prepared in-studio weather displays for broadcast
- 1979-1981: Student Assistant, Meteorology Section, California Air Resources Board
  - Evaluated meteorological data
  - Analyzed isobaric pressure charts and wind flow patterns
- 1980: Weather Reporter, KDVS Radio Station, Davis, CA
  - Prepared and presented weather broadcasts for California
- 1980: Instrument Technician, Air Quality Group, University of California, Davis
  - Maintained and calibrated particulate samplers in remote areas of the western United States
- 1981: BS, Atmospheric Science, *summa cum laude*, University of California, Davis
- 1981-1982: Air Pollution Specialist, Analysis and Projects Section, California Air Resources Board
  - Prepared comprehensive technical reports requiring computer programming and statistical analyses
  - Produced the "California Air Quality Data Report"
- 1982-1984: Assistant Meteorologist, Meteorology Section, California Air Resources Board
  - Conducted climatological studies relating to air pollution in California
  - Applied meteorological principles to engineering evaluations and statistical analyses
  - Developed guidelines for agricultural burning
- 1984: MS, Atmospheric Science, University of California, Davis
- 1984-1989: Senior Atmospheric Scientist, Systems Applications, Inc., San Rafael, CA
  - Conducted emissions inventory studies relating to air pollution in various regions of the U.S.
  - Developed software to process emissions inventory data into model-ready inputs for comprehensive 3-dimensional photochemical models

- 1989-1992: Manager of Emissions Modeling Group, Systems Applications, Inc., San Rafael, CA
  - Managed emissions inventory studies relating to air pollution throughout the U.S. and Asia
  - Conducted air quality studies for government and private industry
- 1992-1998: Manager of Emissions Modeling, Sonoma Technology, Inc., Petaluma, CA
  - Managed emissions inventory studies relating to air pollution worldwide
  - Managed air quality studies for government and private industry
  - Managed a multi-million dollar level-of-effort contract with the U.S. Environmental Protection Agency for air quality modeling assistance
- 1998-2002: Vice President, Sonoma Technology, Inc., Petaluma, CA
  - Managed emissions modeling group and meteorological programs group
  - 1999-2002: Vice President and General Manager, Sonoma Technology, Inc., Petaluma, CA
  - Managed emissions modeling group and meteorological programs group
  - Responsible for financial oversight of company operations including financial performance (e.g., cash flow, profit and loss, backlog, and overhead rates)
- 2000: Appointed to the Board of Directors, Sonoma Technology, Inc., Petaluma, CA
- 2002-2006: Senior Vice President, Sonoma Technology, Inc., Petaluma, CA
- 2004: Appointed to the National Research Council of the National Academy of Sciences Committee on the Effects of Changes in New Source Review Programs for Stationary Sources of Air Pollutants
- 2005: Selected as peer reviewer for North American Research Strategy for Tropospheric Ozone (NARSTO) report, "Improving Emission Inventories for Effective Air Quality Management Across North America"
- 2006-2017: President, Sonoma Technology, Inc., Petaluma, CA
- 2017-Present: Chief Scientist, President Emeritus, Sonoma Technology, Inc., Petaluma, CA
- 2018-Present: Chief Executive Officer, Chief Scientist, Sonoma Technology, Inc., Petaluma, CA

**Professional Memberships**

- Air & Waste Management Association
- American Meteorological Society (1979-1984, 2012)
- California Registered Environmental Assessor (REA-00715) (1984-1989)
- International Association of Wildland Fire

**Professional Development**

- 1982: Statistics for Decision Makers
- 1982: Air Pollution Enforcement Symposium, California Air Resources Board
- 2001: Understanding Finance and Accounting

**Peer Reviewer**

- U.S. Environmental Protection Agency
- Journal of the Air and Waste Management Association
- International Journal of Environmental Studies
- North American Research Strategy for Tropospheric Ozone (NARSTO)

# Appendix B: List of Publications

## Iook Chapter

Magliano K.L. and Chinkin L.R. (1994) Emissions inventory planning and development. In Planning and Managing Regional Air Quality Modeling and Measurement Studies: A Perspective Through the San Joaquin Valley Air Quality Study and AUSPEX, Solomon P.A. and Silver T.A., eds., CRC Press, Inc., Boca Raton, FL, pp. 545-560.

## Journal Articles

Dourson M.L., Chinkin L.R., Macintosh D.L., Finn J.A., Brown K.W., Reid S.B., and Martinez J.M. (2016) A case study of potential human health impacts from petroleum coke transfer facilities. *J. Air Waste Manage.,* doi: 10.1080/10962247.2016.118032 (STI-6508).

Raffuse S.M., Larkin N.K., Strand T.T., Drury S.A., Solomon R.C., Sullivan D.C., Wheeler N.J.M., and Chinkin L.R. (2010) Developing an improved wildland fire emissions inventory for the United States. Paper presented at the *International Workshop on Air Quality Forecasting Research, Quebec City, Canada, November 16-18,* by Sonoma Technology, Inc., Petaluma, CA. STI-4034. Available at **https://gaftp.epa.rov/Air/nei/ei_conferenr-ilE120/session7/larkin.pd** .

Wheeler N., Funk T., Raffuse S., Drury S., Nuss P., Unger K., Yandav L., Pryden D., Healy A., Haderman M., Chinkin L., Cissel J., and Rauscher H.M. (2010) A new decision support system based on a service-oriented architecture. *9th Annual CMAS Conference* (STI-3896), October 11. Available at **https://moam.info/a-new-decision-support-system-based-on-a-service** 5afecadd8ead0e36078b4605.htm l.

McCarthy M.C., Hafner H.R., Chinkin L.R., and Charrier J.G. (2007) Temporal variability of selected air toxics in the United States. *Atmos. Environ.,* doi:10.1016/j.atmosenv.2007.1005.1037 (STI -2894).

McCarthy M.C., Eisinger D.S., Hafner H.R., Chinkin L.R., Roberts P.T., Black K.N., Clark N.N., McMurry P.H., and Winer A.M. (2006) Particulate matter: a strategic vision for transportation-related research. *Environ. Sci. Technol.* 40 (18), 5593-5599 (STI-904750-2843). Available on the Internet at **http://pubs.acs.org/doi/abs/10.1021/esUaZ** 1611.

Raffuse S.M., Sullivan D.C., Brown S.G., and Chinkin L.R. (2005) Estimating Regional Contributions to Atmospheric Haze Using GIS. *ESRI International User Conference Proceedings.* Available at **httos://r mr=edings.esri.com/librarv/vcNconf/nroc05h** rs/oap1818.ndf.

Chinkin L.R., Coe D.L., Funk T.H., Hafner H.R., Roberts P.T., Ryan P.A., and Lawson D.R. (2003) Weekday versus weekend activity patterns for ozone precursor emissions in California's South Coast Air Basin. *J. Air Waste Manage.,* 53(7), 829-843, doi: 10.1080/10473289.2003.10466223, July. Available at **https://pubmt** . icbi.nlm.nih.gov/12880071/.

Coe D.L., Gorin C.A., Chinkin L.R., and Reid S.B. (2003) Observations of weekday-weekend activity patterns for area sources in the Los Angeles area. *12th International Emission Inventory Conference, San Diego,*

*CA,* (STI-2278), April 28. Available at
.....uoc/download?doi=10.1.1.553.46&rep=repl&type=pdf.

Magliano K.L., Hughes V.M., Chinkin L.R., Coe D.L., Haste T.L., Kumar N., and Lurmann F.W. (1999) Spatial and temporal variations in PMio and $PM_{2.5}$ source contributions and comparison to emissions during the 1995 Integrated Monitoring Study. *Atmos. Environ.* 33(29), 4757-4774. doi: 10.1016/S1352-2310(99)00265-4, December. Available on the Internet at **https://doi.org/10.10m/S1352[310(99)00coa-4.**

Chinkin L.R., Chang D.P.Y., and Floccini R.G. (1986) Relationships among the coefficient of haze, scattering coefficient, and visibility during an agricultural burn season. *J. Air Pollut. Control Assoc.* 36, 173-178.

## Whitepapers

Chinkin L.R. (2022) The developing state of PFAS regulations. (STI-9718901-7682), March 18. Available at **ttps://www.linkedin.com/pulse/developing-state-pfas-regulations-sonoma-technology-inc** .

## Meeting Presentations and Conference Proceedings

Brown S.G., Chinkin L.R., Bai S., Roberts P.T., McCarthy M.C., and Vaughn D.L. (2015) Changes in black carbon outdoors and indoors at near-roadway schools in Las Vegas: 2008 to 2013. Presented at the *34th Annual AAAR Conference, Minneapolis, MN, October 12-16,* by Sonoma Technology, Inc., Petaluma, CA. STI-6256.

Drury S.A. and Chinkin L.R. (2015) Modeling potential fire behavior changes due to fuel breaks in the Monterey Ranger District, Los Padres National Forest, California. Poster presented at the *13th International Wildland Safety Summit and 4th Human Dimensions of Wildland Fire Conference, Boise, ID, April 20-24,* by Sonoma Technology, Inc., Petaluma, CA. STI-6178.

Drury S.A., Weyenberg S., Huang S., Raffuse S.M., and Chinkin L.R. (2015) Modeling fire behavior, fire effects, and smoke concentrations for prescribed burns on the Indiana Dunes National Lakeshore. Poster presented at the *Midwest Fire Conference: Keeping Fire Working for the Land, Dubuque, IA, February* 17-19. STI-6167.

Drury S.A. and Chinkin L.R. (2014) Modeling potential fire behavior changes due to fuel breaks in the Monterey Ranger District, Los Padres National Forest, California. Poster presented at the *A Future with Fire Conference, McClellan, CA, December 2-3,* by Sonoma Technology, Inc., Petaluma, CA. STI-6136.

Chinkin L.R., Noha D.J., and Haste T.L. (2013) IFTDSS system architecture. Presented to the Joint Fire Science Program, Software Engineering Institute, Boise, Idaho, STI-910925-5633, April 23.

Drury S.A., Haste T.L., Banwell E.M., Noha D.J., and Chinkin L.R. (2012) Interagency Fuels Treatment Decision Support System (IFTDSS). Presented at *5th International Fire Ecology and Management Congress, Portland, OR, December* 3-7 (STI-5456).

Strand T., Larkin N., Solomon R., Sullivan D., Raffuse S.M., Pryden D., Craig K., Wheeler N., and Chinkin L.R. (2009) BlueSky modeling framework: current application, user tools, and future additions. Presented at the *American Geophysical Union, Fall Meeting, San Francisco, CA, December 14-18.* abstract id. A51I-0220.

Reid S.B., Pollard E.K., Du Y., Chinkin L.R., Hammond D., and Norris G. (2010) Development of a local-scale emissions inventory for the Cleveland Multiple Air Pollutant Study. Paper presented at the *19th International Emissions Inventory Conference, San Antonio, TX,* (STI-3943), September 28. Available at **https://www3.epa.govittnchiel/conference/ei19/session2/sreid.pdf.**

Chinkin L.R., Sullivan D.C., Raffuse S.M., Strand T., Larkin N., and Solomon R. (2009) Enhancements to the BlueSky Emissions Assessment and Air Quality Prediction System. Presented at the *National Air Quality Conference, Dallas, TX, March 2-5.* (STI-3545).

Raffuse S., Gilliland E., Sullivan D., Wheeler N., Chinkin L., Larkin S., Solomon R., Strand T., and Pace T. (2008) Development of wildland fire emission inventories with the BlueSky Smoke Modeling Framework. Presented at the *7th Annual Community Modeling and Analysis System (CMAS) Conference Chapel Hill, NC, October* 7, by Sonoma Technology, Inc., Petaluma, CA; U.S. Forest Service AirFIRE Team, Seattle, WA; and U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards, Research Triangle Park, NC (STI-3457).

Larkin N.K., Strand T., Solomon R., Raffuse S., Sullivan D.C., Chinkin L., Brown T., O'Neill S., Friedl L., and Knighton R. (2008) The state of smoke tools: What we know now. Presented at the *International Association of Wildland Fire, The '88 Fires: Yellowstone & Beyond, Jackson Hole, WY, September 22-27,* by the U.S. Forest Service AirFire Team, Seattle, WA; Sonoma Technology, Inc., Petaluma, CA; Desert Research Institute, Reno, NV; USDA Natural Resource Conservation Service, Portland, OR; NASA, Washington, DC; and USDA Cooperative State Research, Education, and Extension Service, Washington, DC.

Raffuse S.M., Sullivan D.C., Gilliland E.K., Chinkin L.R., Larkin S., Solomon R., and Pace T. (2008) Development of wildland fire emission inventories for 2002-2006 and sensitivity analyses. Presentation made at the *U.S. Environmental Protection Agency's 17th International Emission Inventory Conference, Portland, OR, June* 5, by Sonoma Technology, Inc., Petaluma, CA; U.S. Forest Service AirFire Team, Seattle, WA; and U.S. Environmental Protection Agency Office of Air Quality Planning and Standards, Research Triangle Park, NC (STI-905028-3377).

Sullivan D.C., Raffuse S.M., Pryden D.A., Craig K.J., Reid S.B., Wheeler N.J.M., Chinkin L.R., Larkin N.K., Solomon R., and Strand T. (2008) Development and applications of systems for modeling emissions and smoke from fires: the BlueSky smoke modeling framework and SMARTFIRE. Paper presented at the *17th International Emissions Inventory Conference, Portland, OR, June* 5, by Sonoma Technology, Inc., Petaluma, CA, and the U.S. Forest Service, Seattle, WA. STI-3378. Available at httos://www3.epa.g0Vittnr hic!l/conferenceiei17/session12/raffuse.pdf.

Wheeler N.J.M., Craig K.J., Reid S.B., Gilliland E.K., Sullivan D.C., and Chinkin L.R. (2008) The BlueSky Gateway air quality forecast system for fire management. Presented at the *BlueSky Smoke Modeling Framework Stakeholders' Meeting, Boise, ID, May 20-22* (STI-905028-3367).

Raffuse S.M., Sullivan D.C., Chinkin L.R., Pryden D.A., Wheeler N.J.M., Larkin N.K., Solomon R., and Soja A. (2007) Integration and reconciliation of satellite-detected and incident command-reported wildfire information in the BlueSky smoke modeling framework. Presented at the *6th Annual CMAS Conference, Chapel Hill, NC, October* 1-3, by Sonoma Technology, Inc., Petaluma, CA, the U.S. Forest Service AirFire Team, Seattle, WA, and the National Institute of Aerospace, Hampton, VA (STI-3227).

Raffuse S.M., Sullivan D.C., Chinkin L.R., Larkin N.K., Solomon R., and Soja A. (2007) Integration of satellite-detected and incident command-reported wildfire information into BlueSky. Paper No. 205 presented at the *Air & Waste Management Association's 100th Annual Conference & Exhibition, Pittsburgh, PA, June 26-29* (STI-3127).

Raffuse S.M., Sullivan D.C., Chinkin L.R., Larkin S., Solomon R., and Soja A. (2007) Integration of satellite detected and incident command reported wildfire information into BlueSky. Presented at the *BlueSky Annual Meeting, Winthrop, WA, May 22,* by Sonoma Technology, Inc., Petaluma, CA, U.S. Forest Service AirFire Team, Seattle, WA, and the National Institute of Aerospace, Hampton, VA (STI-3086).

Reid S.B., Chinkin L.R., Penfold B.M., and Gilliland E.K. (2007) Emissions inventory validation and improvement: a Central California case study. *U.S. Environmental Protection Agency's 16th Annual Emission Inventory Conference, Raleigh, NC,* (STI-3109), May 14-17. Available at https://www3.epa.govittncniel/conterence/eila/session13/s.b.reid.pdf.

Raffuse S., Chinkin L., Sullivan D., and Larkin N. (2006) Applications of a GIS-based fire emissions model - or - BlueSky SMARTFIRE. Presentation for the *Third International Fire Ecology & Management Congress, San Diego, CA, November 18,* by Sonoma Technology, Inc. and U.S. Forest Service AirFire Team (STI-3041).

Raffuse S., Chinkin L., and Larkin N. (2006) Evaluation of the BlueSky smoke prediction model using satellite data. Presentation for the *Third International Fire Ecology & Management Congress, San Diego, CA, November 18,* by Sonoma Technology, Inc., Petaluma, CA, and the USFS AirFire Team (STI-2962).

McCarthy M.C., Hafner H.R., and Chinkin L.R. (2006) Temporal variability and trends in MSATs: a national perspective. Presentation for the *Coordinating Research Council, Mobile Source Air Toxics workshop, Phoenix, AZ October 25,* Sonoma Technology, Inc., Petaluma, CA (STI-3053).

Chinkin L. and Reid S. (2006) Improvements to the spatial and temporal representativeness of modeling emission estimates. Presentation to the CCOS Technical Committee, Sacramento, CA, STI-906036.01-2995, July 6.

Chinkin L.R., Sullivan D.C., Funk T.H., Hafner H.R., Roberts P.T., and Ryan P.A. (2006) Weekday versus weekend activity patterns for ozone precursor emissions in California's South Coast Air Basin. *AWMA's 99th Annual Conference & Exhibition, New Orleans, LA, June 20-23,* by Sonoma Technology, Inc., Petaluma, CA (STI-2954).

Reid S.B., Brown S.G., McCarthy M.C., and Chinkin L.R. (2006) Comparison of ambient measurements to emissions representations for modeling in California's San Joaquin Valley. Presented to the *U.S. Environmental Protection Agency's 15th Annual Emission Inventory Conference, New Orleans, LA, May 18,* by Sonoma Technology, Inc., Petaluma, CA (STI-2944).

Raffuse S.M., Sullivan D.C., Chinkin L.R., Larkin S., and Solomon R. (2006) Expanding BlueSkyRAINS to support emission inventory preparation. Presented at the *U.S. Environmental Protection Agency's 15th Annual Emission Inventory Conference, New Orleans, LA, May* 17, by Sonoma Technology, Inc., Petaluma, CA, and U.S. Department of Agriculture, Forest Service, Seattle, WA. STI-2950. Available at www3. J.gov/ti .iiel/conference/ei15/session3/raffuse.pdi .

Hafner H.R., McCarthy M.C., and Chinkin L.R. (2006) National, regional, between-city, and within-city spatial variability in air toxics. Presented at the *AWMA Symposium on Air Quality Measurement Methods and Technology, Durham, NC, May* 9, by Sonoma Technology, Inc., Petaluma, CA (STI-2884).

Hafner H.R., McCarthy M.C., and Chinkin L.R. (2006) Temporal trends in air toxics. Presented at the *AWMA Symposium on Air Quality Measurement Methods and Technology, Durham, NC, May 9,* by Sonoma Technology, Inc., Petaluma, CA (STI-2885).

Chinkin L.R. (2005) Comparison of ambient measurements to emissions representations in modeling. Presentation at the California Air Resources Board, CCOS Technical Committee, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-905044-2838, October.

Hafner H.R., McCarthy M.C., and Chinkin L.R. (2005) National air toxics assessments: lessons learned in quantifying ambient air toxics temporal and spatial trends. Presented at the *2005 Air Toxics Summit, Seeking Solutions for our Rural and Urban Communities, Portland, OR, October 18-19* by Sonoma Technology, Inc., Petaluma, CA (STI-905102-2756).

McCarthy M.C., Hafner H.R., Chinkin L.R., Cozzo E.M., Raffuse S.M., and Gray E.A. (2005) Air toxics monitoring data analysis workshop. Presentation prepared for the U.S. Environmental Protection Agency, Raleigh, NC, by Sonoma Technology, Inc., Petaluma, CA, STI-905102-2799, September.

Wheeler N.J.M., Chinkin L.R., Reid S.B., Gross T., Hawkins A., Watson D., Vit W., Mefrakis R., and Joerke J. (2005) Regional photochemical modeling for the Kansas City Clean Air Action Plan: what it tells us about the challenges ahead for 8-hr ozone nonattainment areas. Presented at the *4th Annual CMAS Models-3 User's Conference, Chapel Hill, NC, September 26-28,* by Sonoma Technology, Inc., Petaluma, CA; Missouri Department of Natural Resources, Jefferson City, MO; Mid-America Regional Council, Kansas City, MO (STI-2800).

Raffuse S.M., Brown S.G., Sullivan D.C., and Chinkin L.R. (2005) Estimating regional contributions to atmospheric haze. Presented at the *2005 ESRI International User Conference, San Diego, CA, July 26* (STI-2649).

Raffuse S.M., Sullivan D.C., and Chinkin L.R. (2005) Emission impact potential - a method for relating upwind emissions to ambient pollutant concentrations. Presented at *the U.S. Environmental Protection Agency 14th International Emission Inventory Conference, Las Vegas, NV, April 11-14* by Sonoma Technology, Inc., Petaluma, CA (STI-2715, STI-2722).

Reid S.B., Sullivan D.C., Stiefer P.S., and Chinkin L.R. (2005) Development of emission inventories of recreational boats and commercial marine vessels for the Central States Regional Air Planning Association. Presented at *the U.S. Environmental Protection Agency 14th International Emission Inventory Conference, Las Vegas, NV, April 11-14* by Sonoma Technology, Inc., Petaluma, CA (STI-2714, STI-2721).

Sullivan D.C., Reid S.B., Penfold B.M., and Chinkin L.R. (2005) Development of agricultural dust emission inventories for the Central States Regional Air Planning Association. Presented at the *U.S. Environmental Protection Agency 14th International Emission Inventory Conference, Las Vegas, NV, April 11-14* by Sonoma Technology, Inc., Petaluma, CA (STI-2713, STI-2720).

Sullivan D.C., Reid S.B., Stiefer P.S., Funk T.H., and Chinkin L.R. (2005) On-road mobile source emission inventory development for the Central States Regional Air Planning Association. Presented at *the*

*U.S. Environmental Protection Agency 14th International Emission Inventory Conference, Las Vegas, NV, April 11-14* by Sonoma Technology, Inc., Petaluma, CA (STI-2712, STI-2719).

Reid S.B., Funk T.H., Sullivan D.C., Stiefer P.S., Arkinson H.L., Brown S.G., and Chinkin L.R. (2004) Research and development of emission inventories for planned burning activities for the Central States Regional Air Planning Association. Paper for the *13th International Emission Inventory Conference "Working for Clean Air in Clearwater", Clearwater, FL, June 8-10* (STI-2515).

Wheeler N.J.M., Lurmann F.W., Hafner H.R., Chinkin L.R., Sullivan D.C., and Roberts P.T. (2004) Changing roles of oxides of nitrogen as precursors in photochemistry. Presentation at the *Annual Meeting of the West Coast Section, Air & Waste Management Association, Ventura, CA, May 13,* STI-2539.

Bahm K.E., Chinkin L.R., Sullivan D.C., and Broaders K.E. (2004) Task 4.3: detecting source activities and reconciling ambient measurement variations with field observations. Presented to *California Regional $PM_{70}/PM_{2.5}$ Air Quality Study (CRPAQS) Data Analysis Workshop, Sacramento, CA, March 9-10* by Sonoma Technology, Inc., Petaluma, CA (STI-902328-2501).

Coe D.L., Chinkin L.R., Reid S.B., and Stiefer P.S. (2003) Weekday-weekend emissions patterns for southern California: observations and implications. Presented at the *NARSTO Workshop on Innovative Methods for Emission-Inventory Development and Evaluation, University of Texas at Austin, October 14-17* (STI-2421).

Chinkin L.R., Coe D.L., Hafner H.R., and Tamura T.M. (2003) Air Toxics Emission Inventory Training Workshop. Sponsored by the U.S. Environmental Protection Agency, Region IX, Richmond, CA. Prepared by Sonoma Technology, Inc., Petaluma, CA, 903320-2398, July 15-16.

Coe D.L., Gorin C.A., Chinkin L.R., and Reid S.B. (2003) Observations of weekday-weekend activity patterns for area sources in the Los Angeles area. Presented at the U.S. Environmental Protection Agency, *12th International Emission Inventory Conference "Emission Inventories - Applying New Technologies", San Diego, CA, April 28 - May* 1 (STI-2278).

Coe D. L., Chinkin L.R., Stiefer, P.S., and Funk T.H. (2003) Observations of weekday-weekend activity patterns for on-road mobile sources in the Los Angeles area. Presented at the *13th Annual Coordinating Research Council (CRC) On-Road Vehicle Emissions Workshop, San Diego, CA, April 7-9, 2003* (STI-2277).

Chinkin L.R. and Ryan P.A. (2002) Recommended improvements to the CMU Ammonia Emission Inventory Model for use by LADCO. Report prepared for and presented at the Midwest RPO Emissions Inventory Meeting, Des Plaines, IL, November 20, by Sonoma Technology, Inc., Petaluma, CA (STI-902350-2280).

Chinkin L.R., MacDonald C.P., Funk T.H., Crews J.M., Dye T.S., and Wheeler N.J.M. (2002) Preliminary assessment of ozone air quality in the Minneapolis/St. Paul region. Presented at the Minnesota Environmental Initiative Clean Air Minnesota Rollout, St. Paul, MN, October 30, STI-901104-901105-2242.

Coe D.L., Gorin C.A., and Chinkin L.R. (2002) Emission inventories of OCS production and development activities in the Gulf of Mexico. Paper and presentation given at the U.S. Department of Interior, Minerals Management Service, New Orleans, LA, September (STI-998203-2262).

Coe D.L., Ryan P.A., and Chinkin L.R. (2002) Weekday/weekend activity patterns for residential and small commercial area sources in Los Angeles. Presented at U.S. Environmental Protection Agency, *11th Annual Emission Inventory Conference: "Emission Inventories-Partnering for the Future," Atlanta, GA, April 15-18,* by Sonoma Technology, Inc., Petaluma, CA. STI-2179.

Wheeler N., Lurmann F., Chinkin L., LeBaron B., Barickman P., Eden J., and Cruickshank T. (2002) Wintertime particulate matter modeling issues in the western United States. Presented at *Coordinating Research Council (CRC) Toxics Modeling Conference, The Woodlands, TX, February 27* (STI-2159).

Chinkin L.R. and Coe D.L. (2002) ARB weekday and weekend emissions studies of the 2002 ozone season. Presented to the California Air Resources Board Weekend Effect Work Group Meeting, Sacramento, CA, February 20, STI-901150-2157.

Wheeler N.J.M., Lurmann F.W., Ryan P.A., Roney J.A., Roberts P.T., MacDonald C.P., Chinkin L.R., Coe D.L., Hanna S., Seaman N., Hunter G., and Scalfano D. (2001) The $SO_2$ and $NO_2$ Increment Analysis for the Breton National Wilderness Area. Presented for the Minerals Management Service and Scientific Review Board, New Orleans, LA, December 13, STI-901369-2135.

Coe D.L., Ryan P.A., Funk T.H., and Chinkin L.R. (2001) DOE/OHVT weekday-weekend study: emissions activity results. Presented at the Weekday/Weekend Effect Workgroup, California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-999677-2124, October 23.

Funk T.H., Chinkin L.R., Roberts P.T., Saeger M., Mulligan S., Figeroa V.H.P., and Yarbrough J. (2001) Compilation and evaluation of a Paso del Norte emission inventory. *The Science of the Total Environment* (Special Issue: U.S.-Mexico Transboundary Air Pollution Studies), 276, 135-151, (STI-1942), August 10. Available at .—ₚ,://uoi.o.9/

Funk T.H., Coe D.L., and Chinkin L.R. (2001) Weekday versus weekend mobile source emissions activity patterns in California's South Coast Air Basin. Paper presented at the *International Emission Inventory Conference, Denver, CO, April 30 to May 3* (STI-2065).

Funk T.H. and Chinkin L.R. (2001) Using GIS technology for emission inventory and air quality applications. Presented at the *SCOS97-NARSTO Data Analysis Conference, February 13-15,* STI-2059.

Funk T.H. and Chinkin L.R. (2001) Development of spatial allocation factors for the SCOS97 domain. Presented at the *SCOS97-NARSTO Data Analysis Conference, February 13-15* (STI-2053).

Roberts P.T., Funk T.H., MacDonald C.P., Main H.H., and Chinkin L.R. (2000) Weekday/weekend ozone observations in the South Coast Air Basin. Presented to California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-999670-1966, April 13.

Funk T.H. and Chinkin L.R. (1999) The use of PAMS data to evaluate emission inventory estimates in California. Preprints in *Emission Inventory Regional Strategies for the Future, Raleigh, NC, October 26-28,* Air & Waste Management Association, Pittsburgh, PA (STI 1876).

Haste T.L., Kumar N., Chinkin L.R., Roberts P.T., Saeger M., Mulligan S., and Yarbrough J. (1999) Compilation and evaluation of a Paso del Norte emission inventory for use in photochemical dispersion modeling. *Air & Waste Management Association 92nd Annual Meeting & Exhibition, St. Louis, MO,* (STI 1862), Paper number 90-199, June 20. Available at https://www.osti.gov/biblio/20006525-compilation-evaluation-paso-del-norte-emission-inventory-use-photochemical-dispersion-modeling.

Chinkin L.R., Haste T.L., Coe D.L., Puri A.K., Hall J.V., and Levy S. (1998) Emission inventory projection project. Presented at *Air & Waste Management Association's Emission Inventory: Living in a Global Environment, New Orleans, LA, December 8-10* (STI 1840).

Haste T.L., Kumar N., Chinkin L.R., Roberts P.T., Saeger M., Mulligan S., Figueroa V.H.P., and Yarbrough J. (1998) Compilation and evaluation of a Paso del Norte emission inventory for use in photochemical dispersion modeling. Presented at the *Air & Waste Management Association's Emission Inventory: Living in a Global Environment, New Orleans, LA, December 8-10* (STI 1839).

Wilkinson J.G., Chinkin L.R., Coe D.L., Fitz D., Loomis C.F., Magliano K., Pankratz D., Ringler E., Waldron T., and Zwicker J. (1998) A model to estimate temporally resolved ammonia emissions at a dairy. 91$^t$ *Annual Air & Waste Management Association Meeting & Exhibition, San Diego, CA, June 14-18.*

Main H.H., Roberts P.T., Reiss R., and Chinkin L.R. (1998) Analysis of PAMS data to evaluate reformulated gasoline effects. *Air and Waste Management Association 1998 Annual Meeting and Exhibition, San Diego, CA,* June 14. Available at https://www.semanticscholanorg/paper/Analysis-of-PAMS-data-to-Pvaluate-reformulated-Main-Robertc/b937d35d3171898^"°-qdlca7c36'l7C7[1]EER5f7.

Chinkin L.R., Main H.H., Reiss R., Roberts P.T., and Romonow S. (1998) Analysis of PAMS data to evaluate reformulated gasoline effects. Presented at the *8th Coordinating Research Council (CRC) On-Road Vehicle Emissions Workshop, San Diego, CA, April 20-23.*

Coe D.L. and Chinkin L.R. (1998) The use of a day-specific source activity database to augment CMB source apportionment modeling. Paper presented at the *Air & Waste Management Association PM$_{25}$ Conference, Long Beach, CA, January 28-30* (STI-1789).

Haste T.L., Chinkin L.R., Kumar N., Lurmann F.W., and Hurwitt S.B. (1998) Use of ambient data to evaluate a regional emission inventory for the San Joaquin Valley. Paper and presentation at *PM25 A Fine Particle Standard, Long Beach, CA, sponsored by Air & Waste Management Association, the U.S. Environmental Protection Agency, and the U.S. Department of Energy, January 28-30* (STI-997211-1806, STI-997211-1794).

Richards L.W., Main H.H., Hurwitt S.B., and Chinkin L.R. (1998) 1995 Integrated Monitoring Study: comparison of light scattering measurements during winter months in the San Joaquin Valley. Presented at *PM$_{25}$ A Fine Particle Standard, Long Beach, CA, sponsored by Air & Waste Management Association, the U.S. Environmental Protection Agency, and the U.S. Department of Energy, January 28-30* (STI-997216-1803).

Chinkin L. and Haste T.L. (1997) Use of PAMS data to evaluate an emission inventory test case: Southeast Texas. Paper presented at the *Air & Waste Management Association Emission Inventory: Planning for the Future Conference, Research Triangle Park, NC, October 28-30* (STI 1760).

Coe D., Chinkin L., Loomis C., Wilkinson J., Fitz J., and Pankratz D. (1997) Improvements to the ammonia emission inventory and demonstration of ammonia measurement techniques for California's San Joaquin Valley. Paper presented at the *Air & Waste Management Association Emission Inventory: Planning for the Future Conference, Research Triangle Park, NC, October 28-30* (STI 1761).

Chinkin L., Prouty J., Coe D., and Martino P.A. (1997) Development of an E&P emissions calculation tool. Paper No. SPE 37913 presented at the 1997 *SPE/EPA Exploration and Production Environmental Conference, Dallas, TX, March* 3-5 (STI-1707).

Reiss R. and Chinkin L. (1996) Ozone exceedance data analysis: representativeness of the 1995 summer ozone season in the Northeast. Paper presented at the *First NARSTO-Northeast Data Analysis Symposium and Workshop, Norfolk, VA, December 10-12.*

Chinkin L.R., Stoelting M.W., and Haste T. (1996) Development of a gridded leaf biomass inventory for use in estimating biogenic emissions for urban airshed modeling. Paper presented at the *Air & Waste Management Association Emission Inventory: Key to Planning, Permits, Compliance & Reporting Conference, New Orleans, LA, September 4-6* (STI-1596).

Coe D., Chinkin L., Reiss R., DiSogra C., and Hammerstrom K. (1996) An emission inventory of agricultural internal combustion engines for California's San Joaquin Valley. Paper presented at the *Air & Waste Management Association Emission Inventory: Key to Planning, Permits, Compliance & Reporting Conference, New Orleans, LA, September 4-6* (STI-1597).

Stoeckenius T.E., Roberts P.T., and Chinkin L.R. (1996) Development of an objective classification procedure for meteorological scenarios associated with high ozone concentrations in and around the San Francisco Bay area. Presented at the *Air & Waste Management Association 89th Annual Meeting, Nashville, TN, June 23-28.*

Main H.H., Chinkin L.R., and Roberts P.T. (1996) Analysis of VOC data in support of pollutant transport studies in Shasta County, California. In *Measurement of Toxic and Related Air Pollutants. Proceedings of an Air & Waste Management/U.S. Environmental Protection Agency International Specialty Conference, Raleigh-Durham, NC, May* 7-9, Air & Waste Management, Pittsburgh, PA, (STI-1581), pp. 67-74.

Heiken J., Austin B., Pollack A., Coe D., Eisinger D., and Chinkin L. (1996) Estimation of local fleet characteristics and activity data for improved emission inventory development. Presented at the *6th Coordinating Research Council On-Road Vehicle Emissions Workshop, San Diego, CA, March 18-20.*

Chinkin L.R., Main H.H., Rocke D.M., and Chang D.P.Y. (1995) Development of improved temporal, spatial and temperature algorithms for use in emissions modeling: a work plan. Paper presented at the *Air & Waste Management Association Emission Inventory Programs and Progress Conference, Research Triangle Park, NC, October 11-13* (STI-1542).

Chinkin L.R., Ryan P.A., and Reiss R. (1995) A critical evaluation of biogenic emission systems for photochemical grid modeling in California. Paper presented at the *Air & Waste Management Association Emissions Inventory Programs and Progress Conference, Research Triangle Park, NC, October 11-13* (STI-1541).

Korc M.E., Jones C.M., and Chinkin L.R. (1995) Use of PAMS data to evaluate the Texas COAST emission inventory (preliminary results). Presented at the *Air & Waste Management Association Emission Inventory Programs and Progress Conference, Research Triangle Park, NC, October 11-13* (STI-1566).

Blanchard C.L., Roberts P.T., Chinkin L.R., and Roth P.M. (1995) Application of smog production (SP) algorithms to the Coastal Oxidant Assessment for Southeast Texas (COAST) data. Paper No. 95-TP15.04 presented at the *Air & Waste Management Association 88th Annual Meeting & Exhibition, San Antonio, TX, June 18-23.*

Chinkin L.R., Main H.H., Collins J.F., and Young J.R. (1995) Long-term trends in precipitation chemistry in southern California. Paper presented at the *Air & Waste Management Association Acid Rain & Electric*

*Utilities: Permits, Allowances, Monitoring & Meteorology Conference, Tempe, AZ, January 23-25* (STI-1500).

Chinkin L.R., Korc M.E., and Janssen M. (1994) Comparison of emission inventory and ambient concentration ratios of NMOC, $NO_x$, and CO in the Lake Michigan air quality region. Paper presented at the *Air & Waste Management Association Emission Inventory Application and Improvement Conference, Raleigh, NC, November* 1-3 (STI-1434).

Korc M.E., Roberts P.T., Chinkin L.R., Lurmann F.W., and Main H.H. (1994) Reconciliation of emission inventory and ambient data for three major regional air quality studies. In *Transactions, Air & Waste Management Association Regional Photochemical Measurement and Modeling Studies Conference, San Diego, CA, November 8-72,* 1993, Air & Waste Management Association, Pittsburgh, PA, (STI-1405).

Seigneur C., Chinkin L.R., Morris R.E., and Kessler R.C. (1994) Conceptual plan for air quality and meteorological modeling in the San Joaquin Valley. In *Planning and Managing Regional Air Quality Modeling and Measurement Studies: A Perspective Through the San Joaquin Valley Air Quality Study and AUSPEX,* P.A. Solomon and T.A. Silver eds., CRC Press, Inc., Boca Raton, FL, 79-106.

Chinkin L.R, Korc M.E., Roberts P.T., Lurmann F.W., and Main H.H. (1993) Reconciliation of emission inventory and ambient data: current state of knowledge and implications for emission inventory preparation. Paper presented at the *Air & Waste Management Association The Emission Inventory: Perception and Reality Conference,* Pasadena, CA, October 18-20.

Reynolds S.D., Tesche T.W., Dye T., Roberts P., Franzon D.E., Chinkin L.R., and Reid S.B. (1993) Assessment of planned northeast ozone transport region modeling activities. Paper No. 93-WA-69A.01 presented at the *Air & Waste Management Association 86th Annual Meeting,* Denver, CO, June 14-18.

Roberts P.T., Korc M.E., Main H.H., Chinkin L.R., and Lurmann F.W. (1993) Reconciliation of emission inventory and ambient data in the Lake Michigan Air Quality Region. Paper No. 93-WP-100.05 presented at the *Air & Waste Management Association 86th Annual Meeting,* Denver, CO, June 14-18.

Stoeckenius T.E. and Chinkin L.R. (1991) An analysis of historical air quality and emission trends in the Los Angeles Basin. Paper presented at the *Air & Waste Management Association Conference on Tropospheric Ozone and the Environment II: Effects, Modeling and Control,* Atlanta, GA, November 4-7.

Chinkin L.R., Causley M.C., Gardner L., and Baldrige E. (1991) Advancements in computerized tools for preparing emission inputs for air quality models. Paper presented at *Air & Waste Management Association Emissions Inventory Specialty Conference,* Durham, NC, September 9-12.

Chinkin L.R. and Magliano K.L. (1991) San Joaquin Valley Air Quality Study Technical Support Study Number 5, emission inventory assessment. Paper presented at the *Air & Waste Management Association 84th Annual Meeting,* Vancouver, BC, June 16-21.

Chinkin L.R. and Smylie G.M. (1991) The Clean Air Act Amendments of 1990: implications for industry. Paper prepared for the *Air & Waste Management Association Conference: Emission Inventory Issues in the 1990s,* Durham, NC, September 9-12.

Chinkin L.R., Smylie G.M., and Souten D.R. (1991) Assessing the effects of reformulated gasoline on air quality. Paper no. 91-107.5 presented at the *Air & Waste Management Association 84th Annual Meeting,* Vancouver, BC, June 16-21.

Contains Confidential Information – Subject to Protective Order

Dickson R. and Chinkin L.R. (1990) High resolution inventories: current status and future areas of enhancement. Paper presented at the *Air & Waste Management Association 83rd Annual Meeting,* Pittsburgh, PA, June 24-29.

Morris R. and Chinkin L.R. (1989) Use of the urban airshed model to assess the effects of ethanol-blended fuels on ozone concentrations in New York and St. Louis. Paper no. 89-7.7 presented at the *Air & Waste Management Association 82nd Annual Meeting,* Anaheim, CA, June 25-30.

Chinkin L.R., Pollack A.K., and Austin B.S. (1988) Characterization of visibility trends in ten U.S. cities. Paper presented at the *Air Pollution Control Association 81st Annual Meeting,* Dallas, TX, June 19-24.

Chinkin L.R., Latimer D.A., and Hogo H. (1986) Layered haze observed at Bryce Canyon National Park: a statistical evaluation of the phenomenon. In *Transactions of the Air Pollution Control Association International Specialty Conference on Visibility Protection: Research and Policy Aspects,* Grand Teton National Park, WY.

## Formal Reports

Anderson A., Vijayan A., Chan A., and Chinkin L. (2022) Sonoma Technology-NGK ozone study. Technical memorandum by Sonoma Technology, Petaluma, CA, STI-1922071-7826, November.

Reid S.B. and Chinkin L.R. (2010) Assessment of local-scale emissions inventory development by state and local agencies. Final Report prepared for U.S. Environmental Protection Agency, Research Triangle Park, NC by Sonoma Technology, Inc., Petaluma, CA, STI-910120-3972-FR, October.

Sullivan D.C., Raffuse S.M., Pryden D.A., Craig K., Wheeler N.J.M., Chinkin L.R., Larkin N.K., Strand T., and Solomon R. (2009) Enhancements to the BlueSky emissions assessment and air quality prediction system. Benchmark report prepared for the National Aeronautics and Space Administration, Washington, DC, by Sonoma Technology, Inc., Petaluma, CA, and the AirFire Team, Pacific Northwest Research Lab, US Forest Service, Seattle, WA, STI-905028-3753-BMR, November.

Funk T.H., Raffuse S.M., Chinkin L.R., and Rauscher H.M. (2009) The development of an Interagency Fuels Treatment Decision Support System. Presentation made to the Joint Fire Science Program, The National Interagency Fuels Coordination Group, Boise, ID by Sonoma Technology, Inc., Petaluma, CA, and the Joint Fire Science Program, Boise, ID, STI-908038-3587, March 31.

Funk T.H., Rauscher M., Raffuse S.M., and Chinkin L.R. (2008) Findings of the current practices and needs assessment for the Interagency Fuels Treatment Decision Support System (IFT-DSS) project. Technical memorandum prepared for the Interagency Fuels Treatment Work Group (IFTWG), by Sonoma Technology, Inc., Petaluma, CA, and the Air Fire Science Team, Seattle, WA, STI-908038.01-3504, December.

Chinkin L.R. and Wheeler N.J.M. (2008) Rebuttal and supplemental expert report: Analysis of air quality impacts. Final report prepared on behalf of Plaintiff United States and Plaintiff-Intervenors State of New York, State of New Jersey, State of Connecticut, Hoosier Environmental Council, and Ohio Environmental Council Sonoma Technology, Inc., Petaluma, CA, STI-908042-3465-FR, October.

Reid S.B., Chinkin L.R., McCarthy M.C., Raffuse S.M., and Brown S.G. (2008) A comparison of ambient measurements to emissions representations for modeling to support the Central California Ozone

Study (CCOS). Final report prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-905044.13-3144-FR, October.

Chinkin L.R. and Wheeler N.J.M. (2008) Expert report of Lyle R. Chinkin and Neil J. M. Wheeler: Analysis of air quality impacts. Final report prepared on behalf of Plaintiff United States and Plaintiff-Intervenors State of New York, State of New Jersey, State of Connecticut, Hoosier Environmental Council, and Ohio Environmental Council by Sonoma Technology, Inc., Petaluma, CA, STI-908042-3432-FR, August.

Sullivan D.C., Eisinger D.S., Chinkin L.R., Kear T., and Damkowitch J. (2006) Status of investigations into EMFAC2007's estimates of vehicle-miles of travel (VMT) and vehicle fleet population estimates for the South Coast Air Basin (SoCAB). Technical memorandum prepared for the South Coast Air Quality Management District, Diamond Bar, CA, Sonoma Technology, Inc., Petaluma, CA, and Dowling Associates, Sacramento, CA, STI-906065-3105-TM, December.

Reid S.B., Penfold B.M., and Chinkin L.R. (2006) Emission inventory for the Central California Ozone Study (CCOS) - review of spatial variations of area, non-road mobile, and point sources of emissions. Technical memorandum prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-906036-3057-TM, November.

Sullivan D.C., Reid S.B., and Chinkin L.R. (2006) Emission inventory for the Central California Ozone Study (CCOS) - review of temporal profiles for area, non-road mobile, and point sources of emissions. Technical memorandum prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-906036-3058-TM, October.

Chinkin L.R. and Wheeler N.J.M. (2006) Quality assurance project plan for ozone modeling analysis. Prepared for the City of Albuquerque Air Quality Division, Albuquerque, NM, by Sonoma Technology, Inc., Petaluma, CA, STI-906041.01-3030-QAPP, September.

Chinkin L.R. and Wheeler N.J.M. (2006) Air quality modeling and analysis of additional emission controls on Tennessee Valley Authority coal-fired power plants (State of North Carolina ex rel. Roy Cooper, Attorney General v. Tennessee Valley Authority, Civil Action No. 1:06CV20, [W.D.N.C.]). Expert report prepared for North Carolina Department of Justice, Raleigh, NC, by Sonoma Technology, Inc., Petaluma, CA, STI 905053-3025-ER, August.

Chinkin L.R., Wheeler N.J.M., and Miller D.S. (2006) Final validation of Central California Ozone Study (CCOS) field data. Final report prepared for the San Joaquin Valleywide Air Pollution Study Agency, Fresno, CA, and the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-905003.07-2851-FR2, March.

Chinkin L.R. (2005) Air quality site selection. Technical memorandum prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-905044.02-2866-TM2, December.

Chinkin L.R. (2005) CCOS Task 3 - comparison of ambient measurements to emissions representations for modeling. Technical memorandum prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-905044.03-2860-TM2, December.

McCarthy M.C., Eisinger D.S., Hafner H.R., Tamura T.M., Chinkin L.R., Roberts P.T., Clark N., McMurry P.H., and Winer A. (2005) Strategic plan for particulate matter research: 2005-2010. Final report prepared for the Federal Highway Administration, Office of Natural Environment, Washington, DC, by Sonoma

Technology, Inc., Petaluma, CA; West Virginia University, Department of Mechanical and Aerospace Engineering, Morgantown, WV; University of Minnesota, Particle Technology Lab, Minneapolis, MN; and University of California, Los Angeles, School of Public Health, Environmental Science & Engineering, Los Angeles, CA, STI-904750.06-2770-FR, November. Available on the Internet at **http://www.fhwa.dot.gov/environment/air_quality/research/particulate_matter/strategic_plan_2005** -2010/.

Chinkin L.R., Penfold B.M., Brown S.G., and Hafner H.R. (2005) Emission inventory evaluation and reconciliation in the South Coast Air Basin. Final report prepared for South Coast Air Quality Management District, Diamond Bar, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-904045-2728-FR, August.

Miller D.S. and Chinkin L.R. (2005) Revised summary of data missing in the CCOS subset of the CCAQS database. Technical memorandum prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-905003-2749-TM2, August.

Raffuse S.M. and Chinkin L.R. (2005) Emission inventory reconciliation in the CRPAQS study area. Final report prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-902327-2751-FR, July.

Mid-America Regional Council (2005) A clean air action plan for the Kansas City region. Report prepared by Lyle R. Chinkin, Neil J.M. Wheeler, Todd Tamura, and Douglas S. Eisinger at Sonoma Technology, Inc., Petaluma, CA, and others, 901470.04-2936, May.

Bahm K.E., Sullivan D.C., Chinkin L.R., and Broaders K.E. (2004) Detecting source activities and reconciling ambient measurement variations with field observations. Technical memorandum prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-902328-2579-TM, July.

Reid S.B., Brown S.G., Sullivan D.C., Arkinson H.L., Funk T.H., and Stiefer P.S. (2004) Research and development of planned burning emission inventories for the Central States Regional Air Planning Association. Final report prepared for The Central States Air Resource Agencies and The Central Regional Air Planning Association, Oklahoma City, OK, by Sonoma Technology, Inc., Petaluma, CA, STI-902514-2516-FR, July.

Coe D.L., Reid S.B., Stiefer P.S., Penfold B.M., Funk T.H., and Chinkin L.R. (2004) Collection and analysis of weekend/weekday emissions activity data in the South Coast Air Basin. Final report prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-901140/901150-2477-FR; ARB Contract Nos. 00-305 and 00-313, May.

Chinkin L.R., Tamura T.M., Eisinger D.S., Gorin C.A., Miller D.S., Coe D.L., MacDonald C.P., and Wheeler N.J.M. (2003) Preliminary assessment of ozone and PM air quality issues in Central Ohio. Final report prepared for Mid-Ohio Regional Planning Commission, Columbus, OH, by Sonoma Technology, Inc., Petaluma, CA, STI-902900-2377-FR, June.

Chinkin L.R., Ryan P.A., and Coe D.L. (2003) Recommended improvements to the CMU Ammonia Emission Inventory Model for use by LADCO. Revised final report prepared for Lake Michigan Air Directors Consortium (LADCO), Des Plaines, IL, by Sonoma Technology, Inc., Petaluma, CA, STI-902350-2249-FR2, March.

Funk T.H., Chinkin L.R., Ryan P.A., and Penfold B.M. (2003) Top-down evaluation of urban area and mobile source $SO_2$, CO, and $NO_x$ emission estimates in the 1996 National Emission Inventory. Final report prepared for EPRI, Palo Alto, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-902190-2279-FR, March.

Coe D.L., Gorin C.A., Chinkin L.R., Yocke M., and Scalfano D. (2003) Emission inventories of OCS production and development activities in the Gulf of Mexico. Final report prepared for Minerals Management Service, New Orleans, LA by Sonoma Technology, Inc., Petaluma, CA, ENVIRON International, Inc., Novato, CA, and Northlake Engineers and Surveyors, Inc., Mandeville, LA, STI-998203-2229-FR2, February.

Chinkin L., Crews J.M., MacDonald C.P., Funk T.H., Wheeler N.J.M., and Dye T.S. (2002) Preliminary assessment of ozone air quality issues in the Minneapolis/St. Paul region. Report prepared for the Minnesota Pollution Control Agency, St. Paul, MN, by Sonoma Technology, Inc., Petaluma, CA, 901104/901105-2239-RFR2, October.

Fujita E.M., Stockwell W.R., Campbell D.E., Chinkin L.R., Main H.H., and Roberts P.T. (2002) Weekend/weekday ozone observations in the South Coast air basin: volume I - executive summary. Final Report Prepared for National Renewable Energy Laboratory, Golden, CO, by Desert Research Institute, Reno, NV, and Sonoma Technology Inc., Petaluma, CA.

Chinkin L.R. and Coe D.L. (2002) Ground truth verification of emissions in the Houston ship channel area. Prepared for the Texas Natural Resources Conservation Commission, Austin, TX, by Sonoma Technology, Inc., Petaluma, CA, STI-900650-2161-RFR, August.

Chinkin L.R., Main H.H., and Roberts P.T. (2002) Weekday/weekend ozone observations in the South Coast Air Basin volume III: analysis of summer 2000 field measurements and supporting data. Final report prepared for National Renewable Energy Laboratory, Golden, CO, by Sonoma Technology, Inc., Petaluma, CA, STI-999670-2124-FR, April.

Chinkin L.R., Funk T.H., and Wheeler N.J.M. (2001) Emission inventory processing issues. Technical memorandum prepared for the Utah Department of Air Quality, Salt Lake City, UT, by Sonoma Technology, Inc., Petaluma, CA, STI-900031-2129-TM, November.

Chinkin L.R., Gorin C.A., and Funk T.H. (2001) Revised temporal allocation factors for area and off-road emissions sources. Technical memorandum prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-900201-2120-TM, September.

Funk T.H., Stiefer P.S., and Chinkin L.R. (2001) Development of gridded spatial allocation factors for the State of California. Technical memorandum prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-900201/999542-2092-TM, July.

Coe D.L., Chinkin L.R., and Prouty J.D. (2001) Exploration and Production Emission Calculator II (EPEC II). User's guide and software prepared for the American Petroleum Institute, Washington, DC, by Sonoma Technology, Inc., Petaluma, CA, STI-901030-1910-UG3, June.

Roberts P.T., Funk T.H., MacDonald C.P., Main H.H., and Chinkin L.R. (2001) Weekday/weekend ozone observations in the South Coast Air Basin: retrospective analysis of ambient and emissions data and refinement of study hypotheses. Report prepared for the National Renewable Energy Laboratory, Golden, CO, by Sonoma Technology, Inc., Petaluma, CA, STI-999670-1961-FR, January.

Funk T.H. and Chinkin L.R. (2001) Spatial allocation factors for area and non-road mobile sources. Technical memorandum prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-900201/999543-2049-TM, January.

Coe D.L., Ladner D.J., Prouty J.D., Chinkin L.R., Yocke M., and Scalfano D. (2000) User's guide for the Breton Offshore Activities Data System (BOADS) for Air Quality. User's guide and software prepared for Minerals Management Service, New Orleans, LA, by Sonoma Technology, Inc., Petaluma, CA, ENVIRON, International, Inc., Novato, CA, and Northlake Engineers and Surveyors, Inc., Mandeville, LA, OCS Study, MMS 2000-2001 (STI-998202-1867-UG3) December.

Fujita E.M., Stockwell W., Keislar R.E., Campbell D.E., Roberts P.T., Funk T.H., MacDonald C.P., Main H.H., and Chinkin L.R. (2000) Weekend/weekday ozone observations in the South Coast Air Basin: retrospective analysis of ambient and emissions data and refinement of hypotheses, Volume I - Executive Summary. Prepared for National Renewable Energy Laboratory, Golden, CO, by Desert Research Institute, Reno, NV, and Sonoma Technology, Inc., Petaluma, CA, December.

Chinkin L.R., Funk T.H., Main H.H., and Roberts P.T. (2000) PAMS data analysis for southern California. Volume VI: Use of PAMS data to evaluate a South Coast Air Basin emission inventory. Report prepared for South Coast Air Quality Management District, Diamond Bar, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-997528-1916-FR, November.

Coe D.L., Chinkin L.R., and Ryan P.A. (2000) Identification of selected agricultural practices that reduce $PM_{10}$ emissions within the San Joaquin Valley. Report prepared for San Joaquin Valley Unified Air Pollution Control District, Fresno, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-999681-1978-FR, August.

Funk T.H. and Chinkin L.R. (2000) Technical memorandum: evaluation of Atlanta emission inventory using the EMS-95 PAMS analysis tool developed by LADCO. Report prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Petaluma, CA, STI-999443-1989-FR, June.

Coe D.L., Ryan P.A., and Chinkin L.R. (2000) Data Analysis for the SJVUAPCD: Identification of selected agricultural practices that reduce $PM_{10}$ emissions within the San Joaquin Valley. Technical memorandum prepared for the San Joaquin Valley Unified Air Pollution Control District, Fresno, CA, by Sonoma Technology, Inc, Petaluma, CA, STI-999681-1978-TM, May.

Coe D.L., Chinkin L.R., Ryan P.A., and Garver P. (2000) Conceptual model of important sources of particulate matter in the Salt Lake City region. Scoping study prepared for the State of Utah Department of Environmental Quality, Salt Lake City, UT, by Sonoma Technology, Inc., Petaluma, CA, STI-900031-1965-DSS2, April.

Coe D.L., Chinkin L.R., Funk T.H., Prouty J.D., and Ray S.E. (2000) Work plan for the California Regional PMio/$PM_{2.5}$ Air Quality Study: development of emissions activity data in support of CRPAQS annual and episodic field studies. Draft work plan prepared for the San Joaquin Valleywide Air Pollution Study Agency c/o California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-999540-1955-DWP, March.

Roberts P.T., Alcorn S.H., Anderson C.B., Funk T.H., Chinkin L.R., and Main H.H. (2000) Northeast Gulf of Mexico ozone scoping study. Report prepared for Louisiana Mid-Continent Oil and Gas Association, Baton Rouge, LA, by Sonoma Technology, Inc., Petaluma, CA, STI-999400-1930-FR, February.

Lurmann F.W., Hall J.V., Kleinman M., Chinkin L.R., Brajer V., Meacher D., Mummery F., Arndt R.L., Funk T.H., Alcorn S.H., and Kumar N. (1999) Assessment of the health benefits of improving air quality in Houston, TX. Prepared for the City of Houston, TX, by Sonoma Technology, Inc., Petaluma, CA, California State University, Fullerton, CA, and University of California, Irvine, CA, STI-998460-1875-FR, November.

Coe D.L., Main H.H., and Chinkin L.R. (1999) A review of current emission estimating techniques for petroleum refinery cooling towers and flares. Report prepared for the American Petroleum Institute, Washington, DC, by Sonoma Technology, Inc., Petaluma, CA, STI-998540-1895-FR2, October.

Main H.H., Chinkin L.R., Chamberlin A.H., and Hyslop N.M. (1999) PAMS data analysis for southern California. Volume I: characteristics of hydrocarbon data collected in the South Coast Air Quality Management District from 1994 to 1997. Report prepared for the South Coast Air Quality Management District, Diamond Bar, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-997521-1899-DFR, September.

Richards L.W., Eisinger D.S., Fujita E., Chinkin L.R., Higgins T., Pierson W., and Rogers F. (1999) The Urban Brown Cloud in Maricopa County: description and potential control measures. Revised first draft final report prepared for Maricopa Association of Governments, Phoenix, AZ, by Sonoma Technology, Inc., Petaluma, CA, STI-996346-1900-RDFR1, September.

**Alcorn S.H., Arndt R.L., and Chinkin L.R. (1999) Hysplit interactive and batchmode user's guide. Prepared** for Texas Natural Resource Conservation Commission, Austin, TX, by Sonoma Technology, Inc., Petaluma, CA, STI-999170-1904, August.

Haste T.L. and Chinkin L.R. (1999) Analysis of PAMS data in California Volume II: the use of PAMS data to evaluate regional emission inventories in California. Report prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Inc., Petaluma, CA, STI-998392-1884-FR, May.

MacDonald C.P., Chinkin L.R., Dye T.S., and Anderson C.B. (1999) Analysis of PAMS data in California volume I: the use of PAMS radar profiler and RASS data to understand the meteorological processes that influence air quality in selected regions of California. Report prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Inc., Petaluma, CA, STI-998391-1888-FR, May.

Chinkin L.R., Main H.H., Anderson C.B., Coe D.L., Haste T.L., Hurwitt S., and Kumar N. (1999) Study of air quality conditions including ozone formation, emission inventory evaluation, and mitigation measures for Crittenden County, Arkansas. Report prepared for the Arkansas Department of Pollution Control and Ecology, Little Rock, AR, by Sonoma Technology, Inc., Petaluma, CA, STI-998310-1837-FR, March.

Chinkin L.R., Main H.H., Hurwitt S., Haste T.L., Coe D.L., and Kumar N. (1998) A study of air quality conditions including emissions inventory, ozone formation, PMio generation, and mitigation measures for Mendocino County, California. Report prepared for the Mendocino County Air Quality Management District, Ukiah, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-998080-1816-FR, November.

MacDonald C.P., Roberts P.T., Main H.H., Kumar N., Haste T.L., Chinkin L.R., and Lurmann F.W. (1998) Analysis of meteorological and air quality data for North Carolina in support of modeling. Report

prepared for North Carolina Department of Environment and Natural Resources, Division of Air Quality, Raleigh, NC, by Sonoma Technology, Inc., Petaluma, CA, STI-997420-1818-DFR, October.

Haste T.L., Kumar N., Chinkin L.R., and Roberts P.T. (1998) Compilation and evaluation of a gridded emission inventory for the Paso del Norte area. Report prepared for the U.S. Environmental Protection Agency, Air Quality Analysis Section, Dallas, TX, by Sonoma Technology, Inc., Petaluma, CA, STI-998110-1828-FR, September.

Coe D.L. and Chinkin L.R. (1998) Emission source activity detection: analysis of CMB model results and daily activity data for IMS95. Final report prepared for the San Joaquin Valleywide Air Pollution Study Agency, c/o the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-997212-1775-FR, July.

Dye T.S., Kwiatkowski J.J., MacDonald C.P., Ray S.E., Chinkin L.R., and Lindsey C.G. (1998) Measurement methods validation: adequacy and validation of meteorological measurements aloft during IMS95. Final report prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-997218-1766-FR, July.

Haste T.L., Chinkin L.R., Kumar N., Lurmann F.W., and Hurwitt S.B. (1998) Use of ambient data collected during IMS95 to evaluate a regional emission inventory for the San Joaquin Valley. Final report prepared for the San Joaquin Valleywide Air Pollution Study Agency, c/o the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-997211-1800-FR, July.

Main H.H., Richards L.W., Hurwitt S.B., and Chinkin L.R. (1998) Characterization of the spatial and temporal patterns of visibility in the San Joaquin Valley during IMS95. Final report prepared for the San Joaquin Valleywide Air Pollution Study Agency, c/o the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-997217-1778-FR, July.

Richards L.W., Hurwitt S.B., Main H.H., and Chinkin L.R. (1998) Characterization of the validity of light-scattering measurements during the 1995 Integrated Monitoring Study. Report prepared for California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Petaluma, CA, STI-997216-1796-FR, July.

Smith A., Richards L.W., Roberts P.T., Chinkin L.R., Kumar N., Stoeckenius T., Gray H.A., and Emery C. (1998) Assessment of the impacts of clean air act and other provisions on visibility in class I areas, Richards L.W., ed. Report prepared for American Petroleum Institute, Washington, DC, by Sonoma Technology, Inc., Petaluma, CA, STI-997530-1792-FR2, July.

Chinkin L.R., Coe D.L., Capuano M., Scalfano D., and Yocke M. (1998) Emission inventories of OCS production and development activities in the Gulf of Mexico. Report prepared for the Minerals Management Service, New Orleans, LA, by Sonoma Technology, Inc., Petaluma, CA, STI-998201-1817-DWP, June.

Main H.H., Chinkin L.R., and Roberts P.T. (1998) PAMS data analysis workshops: illustrating the use of PAMS data to support ozone control programs. Web page prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Inc., Petaluma, CA. Available on the Internet at http://www.epa.gov/oar/oaqps/pams/analysis. STI-997280-1824, June.

Rocke D.M., Chang D.P.Y., Dai J., Mayo C., Di P., Montano R., Chinkin L.R., and Main H.H. (1998) Temporal, spatial, and ambient temperature effects in the Sacramento modeling region. Final report prepared for

the California Air Resources Board, Sacramento, CA, and the California Environmental Protection Agency, May.

Haste T.L., Chinkin L.R., Main H.H., Kumar N., and Roberts P.T. (1998) Analysis of data from the 1995 Narsto-Northeast Study Volume II: use of PAMS data to evaluate a regional emission inventory. Prepared for Coordinating Research Council Northeast, Atlanta, GA, by Sonoma Technology, Inc., Petaluma, CA, STI-95424-1737-FR, March.

Main H.H. and Chinkin L.R. (1998) Example photochemical assessment monitoring station (PAMS) data analysis for Ventura County. Final report prepared for Ventura County Air Pollution Control District, Ventura, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-997450-1795-FR, March.

Haste T.L., Chinkin L.R., Main H.H., Kumar N., and Roberts P.T. (1998) Use of PAMS data to evaluate a regional emission inventory in the northeastern United States. Final report prepared for Coordinating Research Council, Atlanta, GA, under subcontract to ENVIRON International Corporation, Novato, CA by Sonoma Technology, Inc., Santa Rosa, CA, STI-95424-1737-FR, March.

Roberts P.T., Main H.H., Dye T.S., Lurmann F.W., Chinkin L.R., Stoeckenius T., and Fujita E. (1998) Photochemical assessment monitoring stations (PAMS) data analysis for southern California: work plan. Work plan prepared for South Coast Air Quality Management District, Diamond Bar, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-997520-1799-WP, March.

Ryan P.A., Coe D.L., and Chinkin L.R. (1998) Correlation equations to predict Reid vapor pressure and properties of gaseous emissions for exploration and production facilities. Report prepared for American Petroleum Institute, Washington, DC, by Sonoma Technology, Inc., Petaluma, CA, STI-997340-1798-FR, March.

Blumenthal D.L., Kumar N., Chinkin L.R., Dye T.S., Roberts P.T., and Lurmann F.W. (1998) Nitrogen oxides transport from La Cygne Station, KS: a study for assessing its influence on urban ozone. Final report prepared for La Cygne Study Steering Committee by Sonoma Technology, Inc., Petaluma, CA, STI-997380-1762-FR, February.

Chinkin L.R., Haste T.L., Coe D.L., Puri A.K., Hall J.V., and Levy S. (1998) Emission inventory projection project. Final report prepared for the American Petroleum Institute, Washington, DC, by Sonoma Technology, Inc., Santa Rosa, CA, STI-996250-1745-FR, February.

Coe D.L., Chinkin L.R., Loomis C., Wilkinson J., Zwicker J., Fitz D., Pankratz D., and Ringler E. (1998) Technical support study 15: evaluation and improvement of methods for determining ammonia emissions in the San Joaquin Valley. Report prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI95310-1759-FR, January.

Dye T.S., Ray S.E., MacDonald C.P., Kwiatkowski J.J., Hurwitt S., and Chinkin L.R. (1997) Summary of ozone forecasting for the air districts of Sacramento, Yolo-Solano, and Placer for the 1997 season. Final report prepared for Sacramento Metropolitan Air Quality Management District, Sacramento, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-997122-1768-FR, December.

Blumenthal D.L., Roberts P.T., Chinkin L.R., Dye T.S., and Kwiatkowski J.J. (1997) An ozone scoping study for the Kansas City area. Prepared for consideration by The $NO_x$ Steering Committee, Environment Group, Electric Power Research Institute, Palo Alto, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-997380-1742WP-1.1, September.

MacDonald C.P., Dye T.S., and Chinkin L.R. (1997) Forecasting guidelines for winds and ozone air quality in the Sacramento Region. Technical memorandum prepared for the Sacramento Air Quality Management District, Sacramento, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-997121-1734-TM, June.

Main H.H. and Chinkin L.R. (1997) Analysis of aloft ozone, ozone precursors, and exotic species in the mid-Sacramento Valley on September 7, 1995. Report prepared for Sacramento Valley Basin Wide Air Pollution Control Council, Woodland, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-95350-1730-FR, June.

Main H.H., Roberts P.T., and Chinkin L.R. (1997) PAMS data analysis workshop: illustrating the use of PAMS data to support ozone control programs. Prepared for U.S. Environmental Protection Agency, Research Triangle Park, NC, presented at California Air Resources Board and EPA Region IX, Sacramento, CA, STI-997100-1719-WD7, May.

Chinkin L.R., Eisinger D.S., and Richards L.W. (1997) MAG Brown Cloud Study: significant sources and source parameters for Maricopa County brown clouds. Draft Working Paper No. 3 prepared for Maricopa Association of Governments, Phoenix, AZ, by Sonoma Technology, Inc., Santa Rosa, CA, STI-996344-1721-DWP3, April.

Main H.H., Roberts P.T., Chinkin L.R., and Korc M.E. (1997) PAMS data analysis workshop: illustrating the use of PAMS data to support ozone control programs. Prepared for U.S. Environmental Protection Agency, Research Triangle Park, NC, presented at Camp Mabry for Texas Natural Resources Conservation Commission, Austin, TX, by Sonoma Technology, Inc., Santa Rosa, CA, STI-997160-1704-WD6, April.

Reiss R., Chinkin L.R., and Eisinger D.S. (1997) A primer on ozone monitoring site selection. Final report prepared for SAIC, Durham, NC and U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Inc., Santa Rosa, CA, STI-996330-1712-FR, April.

Coe D.L., Chinkin L.R., and Prouty J.D. (1997) Exploration and production emission calculator (EPEC). Version 1.1. User's guide prepared for American Petroleum Institute, Washington, DC, by Sonoma Technology, Inc., Santa Rosa, CA, STI-996160-1700-1.1-UG, September.

Main H.H., Chinkin L.R., Haste T.L., Roberts P.T., and Reiss R. (1997) Shasta County Ozone and Ozone Precursor Transport Quantification Study. Final report prepared for Shasta County Department of Resource Management, Redding, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-95180-1714-FR, March.

Puri A., Hall J., Levy S., Coe D.L., and Chinkin L.R. (1997) API emission inventory projection project. Task 2: description and evaluation of economic growth projection methods. Technical memorandum prepared for American Petroleum Institute, Washington, DC, by Institute for Economic and Environmental Studies, California State University, Fullerton, CA, Center for Continuing Study of California Economy, Palo Alto, CA, and Sonoma Technology, Inc., Santa Rosa, CA, STI-996250-1711-TM, February.

Coe D.L. and Chinkin L.R. (1996) IMS95 daily activity surveys. Final report prepared for the San Joaquin Valleywide Air Pollution Study Agency, Sacramento, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-95274-1616-FR, Contract No. 95-10 PM, December.

Dye T.S., Ray S.E., Lindsey C.G., Arthur M., and Chinkin L.R. (1996) Summary of ozone forecasting and equation development for the air districts of Sacramento, Yolo-Solano, and Placer. Vol. I: ozone forecasting. Vol. II: equation development. Final report prepared for Sacramento Metropolitan Air

Quality Management District, Sacramento, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-996210-1701-FR, December.

Chinkin L.R., Reiss R., and Eisinger D.S. (1996) Ozone exceedance data analysis: representativeness of 1995. Phase II. Final report prepared for American Petroleum Institute, Washington, DC, by Sonoma Technology, Inc., Santa Rosa, CA, STI-996032-1586-FR, October.

Chinkin L.R., Reiss R., Eisinger D.S., Dye T.S., and Jones C.M. (1996) Ozone exceedance data analysis: representativeness of 1995. Phase I. Final report prepared for American Petroleum Institute, Washington, DC, by Sonoma Technology, Inc., Santa Rosa, CA, STI-996031-1574-FR, August.

Chinkin L.R., Reiss R., Haste T.L., Ryan P.A., Stoelting M.W., Karlik J., and Winer A. (1996) Development of a gridded leaf biomass inventory for use in estimating biogenic emissions for urban airshed modeling. Final report prepared for Ventura County Air Pollution Control District by Sonoma Technology, Inc., Santa Rosa, CA, and School of Public Health, University of California, Los Angeles, CA, STI-996086-1599-FR, August.

Reiss R., Chinkin L.R., Coe D.L., and DiSogra C. (1996) Emission inventory of agricultural internal combustion engines used for irrigation in the SJVUAPCD. Final report prepared for San Joaquin Valley Air Pollution Control District, Sacramento, CA, by Sonoma Technology, Inc., Santa Rosa, CA, and Freeman, Sullivan & Co., San Francisco, CA, STI-95240-1569-FR, August.

Chinkin L.R., Ryan P.A., Reiss R., Jones C.M., Winer A., and Karlik J. (1996) Improvements to the biogenic emission estimation process for Maricopa County. Final report prepared for Maricopa Association of Governments, Phoenix, AZ, by Sonoma Technology, Inc., Santa Rosa, CA, and School of Public Health, University of California, Los Angeles, CA, STI-95160-1577-FR, July.

Chinkin L.R., Main H.H., Jones C.M., and Eisinger D.S. (1996) Ozone ambient monitoring network review for Polk County, Iowa. Final report prepared for Polk County Public Works APCD, Des Moines, IA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-996050-1584-FR, June.

Chinkin L.R. (1996) A workplan for Ventura County leaf biomass inventory project. Prepared for Ventura County Air Pollution Control District, Ventura, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-996080-1583-WP, May.

Schoell B.M., Anderson J.A., Chinkin L.R., and Roberts P.T. (1996) Data collected by the STI aircraft during the 1995 Shasta County ozone study. Data volume prepared for Shasta County Department of Resource Management, Redding, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-95350-1575-DVS, April.

Schoell B.M., Anderson J.A., Chinkin L.R., and Roberts P.T. (1996) Data collected by the STI aircraft during the 1995 Shasta County ozone study. Data volume prepared for Shasta County Department of Resource Management, Redding, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-95180-1568-DV, March.

Chinkin L.R., Main H.H., and Coe D.L. (1996) Evaluation and improvement of methods for determining ammonia emissions in the San Joaquin Valley. Technical support study 15. Final workplan prepared for California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-95310-1560-FWP, March.

Coe D.L., Eisinger D.S., Chinkin L.R., Heiken J.G., Austin B.S., and Pollack A.K. (1996) Methodology for gathering locality-specific emission inventory data. Final report prepared for U.S. Environmental

Protection Agency, Office of Mobile Sources, Ann Arbor, MI, by Sonoma Technology, Inc., Santa Rosa, CA and ENVIRON Corporation, Novato, CA, June.

Coe D.L., Main H.H., Chinkin L.R., Loomis C., and Wilkinson J. (1996) Review of current methodologies for estimating ammonia emissions. Draft final report prepared for California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-95310-1580-DFR, May.

Chinkin L.R., Ryan P.A., Reiss R., Jones C.M., Winer A., and Karlik J. (1996) Implementation of improvements to the biogenic emission estimation process for Maricopa County. Working Paper No. 3 prepared for Maricopa Association of Governments, Phoenix, AZ, by Sonoma Technology, Inc., Santa Rosa, CA, and School of Public Health, University of California, Los Angeles, CA, STI-95160-1559-WP3, February.

Korc M.E., Jones C.M., Chinkin L.R., Main H.H., Roberts P.T., and Blanchard C. (1995) Use of PAMS data to evaluate the Texas COAST emission inventory. Final report prepared for U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Inc., Santa Rosa, CA, Work assignment 2-95, EPA Contract No. 68D30020, STI-94520-1558-FR, December.

Heiken J.G., Austin B.S., Pollack A.K., Coe D.L., Eisinger D.S., and Chinkin L. (1995) Methodology for gathering locality-specific emission inventory data. Draft report prepared for U.S. Environmental Protection Agency, Research Triangle Park, NC, by Heiken, J.G., Austin, B.S., Pollack, A.K. (Consultants) and Sonoma Technology, Inc., Santa Rosa, CA, EPA Contract No. 68D30020, Work Assignment 9-95, December.

Reiss R., Chinkin L.R., Roberts P.T., Main H.H., and Eisinger D.S. (1995) Investigation of monitoring networks for an alternative ozone NAAQS. Work assignment 7-95. Final report prepared for U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Inc., Santa Rosa, CA, EPA Contract No. 68D30020, STI-94571-1553-FR, December.

Richards L.W., Kumar N., Musarra S.P., Chinkin L.R., Scire J.S., Insley E.M., Chang C., and Strimaitis D.G. (1995) User's guide for the CD-ROM for the CALMET, CALPUFF, and CALPOST modeling system. Report prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Inc., Santa Rosa, CA and EARTH TECH, Concord, MA, STI-94051-1453-UGR3, December.

Winer A.M., Chinkin L., Arey J., Atkinson R., Adams J., and Karlik J. (1995) Critical evaluation of a biogenic emission system for photochemical grid modeling in California. Final report prepared for California Air Resources Board, Sacramento, CA, by School of Public Health, University of California, Los Angeles, CA, Sonoma Technology, Inc., Santa Rosa, CA, and Statewide Air Pollution Research Center, University of California, Riverside, CA, ARB Contract No. 93-725, December.

Reiss R., Chinkin L.R., and Main H.H. (1995) Ozone NAAQS review--ambient air monitoring support target strategy. Work assignment 1-95. Final report prepared for U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Inc., Santa Rosa, CA, EPA Contract No. 68D30020, STI-94510-1535-FR, September.

Chinkin L.R., Ryan P.A., Reiss R., and Winer A. (1995) Biogenic emission inventory improvement study. Working paper no. 1: review of modeling procedures for biogenic emissions. Report prepared for Maricopa Association of Governments, Phoenix, AZ, by Sonoma Technology, Inc., Santa Rosa, CA, and School of Public Health, University of California, Los Angeles, CA, STI-95160-1524-WP1R2, August.

Watson J.G., Chow J.C., Cahill C.F., Cal M., Divita Jr. F., Freeman D., Gillies J.A., Blumenthal D., Richards L.W., Chinkin L., Lindsey C., Prouty J., Dietrich D., Cobb D., Houck J., Dickson R.J., and Andersen S. (1995) Mt. Zirkel Wilderness Area reasonable attribution study of visibility impairment. Technical reasonable attribution study plan. Working draft version 2.0. Prepared for Technical Steering Committee, c/o Colorado Department of Public Health and Environment, Air Pollution Control Division, Denver, CO, by Desert Research Institute, Reno, NV, Sonoma Technology, Inc., Santa Rosa, CA, Air Resource Specialists, Inc., Fort Collins, CO, Applied Geotechnology Inc., Portland, OR, Radian Corporation, Sacramento, CA, and SECOR International Inc., Fort Collins, CO, August.

Chinkin L.R. and Main H.H. (1995) The investigation of monitoring networks for an alternative ozone NAAQS. Work assignment 7-95. Work plan prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Inc., Santa Rosa, CA, EPA Contract No. 68D30020, STI-94570-1525-WP, June.

Main H.H., Chinkin L.R., and Roberts P.T. (1995) Analysis of PAMS and NARSTO-Northeast ambient air quality data. Work assignment 5-95. Data analysis plan prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Inc., Santa Rosa, CA, EPA Contract No. 68D30020, STI-94550-1526-DA, June.

Chinkin L.R., Roberts P.T., Korc M.E., Main H.H., and Linn W.S. (1995) Analysis of the impact of potential alternative PMio NAAQS on areas with petroleum industry operations. Final report prepared for American Petroleum Institute, Washington, DC, by Sonoma Technology, Inc., Santa Rosa, CA, and Los Amigos Research and Education Institute, University of Southern California, Downey, CA, STI-93490-1442-FR, April.

Main H.H., Richards L.W., Chinkin L.R., Evans V.A., Chow J.C., and Divita F. (1995) PMio chemical analysis and source receptor modeling study for the Seattle-Tacoma area. Final report prepared for Puget Sound Air Pollution Control Agency, Seattle, WA, by Sonoma Technology, Inc., Santa Rosa, CA, RMI, Novato, CA, and Desert Research Institute, Reno, NV, STI-93140-1444-FR, April.

Chinkin L.R., Jones C.M., and Roberts P.T. (1995) Analysis of air quality, emission trends, and meteorology in the Puget Sound and Vancouver areas of Washington. Final report prepared for Department of Ecology, Olympia, WA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-94480-1505-FR, January.

Blanchard C.L., Roberts P.T., Chinkin L.R., and Roth P.M. (1994) Application of smog production (SP) algorithms to the Coastal Oxidant Assessment for Southeast Texas (COAST) data. Final report prepared for U.S. Environmental Protection Agency, Research Triangle Park, NC, by Envair, Albany, CA, and Sonoma Technology, Inc., Santa Rosa, CA, STI-94080-1454-FR, Work Assignment 8-94, EPA Contract No. 68D30020, December.

Richards L.W., Main H.H., Chinkin L.R., and Collins J.F. (1994) Characteristics of the SCE long-term and high-density network precipitation chemistry database. Final report prepared for Southern California Edison, Rosemead, CA, by Sonoma Technology, Inc., Santa Rosa, CA, and Collins Consulting and Computing, Somis, CA, STI-94460-1447-FR, December.

Chinkin L., Blumenthal D., Jones C., Thompson J., and Weinstein E. (1994) Data archiving plan for the 1994 **Northeast Air Quality Study (NEAQS '94). Working draft V1.2 prepared for Electric Power Research** Institute, Palo Alto, CA, by Sonoma Technology, Inc., Santa Rosa, CA, and Electric Power Research Institute, Palo Alto, CA, STI-94361-1425-WD1.2, RP9072, October.

Chinkin L.R., Korc M.E., Main H.H., Roberts P.T., and Dye T.S. (1994) Scoping study report for the Wasatch Front Ozone Study. Report prepared for Utah Division of Air Quality, Salt Lake City, UT, by Sonoma Technology, Inc., Santa Rosa, CA, STI-94411-1430, September.

Chinkin L., Ryan P., Korc M., Strimaitis D., Moore G., and Scire J. (1994) Development of an approach for modeling dry deposition of toxic gases. Final report prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Inc., Santa Rosa, CA, and Earth Tech, Concord, MA, STI-94011-1437-FR, September.

Main H.H., Chinkin L.R., Schoell B.M., Roberts P.T., and Lurmann F.W. (1994) Quality assurance plan for microenvironmental ozone measurements in schools as part of the epidemiologic investigation to identify chronic health effects of air pollutants. Version No. 02 prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-92372-1424-SOP, August.

Roberts P.T., Chinkin L.R., Prins E.M., and Main H.H. (1994) 1990 Sacramento Area Ozone Study: data analysis summary and guide to the data base. Final report prepared for Systems Applications International, San Rafael, CA, and Sacramento Area Council of Governments, Sacramento, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-90048-1353-FR2, May.

Stoeckenius T.E., Roberts P.T., and Chinkin L.R. (1994) Development of an objective classification procedure for Bay Area air flow types representing ozone-related source-receptor relationships. Report prepared for California Air Resources Board and California Environmental Protection Agency, Sacramento, CA, by Systems Applications International, San Rafael, CA and Sonoma Technology, Inc., Santa Rosa, CA, SYSAPP94-94/022, May.

Main H.H., Chinkin L.R., and J.F. Collins (1994) Long-term trends in the SCE precipitation chemistry data base for southern California. Final report prepared for Southern California Edison, Rosemead, CA, by Sonoma Technology, Inc., Santa Rosa, CA, and Collins Consulting and Computing, Camarillo, CA, STI-92270-1368-FR, SCE P.O. C3082907, April.

Korc M.E. and Chinkin L.R. (1993) Improvement of the speciation profiles used in the development of the 1991 LMOS emission inventory. Draft final report prepared for the Lake Michigan Air Directors Consortium, Des Plaines, IL, by Sonoma Technology, Inc., Santa Rosa, CA, STI-92324-1394-DFR, December.

Main H.H., Chinkin L.R., and Strimaitis D. (1993) Evaluation of methods for simulating ambient impacts of area-wide sources of air toxics. Report prepared for U.S. Environmental Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Inc., Petaluma, CA, and Sigma Research Corporation, Concord, MA, STI-93241-1391-DFR, December.

Korc M.E., Roberts P.T., Chinkin L.R., and Main H.H. (1993) Comparison of emission inventory and ambient concentration ratios of CO, NMOC, and $NO_x$ in the Lake Michigan Air Quality Region. Draft final report prepared for Lake Michigan Air Directors Consortium, Des Plaines, IL, by Sonoma Technology, Inc., Santa Rosa, CA, STI-90218-1357-DFR, October.

Main H.H., Chinkin L.R., Roberts P.T., and Hanna S.R. (1993) Modeling-based comparison and data analysis of open path analyzers versus fixed point analyzers. Report prepared for the U.S. Environmental

Protection Agency, Research Triangle Park, NC, by Sonoma Technology, Inc., Santa Rosa, CA, STI-93251-1389-TM, November.

Reynolds S.D., Tesche T.W., Dye T., Roberts P., Franzon D.E., Chinkin L.R., and Reid S.B. (1993) Assessment of planned northeast ozone transport region modeling activities. Report prepared by the American Petroleum Institute, Health and Environmental Sciences Department, Washington, DC, API No. 4563, July.

Roberts P.T., Main H.H., Chinkin L.R., Musarra S.F., and Stoeckenius T. (1993) Methods development for quantification of ozone and ozone precursor transport in California. Final report prepared for the California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Santa Rosa, CA, and Systems Applications International, San Rafael, CA, STI-90100-1233-FR, ARB Contract No. A932-143, July.

Sullivan M., DiSogra C., Chinkin L.R., and Jackson B. (1992) Determination of usage patterns and emissions for propane/LPG in California. Final report prepared for the California Air Resources Board, Sacramento, CA, and the South Coast Air Quality Management District, Diamond Bar, CA, by Freeman, Sullivan & Co. and Systems Applications International, San Rafael, CA, Contract No. A032-092.

Gray A., Reid S., and Chinkin L.R. (1992) Carbon particle emissions inventory for Denver Brown Cloud II: development and assessment. Report prepared by Systems Applications International, San Rafael, CA, SYSAPP-92/xxx.

Stoeckenius T. and Chinkin L.R. (1992) A field data-based analysis of the effect of nitrogen oxide and hydrocarbon emission reductions on ozone in the South Coast Air Basin. Final report prepared by Systems Applications International, San Rafael, CA, SYSAPP-92/007.

Burton C.S., Smylie M., and Chinkin L.R. (1991) 1991 environmental regulation course: the Clean Air Act Amendments of 1990. Report prepared by Systems Applications International, San Rafael, CA.

Eisinger D. and Chinkin L.R. (1991) San Francisco 1990 regional transportation plan: air quality environmental impact report. Draft report prepared by Systems Applications International, San Rafael, CA, SYSAPP-91/048.

Eisinger D., Smylie M., and Chinkin L.R. (1991) A regulatory analysis of the Clean Air Act Amendments of 1990, the California Clean Air Act of 1988, and the South Coast Air Quality Management Plan. Report prepared by Systems Applications International, San Rafael, CA.

Gardner L., Chinkin L.R., and Heiken J.G. (1991) Procedures for the preparation of emission inventories for carbon monoxide and precursors of ozone, vol. II: emission inventory requirements for photochemical air quality simulation models. Report prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, EPA-450/4-91-014.

Knight R., Akers L., Austin B., Eisinger D.S., Fieber J., Goetz J.K., Chinkin L., and Hamilton W. (1991) Assessment of the emissions impacts of electric vehicles in the South Coast Air Basin. Report prepared for California Air Resources Board, Sacramento, CA, Southern California Edison Company, Rosemead, CA, and Bevilacqua-Knight Incorporated, Oakland, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-90/108.

Watson J.G., Chow J.C., Richards L.W., Haase D.L., McDade C., Dietrich D.L., Moon D., Chinkin L., and Sloane C. (1990) The 1989-90 Phoenix Urban Haze Study. Volume I: program plan. Report prepared for Arizona Department of Environmental Quality, Phoenix, AZ, by Desert Research Institute, Reno, NV, DRI Document No. 8931.1 F, January.

Watson J.G., Chow J.C., Richards L.W., Haase D.L., McDade C., Dietrich D.L., Moon D., Chinkin L., and Sloane C. (1990) The 1989-90 Pilot Tucson Urban Haze Study. Volume I: program plan. Report prepared for Arizona Department of Environmental Quality, Phoenix, AZ, by Desert Research Institute, Reno, NV, DRI Document No. 8931.3F, January.

Watson J.G., Chow J.C., Richards L.W., Haase D.L., McDade C., Dietrich D.L., Moon D., Chinkin L., and Sloane C. (1990) The 1989-90 Pilot Tucson PMio Study. Volume I: program plan. Report prepared for Arizona Department of Environmental Quality, Phoenix, AZ, by Desert Research Institute, Reno, NV, DRI Document No. 8931.4F, January.

Watson J.G., Chow J.C., Richards L.W., Haase D.L., McDade C., Dietrich D.L., Moon D., Chinkin L., and Sloane C. (1990) The 1989-90 Phoenix PMio Study. Volume I: program plan. Final report prepared for Arizona Department of Environmental Quality, Phoenix, AZ, by Desert Research Institute, Reno, NV, DRI Document No. 8931.2F.

Chinkin L.R., Garelick B., Fieber J.F., Dickson R.J., Wright D.A., and Oliver W.R. (1990) Findings of technical support study number 5 of the San Joaquin Valley Air Quality Study. Report prepared for California Air Resources Board, Sacramento, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-90/011.

Morris R.E., Kessler R.C., Chinkin L.R., and Douglas S.G. (1990) Findings of technical support study number 5 of the San Joaquin Valley Air Quality Study. Report prepared for California Air Resources Board, Sacramento, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-90/033.

Garelick B., Austin B., Fieber J., and Chinkin L.R. (1990) Emission changes and air quality impacts resulting from reducing the RVP and adding MTBE to Shell Gasoline (5U2000). Report by Systems Applications Inc., San Rafael, CA, SYSAPP-90/039.

Seigneur C., Morris R., Kessler R., and Chinkin L. (1990) Conceptual modeling plan for the SJVAQS/AUSPEX project. Final report prepared for Pacific Gas & Electric Company, San Francisco, CA, by ENSR Consulting and Engineering, Glastonbury, CT, and Sonoma Technology, Inc., Santa Rosa, CA, Document No. 5256-001-000.

Chinkin L.R., et al. (1989) Findings of technical support study number 5 of the San Joaquin Valley Air Quality Study, tasks 7-8. Report prepared for the California Air Resources Board, Sacramento, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-89/116.

Chinkin L.R., et al. (1989) Technical support study number 5 of the San Joaquin Valley Air Quality Study, tasks 1-5. Report prepared for the California Air Resources Board, Sacramento, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-89/022.

Haney J.L., Roberts P.T., Douglas S.G., Chinkin L.R., Souten D.R., and Burton C.S. (1989) Ozone air quality scoping study for the Lower Lake Michigan air quality region. Final report prepared for Air and Radiation Branch, U.S. Environmental Protection Agency, Research Triangle Park, NC, by Systems Applications, Inc., San Rafael, CA, and Sonoma Technology, Inc., Santa Rosa, CA, SYSAPP-89/113, September.

Haney J.L., Chinkin L.R., and Douglas S.G. (1989) Ozone scoping study for Jefferson County-Louisville, Kentucky. Report prepared for Jefferson County Air Pollution Control District, Louisville, KY, by Systems Applications Inc., San Rafael, CA, SYSAPP-89/118.

Haney J., Chinkin L.R., Garelick B., Hudischewskyj A., and Stoeckenius T. (1989) Review of selected portions of MMS' proposed air quality regulations for OCS sources. Report prepared for Office of Attorney General, State of California, Department of Justice, Sacramento, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-89/061.

Ireson R.G. and Chinkin L.R. (1989) Detailed analysis of ozone state implementation plans in seven areas selected for retrospective evaluation of reasons for state implementation plan failure, volume II, technical report, part E: Chicago Study Area. Report prepared for American Petroleum Institute, Washington, DC, and Pacific Environmental Services, Inc. by Systems Applications Inc., San Rafael, CA, SYSAPP-89/107E.

Ireson R.G., Roberts P.T., Eisinger D.S., Main H.H., Garelick B., and Chinkin L.R. (1989) Scoping study to develop an air quality management plan for San Luis Obispo County. Report prepared for San Luis Obispo County Air Pollution Control District, San Luis Obispo, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-89/130.

Morris R.E. and Chinkin L.R. (1989) A low-cost application of the urban airshed model to the New York Metropolitan Area and the city of St. Louis (five cities UAM study phase I). Report prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC by Systems Applications Inc., San Rafael, CA, SYSAPP-89/070.

Roth P.M., Blumenthal D.L., Roberts P.T., Watson J.G., Yocke M.A., Souten D.R., Ireson R.G., Chinkin L.R., Whitten G.Z., Daly C., and Smith T.B. (1988) A proposed concept and scope for the San Joaquin Valley Air Quality Study. Final report prepared for California Air Resources Board, Sacramento, CA, by Sonoma Technology, Inc., Santa Rosa, CA, STI-96050-710-FR, February.

Chinkin L.R. and Gardner L.A. (1988) Comparison of emission inventories prepared for the JIMS and SCCCAMP 1984 modeling studies. Report prepared for U.S. Department of the Interior, Minerals Management Service, New Orleans, LA, by Systems Applications Inc., San Rafael, CA.

Chinkin L.R., Austin B.S., Pollack A.K., Moezzi M., Burton C.S., and Latimer D.A. (1988) Characterizing visibility trends: a review of historical approaches and recommendations for future analyses. Report prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, by Systems Applications Inc., San Rafael, CA, SYSAPP-88/109.

Chinkin L.R., Gardner L.A., and Mahoney L.A. (1988) NO and VOC emissions trends and projections in New Jersey and the Northeastern United States. Final report prepared for the Department of Environmental Protection, State of New Jersey by Systems Applications Inc., San Rafael, CA, SYSAPP-88/116.

Chinkin L.R., Pollack A.K., Styles K.R., Austin B.S., and Moezzi M. (1988) Characterizing visibility trends: summary of investigations and presentation of results. Report prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, by Systems Applications Inc., San Rafael, CA, SYSAPP-88/111.

Eisinger D.S., Burton C.S., and Chinkin L.R. (1988) A concept paper to analyze the air quality effects of increased electric vehicle use. Report prepared for Electric Power Research Institute, Palo Alto, CA, by Systems Applications Inc., San Rafael, CA.

Haney J.L., Chinkin L.R., and Fieber J.L. (1988) Air quality modeling analyses supporting the OCS negotiated rulemaking process in the South Central Coast Air Basin of California. Report prepared for the U.S. Department of the Interior, Minerals Management Service, New Orleans, LA, by Systems Applications Inc., San Rafael, CA, SYSAPP-88/015.

Haney J.L., Dudik M.C., Gardner L.A., Chinkin L.R., and Ireson R.G. (1988) Development of urban airshed modeling capability for Truckee Meadows: carbon monoxide monitoring review and climatology. Report prepared for Washoe County Department of Comprehensive Planning by Systems Applications Inc., San Rafael, CA, SYSAPP-88/033.

Hayes S.R., Chinkin L.R., Hayes S.R., Haney J.L., Mahoney L.A., Rosenbaum A.S., Austin B.S., Fieber J.L., and Gardner L.A. (1988) Evaluation of South Coast Air Basin alternative ozone attainment scenarios using the urban airshed model. Report prepared for the Western Oil and Gas Association, Glendale, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-88/195.

Ireson R.B., Roberts P.T., Roth P.M., Chinkin L.R., Blumenthal D.L., Eisinger D.S., Gardner L., Haney J.L., Mahoney L.A., and Yocke M.A. (1988) Scoping study for data collection and urban airshed model performance evaluation in the San Diego air basin, volume I: summary and recommendations; volume II: technical assessment. Reports prepared for the San Diego County Air Pollution Control District, San Diego, CA, by Systems Applications, Inc., San Rafael, CA, SAI-SYSAPP-88/127a, b, December.

Ireson R.G., Damon J.P., Chinkin L.R., and Wilbur D.M. (1988) Long-range monitoring and modeling program needs for air quality planning in the Tucson area. Report prepared by Parsons Brinckerhoff Quade & Douglas, Inc., AeroVironment, Inc., and Systems Applications Inc., San Rafael, CA, SYSAPP-88/090.

Ireson R.G., Eisinger D.S., Chinkin L.R., Souten D.R., and Roberts P.T. (1988) Evaluation of needs and options for improving ozone air quality planning capabilities for the Sacramento Metropolitan Area. Report prepared for the Sacramento County Air Pollution Control District, Sacramento, CA, by Systems Applications Inc., San Rafael, CA, and Sonoma Technology, Inc., Santa Rosa, CA, SYSAPP-88/047.

Mahoney L.A., Haney J.L., Chinkin L.R., and Ireson R.G. (1988) Capabilities needed for evaluation of nonphotochemical impacts of OCS emissions, task 7D. Final report prepared for the County of San Diego, San Diego, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-88/198.

Roberts P.T., Chinkin L.R., Yocke M.A., Souten D.R., MacArthur R.S., Blumenthal D., and Roth P. (1988) San Joaquin Valley Air Pollution Study phase two modeling and analysis. Report prepared for the San Joaquin Valley Air Pollution Study Agency and California Air Resources Board, Sacramento, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-88/072.

Whitten G.Z., Chinkin L.R., and Myers T.C. (1988) Assessment of the impact of bakery emissions on air quality: impact of ethanol emissions on ozone formation in the San Francisco Bay Area. Report prepared for Landels, Ripley, and Diamond by Systems Applications Inc., San Rafael, CA, SYSAPP-88/134.

Yocke M.A., Ireson R.G., Eisinger D.S., Gardner L.A., Chinkin L.R., Haney J.L., Mahoney L.A., Roberts P.T., and Blumenthal D.L. (1988) Scoping study for data collection and urban airshed model performance evaluation in the San Diego Air Basin. Volume I: summary and recommendations. Report prepared for the County of San Diego, San Diego, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-88/201a.

Yocke M.A., Ireson R.G., Eisinger D.S., Gardner L.A., Chinkin L.R., Haney J.L., Mahoney L.A., Roberts P.T., and Blumenthal D.L. (1988) Scoping study for data collection and urban airshed model performance evaluation in the San Diego Air Basin. Volume II: technical assessment. Report prepared for the County of San Diego, San Diego, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-88/201 b.

Chinkin L.R., Fieber J.L., and Latimer D.A. (1987) A level-3 assessment of visibility impacts associated with construction and operation of a proposed nuclear waste repository in Davis Canyon near Canyonlands National Park. Report prepared for Energy and Environmental Systems Division, Argonne National Laboratory by Systems Applications Inc., San Rafael, CA.

Chinkin L.R., Latimer D.A., and Mahoney L.A. (1987) Western States Acid Deposition Project phase I: Volume 2 - a review of emission inventories needed to regulate acid deposition in the Western United States. Report prepared for the Western States Acid **Deposition Project, Western Governors'** Association by Systems Applications Inc., San Rafael, CA, SYSAPP-87/072.

Chinkin L.R., Pollack A.K., and McDonald J.W. (1987) Air quality, emissions, and related factors in Santa Barbara County. Report prepared for the Western Oil and Gas Association, Glendale, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-87/100.

Chinkin L.R., Pollack A.K., and McDonald J.W. (1987) Air quality, emissions, and related factors in Ventura County. Report prepared for the Western Oil and Gas Association, Glendale, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-87/109.

Chinkin L.R., Weir B.R., and Latimer D.A. (1987) Inventory of chlorophenol use in the forest products industry and investigation of related emissions of chlorinated dibenzodioxins and dibenzofurans. Report prepared for the California Air Resources Board, Sacramento, CA, by Systems Applications Inc., San Rafael, CA.

Permutt T.J., Chinkin L.R., Grosser S.C., and Hudischewskyj A.B. (1987) Default values for coal sulfur content for small sources. Draft final report prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, by Systems Applications Inc., San Rafael, CA, SYSAPP-87/184.

Souten D.R., Haney J.L., and Chinkin L.R. (1987) Evaluation of the air quality changes due to petroleum resource development in the California South Central Coast outer continental shelf area: further application of the JIMS project PARIS model to assess predicted 1990 and 1995 ozone concentrations. Final report prepared for the U.S. Department of the Interior, Minerals Management Service, New Orleans, LA, by Systems Applications Inc., San Rafael, CA.

Mahoney L.A., Daly C., Chinkin L.R., and Austin B.S. (1986) Air quality and additional impact analysis for the authority to construct permit application for the West Contra Costa County Sanitary Landfill Power Project, Volume I. Report prepared for Gaia Associates, San Rafael, CA, by Systems Applications Inc., San Rafael, CA.

Souten D.R., Chinkin L.R., and Haney J.L. (1986) Application of the PARIS model for 1990 and 1995 in the California South Central Coast Air Basin. Report prepared for the U.S. Environmental Protection Agency, Region IX, San Francisco, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-86/064.

Souten D.R., Chinkin L.R., Haney J.L., Tesche T.W., Hogo H., and Dudik M.C. (1986) Evaluation and application of the PARIS photochemical model in the South Central Coast Air Basin, Volume II. Report prepared for the U.S. Environmental Protection Agency, Region IX, San Francisco, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-86/043.

Tesche T.W., Myers T.C., Chinkin L.R., and Daly C. (1986) Cumulative ozone impact assessment for the Sycamore Cogeneration Company's Sycamore Project. Report prepared for Sycamore Cogeneration Company by Systems Applications Inc., San Rafael, CA, SYSAPP-86/091.

Thrall A.D., Stoeckenius T.E., Chinkin L.R., and Pollack A.K. (1986) Recommendations for the analysis, development, and testing of a method for relating the frequency of occurrence of meteorological conditions to exceedances of the ozone NAAQS. Report prepared for the U.S. Environmental Protection Agency, Research Triangle Park, NC, by Systems Applications Inc., San Rafael, CA, SYSAPP-86/016.

Chinkin L.R., Latimer D.A., and Smith T.B. (1985) Assessment of stagnation potential in the Lake Powell Basin. Report prepared for Salt River Project, Environmental Services Department, Phoenix, AZ, by Systems Applications Inc., San Rafael, CA, SYSAPP-85/004.

Chinkin L.R., Hogo H., and Latimer D.A. (1985) The appearance of layered haze visible from Bryce Canyon National Park, Utah. Report prepared for Salt River Project Environmental Services Department, Phoenix, AZ, by Systems Applications Inc., San Rafael, CA, SYSAPP-85/035.

Chinkin L.R., Saxena P., Oliver W.R., and Austin B.S. (1985) Emission projections for OCS platforms and related sources. Report prepared for the U.S. Department of the Interior, Minerals Management Service, New Orleans, LA, by Systems Applications Inc., San Rafael, CA, SYSAPP-85/159.

Latimer D.A., Chinkin L.R., Dudik M.C., Hogo H., and Ireson R.G. (1985) Uncertainties associated with modeling regional haze in the Southwest. Report prepared for American Petroleum Institute, Washington, DC, by Systems Applications Inc., San Rafael, CA, SYSAPP-85/108.

Latimer D.A., Hogo H., Ireson R.G., Lundberg G.W., Chinkin L.R., and Mahoney L.A. (1985) Analysis of visibility and acid deposition impacts resulting from power plants located at alternative sites in Arizona. Report prepared for Salt River Project Environmental Services Department, Phoenix, AZ, by Systems Applications Inc., San Rafael, CA, SYSAPP-85/148.

Souten D.R., Tesche T.W., Haney J.L., Chinkin L.R., Hogo H., and Dudik M.C. (1985) Evaluation of photochemical models for use in the South Central Coast Air Basin. Report prepared for the U.S. Environmental Protection Agency, Region IX, San Francisco, CA, by Systems Applications Inc., San Rafael, CA, SYSAPP-85/099.

Yocke M.A., Morris R.E., Hogo H., Chinkin L.R., and Mahoney L.A. (1985) Analysis of the air quality impacts of the San Miguel Project. Report prepared for Cities Service Oil & Gas Corporation and Bechtel Petroleum, Inc. by Systems Applications Inc., San Rafael, CA, SYSAPP-85/127.

# Appendix C: Previous Expert Testimony

I, Lyle R. Chinkin, have testified as an expert witness at a trial or deposition in the past four years. The cases in which I have been deposed and testified are as follows:

Michele Baker, et al., Plaintiffs v. Saint-Gobain Performance Plastics Corp., Honeywell International Inc. f/k/a Allied-Signal Inc. and/or Allied-Signal Laminate Systems, Inc., E.I. DuPont De Nemours and Company, and 3M Co., Defendants, Civil Action No. 1:16-CV-917 (LEK/DJS)

SOAH Docket No. 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; TCEQ Docket No. 2019-0624-AIR; In Re: Application of Texas LNG Brownsville LLC

Kevin Brown, et al., Plaintiffs v. Saint-Gobain Performance Plastics Corporation; and Gwenael Busnel, Civil Action No. 1:16-cv-00242-JL

# Appendix D: Statement of Compensation

Sonoma Technology, Inc., (Sonoma Technology) is currently compensated at $559 per hour for Lyle R. **Chinkin's services to the United States Department of Justice** (DOJ). The DOJ will compensate Sonoma Technology **at a rate of 150% of Mr. Chinkin's rate** at the time for any deposition or trial testimony provided.

# Appendix E: Materials Considered

In addition to the materials cited in the text and listed in the References Cited section (Section 9), I considered the following:

Boylan J.W. (2004) Calculating statistics: concentration related performance goals. EPA PM Model Performance Workshop, *Chapel Hill, NC, February 11.*

EES Coke Battery, LLC (2013) Draft Permit to Install Application for the Temporary Removal of the Heat Input Limit on Coke Oven Gas, NTH Project No. 73-101016-100, April 30, Bates Number EES COKE_0049750.

EES Coke Battery, LLC (2014a) Draft Permit to Install Application, Modifications to the Coke Battery, NTH Project No. 73-101016-103, January 24, Bates Number EES COKE_0031728.

EES Coke Battery, LLC (2014b) Draft Permit to Install Application, Modifications to the Coke Battery, NTH Project No. 73-101016-103, April 2, Bates Number EES COKE_0031537.

EES Coke Battery, LLC (2014c) Draft Permit to Install Application, Modifications to the Coke Battery, NTH Project No. 73-101016-103, June 10, Bates Number EES COKE_0049750.

EES Coke Battery, LLC (2023a) "2017 MAERS EES Coke Draft.xlsx", Data workbook assigned as Bates Number EES COKE_0064312.

EES Coke Battery, LLC (2023b) "2018 MAERS EES Coke_3.12.2019.xlsx", Data workbook assigned as Bates Number EES COKE_0065004.

EES Coke Battery, LLC (2023c) "DRAFT 2019 MAERS EES Coke_02-27-2020.xlsx", Data workbook assigned as Bates Number EES COKE_0065032.

EES Coke Battery, LLC (2023d) "4 - 2020 MAERS EES Coke_3.8.2021_Final.xlsx", Data workbook assigned as Bates Number EES COKE_0066186.

EES Coke Battery, LLC (2023e) "03 - EES MAERS Supporting Calculations RY2021_03.16.2022.xlsx", Data workbook assigned as Bates Number EES COKE_0067182.

EES Coke Battery, LLC (2023f) Draft MAERS Source Summary Report, Reporting Year 2019, Bates Number EES COKE_0065010.

Foley K.M, Pouliot G.A, Eyth A, Aldridge M.F., Allen C., Appel K.W., Bash J.O., Beardsley M., Beidler J., Choi D., Farkas C., Gilliam R.C., Godfrey J., Henderson B.H., Hogrefe C, Koplitz S.N., Mason R., Mathur R., Misenis C., Possiel N., Pye H.O.T., Reynolds L., Roark M., Roberts S., Schwede D.B., Seltzer K.M., Sonntag D., Talgo K., Toro C., Vukovich J., Xing J., Adams E. (2023) 2002-2017 anthropogenic emissions data for air quality modeling over the United States. Data in Brief, Volume 47, 2023, 109022, ISSN 2352-3409, Https://doi.org/10.10166dib.2023.109022. (https://www.sciencedirect.corniscience/article/pii/S2352340923001403)

*Chinkin Expert Report*
*Civil Action No. 2:22-CV-11191-GAD-CI*

Hogrefe C., Civerolo K.L., Hao W., Ku J.-Y., Zalewsky E.E., and Sistla G. (2008) Rethinking the assessment of photochemical modeling systems in air quality planning applications. *Journal of the Air & Waste Management Association,* 58, 8, ed., 1086-1099.

National Exposure Research Laboratory (1999) Science algorithms of the EPA Models-3 Community Multiscale Air Quality (CMAQ) modeling system. Report prepared by the U.S. Environmental Protection Agency, Research Triangle Park, NC, EPA/600/R-99/030 (peer reviewed), March. Available on the Internet at http://www.epa.gov/AMD/CMAQ/CMAQscienceDoc.html.

Occhipinti, C., Dep., November 10, 2023, United States v. EES Coke Battery, LLC (No. 2:22-CV-11191-GAD-CI).

U.S. Environmental Protection Agency (2005) National Emission Standards for Coke Oven Batteries. Federal Register Vol. 70, No. 72, pages 19992-20015. 40 CFR Part 63, April 15. Available on the Internet at https://www.govinto.gov/contentipKgp-k-zuu5-04-15/pat/05-oJ4z.pm.

U.S. Environmental Protection Agency (2008) AP-42: Compilation of Air Emissions Factors from Stationary Sources, Fifth Edition, Volume I, Chapter 12: Metallurgical Industry, Final Section. May. Available on the Internet at https://www.epa.gov/sites/default/files/2020 11/documents/c12s02_may08.pdf.

U.S. Environmental Protection Agency (2008) Emission Factor Documentation for AP-42 Section 12.2, Coke Production, Final Report. AP 42, Fifth Edition, Volume I Chapter 12: Metallurgical Industry, Final Section. Prepared for the U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards, Research Triangle Park, NC, May. Available on the Internet at Lt.,/           L/files/2020-11/d mu..   its/b12s02_ii

U.S. Environmental Protection Agency (2010) Summary of the updated Regulatory Impact Analysis (RIA) for the Reconsideration of the 2008 Ozone National Ambient Air Quality Standards (NAAQS), January. Available on the Internet at http://www.epa.govittnecas1/ria.html.

U.S. Environmental Protection Agency (2011) Air quality modeling technical support document: proposed utility NESHAP. Technical support document prepared by the U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards, Research Triangle Park, NC, EPA-454/R-11-002, January.

U.S. Environmental Protection Agency (2023) MOVES4 Technical Guidance: Using MOVES to Prepare Emission Inventories for State Implementation Plans and Transportation Conformity, EPA-420-B-23-011, August. Available on the Internet at https://nepis.epa.gov/Exe/Zyrur.cgi?Dockey≈ looz ; additional resources are available at ttps://www.epa.gov/moves.

U.S. Environmental Protection Agency (2024) The Green Book Nonattainment Areas for Criteria Pollutants. Available on the Internet at :tp://www.epa.gov/green-book.

U.S. Environmental Protection Agency (2024) Final Regulatory Impact Analysis for the Reconsideration of the National Ambient Air Quality Standards for Particulate Matter. Prepared by the U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards, Research Triangle Park, NC, EPA-452/R-24-006, January. Available on the Internet at «ps://www.Eₙ...ᵧ.,v/system/Tllt,documenis/LUG-ruanaaqs_pm_reconsideration_ria_final.pdf.

United States of America Plaintiff v. EES Coke Battery, LLC Defendant, Case 2:22-cv-11191-GAD-CI, Complaint, filed June 1, 2022.

United States of America Plaintiff v. EES Coke Battery, LLC Defendant, Case 2:22-cv-11191-GAD-CI, Answer to Complaint, filed August 19, 2022.

United States of America Plaintiff v. EES Coke Battery, LLC Defendant, Case 2:22-cv-11191-GAD-CI, Declaration of Virginia Galinsky (Exhibit 1), executed August 29, 2022.

United States of America Plaintiff v. EES Coke Battery, LLC Defendant, Case 2:22-cv-11191-GAD-CI, United States' Motion for Summary Judgment on Liability, filed August 30, 2022.

United States of America Plaintiff v. EES Coke Battery, LLC Defendant, Case 2:22-cv-11191-GAD-CI, June 13, 2014 EES Coke Permit to Install Application (Exhibit 1-A), filed August 30, 2022.

United States of America Plaintiff v. EES Coke Battery, LLC Defendant, Case 2:22-cv-11191-GAD-CI, United States' Reply Brief in Support of Motion for Summary Judgment on Liability, filed October 27, 2022.

United States of America Plaintiff v. EES Coke Battery, LLC Defendant, Case 2:22-cv-11191-GAD-CI, Plaintiff United States' First Set of Requests for Production of Documents, served via email on November 1, 2022.

United States of America Plaintiff v. EES Coke Battery, LLC Defendant, Case 2:22-cv-11191-GAD-CI, EES Coke Battery LLC's Responses to Plaintiff United States' First Set of Requests for Production of Documents, transmitted via email on December 1, 2022.

United States of America Plaintiff v. EES Coke Battery, LLC Defendant, Case 2:22-cv-11191-GAD-CI, Plaintiff United States' First Set of Requests for Admissions, served via email on February 27, 2023.

United States of America Plaintiff v. EES Coke Battery, LLC Defendant, Case 2:22-cv-11191-GAD-CI, EES Coke Battery's First Requests for Admissions to Plaintiff, transmitted via email on March 6, 2023.

United States of America Plaintiff v. EES Coke Battery, LLC Defendant, Case 2:22-cv-11191-GAD-CI, EES Coke's Answers and Objections to Plaintiff United States' First Set of Requests for Admission, transmitted via email on April 7, 2023.

United States of America Plaintiff v. EES Coke Battery, LLC Defendant, Case 2:22-cv-11191-GAD-CI, Plaintiff United States' Second Set of Interrogatories, served via email on August 11, 2023.

Contains Confidential Information – Subject to Protective Order

United States of America Plaintiff v. EES Coke Battery, LLC Defendant, Case 2:22-cv-11191-GAD-CI, EES Coke's Answers and Objections to Plaintiff United States' Second Set of Interrogatories, transmitted via email on September 21, 2023.

United States of America Plaintiff v. EES Coke Battery, LLC Defendant, Case 2:22-cv-11191-GAD-CI, Plaintiff United States' Second Set of Requests for Production of Documents, served via email on October 4, 2023.

United States of America Plaintiff v. EES Coke Battery, LLC Defendant, Case 2:22-cv-11191-GAD-CI, EES Coke's Answers and Objections to Plaintiff United States of America's Second Set of Requests for Production of Documents, transmitted via email on November 3, 2023.