# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> EES COKE BATTERY, LLC; ) <br> DTE ENERGY SERVICES, INC.; ) <br> DTE ENERGY RESOURCES, LLC; and ) <br> DTE ENERGY CO. ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:22-cv-11191 <br><br> Judge Gershwin A. Drain <br><br> Magistrate Judge Ivy |

**LIST OF EXHIBITS FOR THE UNITED STATES' MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANTS' WITNESS DR. KATHRYN KELLY**

1. Kelly Deposition Transcript Excerpts
2. Expert Report of Lyle Chinkin Excerpts
3. Expert Report of Dr. Joel Schwartz Excerpts
4. Expert Report of Dr. Kathryn Kelly
5. Expert Rebuttal Report of Dr. Joel Schwartz Excerpts