UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

EES COKE BATTERY, LLC, *et al.*,

      Defendants.

_____/

Case No. 19-13652
U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

## **ORDER GRANTING JOINT MOTION TO POSTPONE SUBMISSION OF PRETRIAL ORDER BY TWO WEEKS**

Presently before the Court is the parties' Joint Motion to Postpone Submission of Pretrial Order by Two Weeks. The Court being fully advised in the premises,

IT IS ORDERED that the Motion is GRANTED. Motions *in Limine* and the final pretrial order are due by May 6, 2025.

SO ORDERED.

Dated: April 15, 2025

                                                     /s/Gershwin A. Drain
                                                     GERSHWIN A. DRAIN
                                                     United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 15, 2025, by electronic and/or ordinary mail.
/s/ Marlena Williams
Case Manager