# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) ) Plaintiff, ) ) ) v. ) ) ) EES COKE BATTERY, LLC; ) DTE ENERGY SERVICES, INC.; ) DTE ENERGY RESOURCES, LLC; and ) DTE ENERGY CO. ) ) Defendants. ) ) | Case No. 2:22-cv-11191 Judge Gershwin A. Drain Magistrate Judge Ivy |

## MOTION FOR WITHDRAWAL OF COUNSEL

The United States moves to withdraw Elizabeth L. Loeb as counsel for United States of America due to her pending retirement from federal service. The United States' remaining counsel, Tom Benson, Samantha Ricci, and Sasha Alvarenga, will continue in representation of the United States.

                                              Respectfully submitted,

Dated: April 23, 2025

                                        /s/ *Thomas A. Benson*
                                        THOMAS A. BENSON (Mass. # 660308)
Senior Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P. O. Box 7611
Washington, D.C. 20044
(202) 616-8916
Elizabeth.loeb@usdoj.gov

LOCAL COUNSEL:

KEVIN R. ERSKINE (P69120)
U.S. Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226
Email: kevin.erskine@usdoj.gov

*OF COUNSEL*

CHRISTOPHER GRUBB
JUSTIN BERCHIOLLI
Associate Regional Counsel
U.S. EPA Region 5
Chicago, IL
77 W. Jackson Blvd.

TERESA DYKES
Air Enforcement Division
U.S. EPA
1200 Pennsylvania Ave. NW
Washington D.C. 20460