UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States,

                      Plaintiff(s),

v.                                        Case No. 2:22−cv−11191−GAD−CI
                                                Hon. Gershwin A. Drain

EES Coke Battery, LLC, et al.,

                      Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Curtis Ivy Jr. for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

    Motion to Seal − #269

                                              s/Gershwin A. Drain
                                              Gershwin A. Drain
                                              United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                              s/Marlena A Williams
                                              Case Manager

Dated:  May 15, 2025