UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States,

                    Plaintiff(s),

v.                                              Case No. 2:22–cv–11191–GAD–CI
                                                Hon. Gershwin A. Drain

EES Coke Battery, LLC, et al.,

                    Defendant(s),
_____

### NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 761. The following motion(s) are scheduled for hearing:

            Motion for Bond – #419
            Motion to Stay – #421

- MOTION HEARING: July 20, 2026 at 10:30 AM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                    By: s/Marlena A Williams
                                        Case Manager

Dated: June 17, 2026